AO 240 (Rev. 6/86) Application to Proceed

# United States District Court

__MIDDLE__ DISTRICT OF __PENNSYLVANIA__

RONALD S. TILLMAN

PLAINTIFF,
v.

**APPLICATION TO PROCEED IN FORMA PAUPERIS, SUPPORTING DOCUMENTATION AND ORDER**

1:CV 00-2041

CASE NUMBER:

FILED SCRANTON
NOV 22 2000
PER _KMP_
DEPUTY CLERK

I, __RONALD S. TILLMAN #85375-071__, declare that I am the (check appropriate box)

[X] petitioner/plaintiff        [ ] movant (filing 28 U.S.C. 2255 motion)

[ ] respondent/defendant     [X] __CIVIL ACTION__ other

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows: This action is being brought as a result of the defendants disregard's for the policy here at United States Penitentiary Lewisburg. Federal Bureau of Prisons policy here at USP Lewisbury. Purpose as a result of the "Surgeon General's" determination that passive inhalation of environmental tobacco smoke poses a health hazard.

In further support of this application, I answer the following questions.

1. Are you presently employed?   Yes [X]   No [ ]
   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)

   Thirteen (13) dollars per month, and one hundred fifty six (156) net salary.

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or other form of self-employment   Yes [ ]   No [X]
   b. Rent payments, interest or dividends?                   Yes [ ]   No [X]
   c. Pensions, annuities or life insurance payments?         Yes [ ]   No [X]
   d. Gifts or inheritances?                                   Yes [ ]   No [X]
   e. Any other sources?                                       Yes [X]   No [ ]

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

(Mother) Mrs. Clatie M. Tillman   (one thousands one hundred and ninty nine dollars)

3. Do you own any cash, or do you have money in checking or savings accounts?
   Yes ☐   No ☒   (Include any funds in prison accounts.)
   If the answer is "yes," state the total value of the items owned.

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?
   Yes ☐   No ☒
   If the answer is "yes," describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

   None

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  11/14/00                              *Ronald S. Tillman*
                (Date)                               Signature of Applicant

TILLMAN, RONALD # 85375-071   **CERTIFICATE**
                              (Prisoner Accounts Only)

I certify that the applicant named herein has the sum of $ 20.06 on account to his credit at the UNITED STATES PENITENTIARY, LEWISBURG PA institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution: NONE

I further certify that during the last six months the applicant's average balance was $ 26.23

                *B. Shelly* – INMATE ACCOUNTS, USP LEWISBURG
                    Authorized Officer of Institution       11/14/00

**ORDER OF COURT**

The application is hereby denied

The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor.

_____  _____        _____  _____
United States Judge   Date        United States Judge   Date
                                   or Magistrate

A05-0095

JS 44
(Rev. 07/89)

 

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

| I (a) PLAINTIFFS   RONALD S. TILLMAN | DEFENDANTS   DONALD ROMINE |
|---|---|
| United States Penitentiary Lewisburg<br>P.O. Box 1000<br>Lewisburg, Pa 17837 | United States Penitentiary Lewisburg<br>P.O. Box 1000<br>Lewisburg, Pa 17837 |
| (b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____<br>(EXCEPT IN U.S. PLAINTIFF CASES) | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____<br>(IN U.S. PLAINTIFF CASES ONLY)<br>NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED |
| (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)<br><br>none | ATTORNEYS (IF KNOWN)<br><br>unknown |

1: CV 00-2041

## II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

( Pursuant to 28 USC 1361)  The defendants has refused to enforce the somking policy here at United States Peniteniary Lewisburg. Which is "Cruel and unusual punishment".

## V. NATURE OF SUIT (PLACE AN x IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— Med Malpractice | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | | ☐ 365 Personal Injury— Product Liability | ☐ 630 Liquor Laws | | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R & Truck | PROPERTY RIGHTS | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | | ☐ 650 Airline Regs | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | | ☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 810 Selective Service |
| | ☐ 345 Marine Product Liability | PERSONAL PROPERTY | ☐ 690 Other | ☐ 840 Trademark | ☐ 850 Securities/Commodities/Exchange |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | | ☐ 370 Other Fraud | LABOR | SOCIAL SECURITY | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Habeas Corpus: | | FEDERAL TAX SUITS | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☒ 530 General | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Other | | | |

## VI. ORIGIN (PLACE AN x IN ONE BOX ONLY)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A CLASS ACTION
☐ UNDER F.R.C.P. 23

