

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RONALD S. TILLMAN,                    :
                                      :
            Plaintiff                 :
                                      :
      v.                              :      CIVIL NO. 1:CV-00-2041
                                      :
DONALD ROMINE, ET AL.,                :      (Judge Caldwell)
                                      :
            Defendants                :

**FILED**
**HARRISBURG, PA**

ORDER

NOV 3 0 2000

THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:

MARY E. D'ANDREA, CLERK
Per_____
          Deputy Clerk

      On November 22, 2000, plaintiff filed this action pursuant

to 28 U.S.C. § 1331.  He also submitted an application to proceed

in forma pauperis and a certified statement of his prison trust

fund account.  Plaintiff did not, however, utilize this court's

form application to proceed in forma pauperis or file an

authorization form to have funds deducted from his prison trust

fund account.  Consequently, he will be directed to do so.

      Accordingly, this 30th day of November, 2000, it is ordered

that:

      Plaintiff shall complete fully and return to the court the

attached application to proceed in forma pauperis and authorization

form within twenty (20) days of the date of this order or the
complaint will be dismissed without prejudice.

WILLIAM W. CALDWELL
United States District Judge

# AUTHORIZATION
### (Prisoner's Account Only)

Case No.   1:CV-00-2041

> NOTE:  Completing this authorization form satisfies your obligation under 28 U.S.C.
> § 1915(a)(2) to submit a certified copy of your trust fund account.

I,    Ronald S. Tillman    , request and authorize the agency holding me in custody to send to the

Clerk of Court, United States District Court for the Middle District of Pennsylvania, a certified copy of the

statement for the past six months of my trust fund account (or institutional equivalent) at the institution

where I am incarcerated.  I further request and authorize the agency holding me in custody to calculate and

disburse funds from my trust account (or institutional equivalent) in the amounts specified by 28 U.S.C §

1915(b).

This authorization is furnished in connection with the filing of a civil action, and I understand that

the filing fee for the complaint is $150.00.  I also understand that the entire filing fee will be deducted from

my account regardless of the outcome of my civil action.   This authorization shall apply to any other

agency into whose custody I may be transferred.

Date: _____, 2000

_____
Signature of Prisoner

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| _____ | : |
| _____ | :    No. 1:CV-00-2041 |
| _____ | :    Civil Case No. |
| _____ | : |
| **Name of Plaintiff(s)** | :    Judge William W. Caldwell |
| | : |
| v. | : |
| | :    (Number and Judge to be |
| _____ | :    assigned by court) |
| _____ | : |
| _____ | : |
| _____ | : |
| **Name of Defendant(s)** | : |

## APPLICATION TO PROCEED IN FORMA PAUPERIS

**PLEASE READ CAREFULLY AND FULLY COMPLETE EACH SECTION.**

1.  _____   I am willing to pursue my claims in this action under the new provisions of The Prison Litigation Reform Act, understanding that pursuing my claim requires payment of a partial filing fee and deduction of sums from my prison account when funds exist until the filing fee of $150.00 has been paid in full.

2.  _____   I have enclosed an executed Authorization form which authorizes the Institution holding me in custody to transmit to the Clerk a certified copy of my trust account for the past six (6) months as well as payments from the account in the amounts specified by 28 U.S.C. §1915(b).

3.  Have you, prior to the filing of the complaint in this action and while a prisoner as that term is defined in 28 U.S.C. § 1915(h), brought 3 or more actions or appeals in a court of the United States that were dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted?   Yes _____   No _____

    (a)  If the answer is "yes," are you now seeking relief because you are under imminent danger of serious physical injury?
    Yes _____   No _____

   (b)   Please explain in detail why you are under imminent danger of serious physical injury:

_____

_____

_____

4.   (a)   Are you presently employed at the Institution?  Yes _____  No _____

      (b)   If yes, what is your monthly compensation?  $_____

5.   Do you own any cash or other property; have a bank account; or receive money from any source?  Yes _____  No _____

   If the answer is "yes" to any of the above, describe each source and the amount involved.

_____

_____

_____

_____

I certify under penalty of perjury that the foregoing is true and correct.

Executed on _____        _____
             (Date)                        (Signature of Plaintiff)

This certification is executed pursuant to Title 28, United States Code, Section 1746.