IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RONALD S. TILLMAN
    Plaintiff,

V.

DONALD ROMINE, et.al.,

C/A No. 1: CV-00-2041



MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT

    Plaintiff Ronald S. Tillman, pursuant to Rule 15 (a) Fed. R. Civ. Proc., request leave to file an amended complaint. The plaintiff respectfully requests leave, so that he may timely make corrections to the face of his original complaint, of which, is not free of deficiencies.

    The plaintiff further states that his motion for leave to amend, is not meant to cause undue delay, or neither is it done in bad faith, or dilatory motive on the plaintiff, but moreover, the defendants have not yet filed a response to the original complaint.

    In conclusion, this Court should grant leave freely to amend a complaint. See <u>Forman v. Davis</u>, 371 U.S. 178, 83 S.Ct. 227 (1962); <u>Martens v. Hunnell</u>, 587 F.2d. 862 (7th Cir. 1978).

Respectfully Submitted

*Ronald S. Tillman*