UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RONALD S. TILLMAN,           :
                             :
        Plaintiff            :
                             :
    v.                       :    CIVIL NO. 1:CV-00-2041
                             :
DONALD ROMINE, ET AL.,       :    (Judge Caldwell)
                             :
        Defendants           :

FILED
HARRISBURG, PA

JAN 0 8 2001

MARY E. D'ANDREA, CLERK
PER _____
   DEPUTY CLERK

### ORDER

AND NOW, this 8th day of January, 2001, it is ordered that:

1. Plaintiff's motion to proceed <u>in</u> <u>forma</u> <u>pauperis</u> is construed as a motion to proceed without full prepayment of fees and costs and the motion is granted.[1]

2. The United States Marshal is directed to serve plaintiff's complaint on the defendants named therein.

_____
WILLIAM W. CALDWELL
United States District Judge

---

1. Tillman completed this court's form application to proceed <u>in</u> <u>forma</u> <u>pauperis</u> and authorization to have funds deducted from his prison account. The court then issued an Administrative Order directing the warden at his present place of confinement to commence deducting the full filing fee from plaintiff's prison trust fund account.

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

January 8, 2001

Re:  1:00-cv-02041    Tillman v. Romine

True and correct copies of the attached were mailed by the clerk
to the following:

Ronald S. Tillman
USP-LEWISBURG
#85375-071
P. O. Box 1000
Lewisburg, PA  17837

cc:
Judge                          ( ✓ )
Magistrate Judge               ( )
U.S. Marshal                   ( )
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    ( )
Ctroom Deputy                  ( )
Orig-Security                  ( )
Federal Public Defender        ( )
Summons Issued                 ( ) with N/C attached to complt. and served by:
                                   U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5            ( )
Order to Show Cause            ( ) with Petition attached & mailed certified mail
                                   to:  US Atty Gen  ( )   PA Atty Gen ( )
                                        DA of County ( )   Respondents ( )
Bankruptcy Court               ( )
Other  P/S L                   ( ✓ )

                                              MARY E. D'ANDREA, Clerk

DATE:  1-8-01                          BY: _____
                                              Deputy Clerk




UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

January 12, 2001

Re:  1:00-cv-02041    Tillman v. Romine

True and correct copies of the attached were mailed by the clerk to the following:

Ronald S. Tillman
USP-LEWISBURG
#85375-071
P. O. Box 1000
Lewisburg, PA  17837

cc:
Judge                          ( )
Magistrate Judge               ( )
U.S. Marshal                   ( )
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    ( )
Ctroom Deputy                  ( )
Orig-Security                  ( )
Federal Public Defender        ( )
Summons Issued                 ( )  with N/C attached to complt. and served by:
                                    U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5            ( )
Order to Show Cause            ( )  with Petition attached & mailed certified mail
                                    to:  US Atty Gen    ( )    PA Atty Gen ( )
                                         DA of County   ( )    Respondents ( )

Bankruptcy Court               ( )
Other_____    ( )

                                                        MARY E. D'ANDREA, Clerk

DATE: 1/12/01                                           BY: _____
                                                            Deputy Clerk