00-CV-2041

2041

Mon Jan 22 15:13:15 2001

UNITED STATES DISTRICT COURT

SCRANTON, PA

Receipt No.   333 82389
Cashier       rich

Tender Type   CHECK

Check Number: 2221 06357088

Transaction Type   AR

D0 Code   Div No   Acct
4667      3        5100PL

Amount              $   32.92

RONALD TILLMAN   (NO ADDRESS GIVEN)

PARTIAL FILING FEE - CV-00-2041

Mon Jan 22 15:13:15 2001
Check No. 2221 06357088
Amount$   32.92
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4667

| NOTICE TO CHECK RECIPIENT | | TREASURY-FINANCIAL MANAGEMENT SERVICE | | TFS FORM 3039 (Rev.) |
|---|---|---|---|---|
| VENDOR NAME: | CLERK, U.S. DISTRICT COURT | VENDOR I.D. NUMBER: | I85375071 | |
| AGENCY NAME AND BILLING ADDRESS: | DEPT OF JUSTICE BUREAU OF PRISONS 600 E ST NW ROOM 4029 WASH DC 20530 | U.S. TREASURY REG. FINANCIAL CENTER: | AUSTIN, TEXAS | |
| | | CHECK NUMBER 2221-06357088 | CHECK AMOUNT $****132.92 | CHECK DATE 01-17-01 |
| PAYMENT IDENTIFICATION DATA | 12070963 CASE NO 1 00-CV-02041 TILLMAN, RONALD 85375071 FOR INFO CALL 202-307-3052 | | AGENCY SCHEDULE NUMBER 0001S00116 | |
| | | | AGENCY TELEPHONE NUMBER 202-307-3052 | |

NON NEGOTIABLE

RECEIVED SCRANTON
JAN 22 2001
PER _____ DEPUTY

THIS NOTICE IDENTIFIES THE INVOICE, PURCHASE ORDER OR SIMILAR DOCUMENT NUMBERS TO WHICH THE ENCLOSED CHECK RELATES. PLEASE DIRECT ANY INQUIRIES TO THE AGENCY AT THE ADDRESS INDICATED ABOVE, OR BY TELEPHONE IF A NUMBER IS PROVIDED.

