JUDGE'S COPY

United States District Court
For the Middle District of Pennsylvania

Ronald S. Tillman,
    Plaintiff

  v.

Donald Romine, et al.,
    Defendants

Case No. 1:CV-00-2041

Judge: Caldwell

FILED
HARRISBURG, PA
FEB 13 2001
MARY E. D'ANDREA, CLERK
Per _____

## Motion To Enlarge Time To Amend Complaint

Now comes, the plaintiff Ronald S. Tillman, pro-se, and respectfully moves this Honorable Court to enlarge the time in which he must file his motion to Amend Complaint.

The reasons for this motion are more fully set forth in the accompany memorandum.

Respectfully Submitted,

Dated: 2-9-01

Ronald S. Tillman
Ronald S. Tillman

Memorandum of Law in Support of motion To
Enlarge The Time To Amend Complaint

Plaintiff Tillman, declares that he is formally and Therefore, "demonstratively", unlearned in The complicated skill(s) of federal criminal laws and even more complexed arts of federal procedure. Thereby, under caption: Pleading, § 130 pro-se complaint, "[T]he Supreme court holds allegations of pro-se complaint to less stringent standards than formal pleadings drafted by lawyers." If the court can reasonably read pleading to state valid claim and which litigant could prevail, The court should grant despite failure to cite proper legal authority, confusions of legal Theories and poor syntax. see, Haines V. Kerner 404 U.S. 519

The principles of fundamental fairness, equality, mandate that this Honorable Court should entertain all relevant and meritorious issues related to the case at bar, and failure to address an issues properly and appropriately brought before the court, regardless of the bringing party, would constitute a grave miscarriage of justice and render This Honorable Court constitutionally remiss. Therefore, based upon the reasons herein. Plaintiff hereby, respectfully, urges this Honorable Court To grant The instant motion. In further support of, Plaintiff states:

## Reasons for granting Motion

I Ronald S. Tillman being duly sworn, deposes and says:

That I am the plaintiff in the above stated case, and am familiar with the facts herein.

On or about January 29, 2001, I had surgery that was related to the incident underlying this claim. Shortly thereafter, my personal property, including but not limited to "legal documents" relating to the instant proceedings was pack out, as I am being Transfer, and I don't know when I will get my property back.

"...A litigant has an obligation to spell out its arguments squarely and distinctly, or else forever hold its peace". Rivera-Gomez v. De Castro, 843 F.2d 631 (quoting Paterson-Leitch Co. v. Massachusetts Municipal Wholesale Elec. Co. 840 F.2d 985). Unaccompanied by some effort at developed argumentation are deem waived. Brown v Trustees of Boston Univers. 891 F.2d 337; Leer v. Murphy, 844 F.2d 628.

Moreover, "A fundamental requirement of due process is the opportunity to be heard". <u>Grannis v. Ordean</u>, 234 U.S 385, it is an opportunity which must be granted at a meaningful time and in a meaningful manner <u>Armstrong v. Manzo</u>, 380 U.S. 545.

Accordingly, it will be impossible for plaintiff to follow this court's order filed January 26, 2001. The granted plaintiff's motion to Amend pursuant to Fed. R. Civ. P. 15(a) by Twenty days of said order. Moreover, the government will not be prejudice by this request.

### Conclusion

For all the reason set forth in this motion it is respectfully requested that this be held in abeyance pending my relocation and/or pending possession of my legal document. The plaintiff respectfully pray that this court grant said motion

Dated: 2-9-01

Respectfully Submitted
<u>Ronald S. Tillman</u>
Ronald S. Tillman

# CERTIFICATE OF SERVICE

I, _Ronald S. Tillman_, hereby certify, under the penalty of perjury, that I have mailed a true copy of the foregoing document(s) to those listed below at the address listed with the proper amount of first class postage prepaid by placing same in the institutional legal mailbox at the United States Penitentiary at Lewisburg, Pennsylvania this __9__ day of _February_, _2001_

This same day I have mailed in the same way an original and _1_ copies of the foregoing documents(s) to the Clerk of the Court.

Clerk's Office
U.S. District Court
228 Walnut St
P.O. Box 983
Harrisburg, Pa 17108