DEMAND $ $999,999.00

Check YES only if demanded in complaint:
JURY DEMAND: ☒ YES ☐ NO

## VIII. RELATED CASE(S) IF ANY (See instructions):
none    JUDGE _____    DOCKET NUMBER _____

DATE    SIGNATURE OF ATTORNEY OF RECORD
11/13/00

UNITED STATES DISTRICT COURT

```
                    ACCOUNT
                   STATEMENT
USP LEW **LIMITED OFFICIAL USE**        DATE 11/14/00
Lewisburg, PA 17837                     PAGE No. 01
```

Account # 85375071

TILLMAN, RONALD S.
UNIT 3/E-1

| ---BEGINNING--- | AVAILABLE BALANCE | ENCUMBRANCE BALANCE | OUTSTANDING BALANCE | SPECIAL BALANCE | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| | 20.66 | .00 | .00 | .00 | 20.66 |

| INVOICE | TIME | DATE | TRANSACTION DESCRIPTION | AMOUNT | |
|---|---|---|---|---|---|
| OCT00P | 9:38 | 10-02-00 | PERFORMANCE PAY | 15.37 | 36.03 |
| 000006 | 17:11 | 10-03-00 | SALE / REGULAR | 34.95- | 1.08 |
| T01010 | 13:24 | 10-16-00 | MONEY ORDER | 200.00 | 201.08 |
| 000066 | 18:38 | 10-17-00 | SALE / REGULAR | 198.45- | 2.63 |
| 000062 | 18:31 | 10-24-00 | SALE / REGULAR | 1.75- | .88 |
| NOV00P | 11:59 | 11-01-00 | PERFORMANCE PAY | 12.33 | 13.21 |
| T02494 | 15:17 | 11-06-00 | MONEY ORDER | 100.00 | 113.21 |
| 0ADD04 | 19:33 | 11-07-00 | DEPOSIT ITS FUNDS | 10.00- | 103.21 |
| 000068 | 19:45 | 11-07-00 | SALE / REGULAR | 83.15- | 20.06 |

```
              **** TRANSACTION TOTAL ****    .60-
```



| -----ENDING----- | AVAILABLE BALANCE | ENCUMBRANCE BALANCE | OUTSTANDING BALANCE | SPECIAL BALANCE | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| | 20.06 | .00 | .00 | .00 | 20.06 |

```
                                                ACCOUNT
                                                STATEMENT
                                                DATE 11/14/00
                                                PAGE No. 02


                                        Account # 85375071

        TILLMAN, RONALD S.
        UNIT 3/E-1

|INVOICE| TIME |  DATE   | TRANSACTION DESCRIPTION |  AMOUNT  |||||||||||||
  RECPAY  12:51  08-22-00  PERFORMANCE PAY              89.50        89.87
  000005  16:48  08-28-00  SALE / REGULAR              69.10-        20.77
  SEP00P   9:59  09-01-00  PERFORMANCE PAY             12.84         33.61
  0639F1  19:58  09-02-00  DEPOSIT ITS FUNDS           13.00-        20.61
  000006  16:32  09-05-00  SALE / REGULAR              19.35-         1.26
  T20017  13:58  09-11-00  MONEY ORDER                 25.00         26.26
  000003  16:55  09-11-00  SALE / REGULAR              26.15-          .11
  000004  16:57  09-11-00  SALE / REGULAR                .10           .21
  RECPAY  15:11  09-12-00  PERFORMANCE PAY             63.00         63.21
  RECPAY  15:11  09-12-00  PERFORMANCE PAY             41.25        104.46
  RECPAY  12:47  09-13-00  PERFORMANCE PAY             28.00        132.46
  000009  17:40  09-18-00  SALE / REGULAR             106.80-        25.66
  0785A6  12:46  09-24-00  DEPOSIT ITS FUNDS            5.00-        20.66

                     **** TRANSACTION TOTAL ****        4.39-
```



```
------ENDING------AVAILABLE    ENCUMBRANCE    OUTSTANDING      SPECIAL        ACCOUNT
                  BALANCE        BALANCE        BALANCE        BALANCE        BALANCE
                   20.66            .00            .00            .00          20.66
```

# ACCOUNT STATEMENT

DATE 11/14/00
PAGE No. 01

Account # 85375071

TILLMAN, RONALD S.
UNIT 3/E-1

| ---BEGINNING--- | AVAILABLE BALANCE | ENCUMBRANCE BALANCE | OUTSTANDING BALANCE | SPECIAL BALANCE | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| | 25.05 | .00 | .00 | .00 | 25.05 |

| INVOICE | TIME | DATE | TRANSACTION DESCRIPTION | AMOUNT | |
|---|---|---|---|---|---|
| DEC00P | 13:25 | 01-03-00 | PERFORMANCE PAY | 58.29 | 83.34 |
| RECPAY | 14:26 | 01-03-00 | PERFORMANCE PAY | 15.00 | 98.34 |
| 000002 | 16:58 | 01-03-00 | SALE / REGULAR | 70.75- | 27.59 |
| 000067 | 18:56 | 01-10-00 | SALE / REGULAR | 27.40- | .19 |
| T07109 | 14:13 | 01-31-00 | MONEY ORDER | 250.00 | 250.19 |
| 000045 | 18:31 | 01-31-00 | SALE / REGULAR | 135.00- | 115.19 |
| JAN00P | 10:42 | 02-01-00 | PERFORMANCE PAY | 60.00 | 175.19 |
| 000002 | 17:08 | 02-07-00 | SALE / REGULAR | 49.40- | 125.79 |
| RECPAY | 13:33 | 02-09-00 | PERFORMANCE PAY | 26.25 | 152.04 |
| 000001 | 16:25 | 02-14-00 | SALE / REGULAR | 47.95- | 104.09 |
| RECPAY | 15:39 | 02-22-00 | PERFORMANCE PAY | 78.75 | 182.84 |
| 000021 | 17:17 | 02-22-00 | SALE / REGULAR | 92.20- | 90.64 |
| FEB00P | 11:17 | 03-01-00 | PERFORMANCE PAY | 60.90 | 151.54 |
| 000003 | 17:15 | 03-06-00 | SALE / REGULAR | 82.65- | 68.89 |
| 2K0488 | 11:19 | 03-09-00 | ENC. / SPECIAL ORDER | 47.85- | 68.89 |
| 000009 | 17:22 | 03-20-00 | SALE / REGULAR | 20.70- | 48.19 |
| RECPAY | 15:39 | 03-21-00 | PERFORMANCE PAY | 92.50 | 140.69 |
| APR00P | 11:00 | 04-03-00 | PERFORMANCE PAY | 59.08 | 199.77 |
| 2K0488 | 18:35 | 04-03-00 | ENC. / SPECIAL ORDER | 47.85 | 199.77 |
| 000034 | 18:35 | 04-03-00 | SALE / REGULAR | 199.65- | .12 |
| T11599 | 13:36 | 04-14-00 | MONEY ORDER | 50.00 | 50.12 |
| 000063 | 18:33 | 04-17-00 | SALE / REGULAR | 48.80- | 1.32 |
| MAY00P | 11:33 | 05-01-00 | PERFORMANCE PAY | 46.69 | 48.01 |
| 000004 | 17:12 | 05-01-00 | SALE / REGULAR | 47.45- | .56 |
| JUN00P | 11:38 | 06-01-00 | PERFORMANCE PAY | 9.68 | 10.24 |
| 000003 | 16:56 | 06-05-00 | SALE / REGULAR | 10.10- | .14 |
| T14586 | 14:24 | 06-08-00 | MONEY ORDER | 50.00 | 50.14 |
| 006040 | 17:15 | 06-10-00 | DEPOSIT ITS FUNDS | 12.00- | 38.14 |
| 000012 | 17:00 | 06-12-00 | SALE / REGULAR | 37.90- | .24 |
| RECPAY | 15:53 | 06-22-00 | PERFORMANCE PAY | 96.50 | 96.74 |
| 019B6B | 16:50 | 06-26-00 | DEPOSIT ITS FUNDS | 16.00- | 80.74 |
| JUL00P | 9:58 | 07-03-00 | PERFORMANCE PAY | 16.72 | 97.46 |
| 000003 | 16:55 | 07-03-00 | SALE / REGULAR | 88.00- | 9.46 |
| 0283D8 | 11:32 | 07-09-00 | DEPOSIT ITS FUNDS | 5.00- | 4.46 |
| 02F1D1 | 16:45 | 07-15-00 | DEPOSIT ITS FUNDS | 4.00- | .46 |
| RECPAY | 13:52 | 07-21-00 | PERFORMANCE PAY | 113.50 | 113.96 |
| 0373C2 | 10:51 | 07-23-00 | DEPOSIT ITS FUNDS | 13.00- | 100.96 |
| 000002 | 16:52 | 07-24-00 | SALE / REGULAR | 62.90- | 38.06 |
| 000005 | 16:57 | 07-24-00 | SALE / REGULAR | 1.30- | 36.76 |
| AUG00P | 12:36 | 08-01-00 | PERFORMANCE PAY | 13.86 | 50.62 |
| 000001 | 16:22 | 08-07-00 | SALE / REGULAR | 50.25- | .37 |