

U.S. Department of Justice

Federal Bureau of Prisons

*U.S. Penitentiary*

Lewisburg, PA 17837

February 23, 2001

Patrick S. Connor, Clerk of Court
United States District Court
for the Middle District of Pennsylvania
Post Office Box 1148
Scranton, Pennsylvania 18501-1148

FILED
SCRANTON

FEB 27 2001

PER _____ /S/ _____
DEPUTY CLERK

Re: Inmate TILLMAN, Ronald S. - Reg. No. 85375-071
C.A. No. 1:00-CV-02041

Dear Ms. Connor:

Please be advised that the above listed individual has transferred from the United States Penitentiary (USP) Lewisburg, Pennsylvania. Specifically, inmate Tillman has been designated to the Federal Correctional Institution, Edgefield, South Carolina.

Any future correspondence for inmate Tillman may be mailed to:

Tami Rippon, Attorney-Advisor
FCI Edgefield
501 Gary Hill Road
Edgefield, South Carolina 29824

If you have any questions or you need any additional information, I may be contacted at (570)523-1251, extension 242.

Sincerely,

Debi Weber
FOIA Coordinator

*Superintendent/Warden*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   TILLMAN v. ROMINE, et al.    :   Civil Action No. 1:00-cv-02041

Inmate: Ronald S. Tillman

ID Number:   #85375-071

DEC 11 2000

ADMINISTRATIVE ORDER

The individual identified above has initiated a civil complaint in the U.S. District Court for the Middle District of Pennsylvania. The filing fee for this action is $150.00.

Pursuant to the Prison Litigation Reform Act and Standing Order No. 96-1 of this court, the Superintendent/Warden of the institution where this inmate is incarcerated is directed to furnish the court and the inmate with a certified copy of the statement for the past six months of the prisoner's trust fund account (or institutional equivalent). The Superintendent/Warden is also directed to remit from the prisoner's account, in monthly installments, the full $150.00 fee.

As soon as funds are available in the inmate's prison account, the Superintendent/Warden shall submit an initial partial payment of 20 percent of the greater of:

(1) the average monthly deposits to the inmate's prison account for the past six months, or

(2) the average monthly balance in the inmate's prison account for the past six months.

The remittance must be accompanied by a statement of the calculations used to arrive at the amount, a copy of which you shall furnish to the inmate.

After the initial payment, if there remains any unpaid fee due and

# CERTIFICATION

I, hereby state:

(1) I am employed as an Accounting Technician at the U.S. Penitentiary, (USP) Lewisburg, PA. I have access to inmate's commissary accounts for inmate's currently incarcerated at this facility.

(2) The following are the calculations used in determining the initial partial filing fee for inmate _TILLMAN  RONALD_, Federal Register No. _85375-071_:

    A. Average Monthly Deposits:
        1. Total Deposits:                              $ 987.55
        2. Divided by 6:                                $ 164.59
        3. Multiplied by 20%:                     $ 32.92

    B. Average Monthly Balance:
        1. Balance on the last day of each month:
           - 1st Month:    JUN 2000    $ 80.74
           - 2nd Month:   JUL 2000    $ 36.76
           - 3rd Month:    AUG 2000    $ 20.77
           - 4th Month:    SEP 2000    $ 20.66
           - 5th Month:    OCT 2000    $ .88
           - 6th Month:    NOV 2000    $ 34.06
        2. Total of Balance:                         $ 193.87
        3. Divided by 6:                               $ 32.31
        4. Multiplied by 20%:                    $ 6.46

    C. Greater of A.3 or B.4                        $ 32.92
       (Initial Partial Payment Filing Fee)

(3) I have also attached a true and correct copy of the inmate's commissary account which sets forth at least the past six months.

(4) The above information set forth in this form is true and correct to the best of my knowledge, information and belief.

SIGNATURE: _B. Sholly  - INMATE ACCTS_     DATE: _12/27/00_
NAME: _B. SHOLLY_
          Accounting Technician
          USP Lewisburg

ACCOUNT
STATEMENT

USP LEW **LIMITED OFFICIAL USE**  DATE 12/27/00
Lewisburg, PA 17837              PAGE No. 01



Account # 85375071

TILLMAN, RONALD S.
UNIT 3/E-1

| BEGINNING | AVAILABLE BALANCE | ENCUMBRANCE BALANCE | OUTSTANDING BALANCE | SPECIAL BALANCE | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| | 20.66 | .00 | .00 | .00 | 20.66 |

| INVOICE | TIME | DATE | TRANSACTION DESCRIPTION | AMOUNT | |
|---|---|---|---|---|---|
| OCT00P | 9:38 | 10-02-00 | PERFORMANCE PAY | 15.37 | 36.03 |
| 000006 | 17:11 | 10-03-00 | SALE / REGULAR | 34.95- | 1.08 |
| T01010 | 13:24 | 10-16-00 | MONEY ORDER | 200.00 | 201.08 |
| 000066 | 18:38 | 10-17-00 | SALE / REGULAR | 198.45- | 2.63 |
| 000062 | 18:31 | 10-24-00 | SALE / REGULAR | 1.75- | .88 |
| NOV00P | 11:59 | 11-01-00 | PERFORMANCE PAY | 12.33 | 13.21 |
| T02494 | 15:17 | 11-06-00 | MONEY ORDER | 100.00 | 113.21 |
| 0ADD04 | 19:33 | 11-07-00 | DEPOSIT ITS FUNDS | 10.00- | 103.21 |
| 000068 | 19:45 | 11-07-00 | SALE / REGULAR | 83.15- | 20.06 |
| 000080 | 18:30 | 11-14-00 | SALE / REGULAR | 19.75- | .31 |
| T03837 | 14:44 | 11-27-00 | MONEY ORDER | 100.00 | 100.31 |
| 000062 | 18:35 | 11-28-00 | SALE / REGULAR | 66.25- | 34.06 |
| C00P | 10:17 | 12-01-00 | PERFORMANCE PAY | 28.60 | 62.66 |
| 05DB8 | 19:43 | 12-03-00 | DEPOSIT ITS FUNDS | 6.00- | 56.66 |
| 000057 | 18:33 | 12-05-00 | SALE / REGULAR | 37.50- | 19.16 |
| 0D21FA | 11:25 | 12-10-00 | DEPOSIT ITS FUNDS | 9.00- | 10.16 |
| 000078 | 18:53 | 12-12-00 | SALE / REGULAR | 9.50- | .66 |

**** TRANSACTION TOTAL ****    20.00-

| ENDING | AVAILABLE BALANCE | ENCUMBRANCE BALANCE | OUTSTANDING BALANCE | SPECIAL BALANCE | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| | .66 | .00 | .00 | .00 | .66 |

ACCOUNT
STATEMENT
DATE 12/27/00
PAGE No. 02

Account # 85375071

TILLMAN, RONALD S.
UNIT 3/E-1

| INVOICE | TIME  | DATE     | TRANSACTION DESCRIPTION | AMOUNT  |        |
|---------|-------|----------|-------------------------|---------|--------|
| RECPAY  | 12:51 | 08-22-00 | PERFORMANCE PAY         | 89.50   | 89.87  |
| 000005  | 16:48 | 08-28-00 | SALE / REGULAR          | 69.10-  | 20.77  |
| SEP00P  | 9:59  | 09-01-00 | PERFORMANCE PAY         | 12.84   | 33.61  |
| 0639F1  | 19:58 | 09-02-00 | DEPOSIT ITS FUNDS       | 13.00-  | 20.61  |
| 000006  | 16:32 | 09-05-00 | SALE / REGULAR          | 19.35-  | 1.26   |
| T20017  | 13:58 | 09-11-00 | MONEY ORDER             | 25.00   | 26.26  |
| 000003  | 16:55 | 09-11-00 | SALE / REGULAR          | 26.15-  | .11    |
| 000004  | 16:57 | 09-11-00 | SALE / REGULAR          | .10     | .21    |
| RECPAY  | 15:11 | 09-12-00 | PERFORMANCE PAY         | 63.00   | 63.21  |
| RECPAY  | 15:11 | 09-12-00 | PERFORMANCE PAY         | 41.25   | 104.46 |
| RECPAY  | 12:47 | 09-13-00 | PERFORMANCE PAY         | 28.00   | 132.46 |
| 000009  | 17:40 | 09-18-00 | SALE / REGULAR          | 106.80- | 25.66  |
| 07B5A6  | 12:46 | 09-24-00 | DEPOSIT ITS FUNDS       | 5.00-   | 20.66  |

**** TRANSACTION TOTAL ****          4.39-

| ------ENDING------ | AVAILABLE BALANCE | ENCUMBRANCE BALANCE | OUTSTANDING BALANCE | SPECIAL BALANCE | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| | 20.66 | .00 | .00 | .00 | 20.66 |



ACCOUNT STATEMENT
DATE 12/27/00
PAGE No. 01

Account # 85375071

TILLMAN, RONALD S.
UNIT 3/E-1

| ---BEGINNING--- | AVAILABLE BALANCE | ENCUMBRANCE BALANCE | OUTSTANDING BALANCE | SPECIAL BALANCE | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| | 25.05 | .00 | .00 | .00 | 25.05 |

| INVOICE | TIME | DATE | TRANSACTION DESCRIPTION | AMOUNT | |
|---|---|---|---|---|---|
| DEC00P | 13:25 | 01-03-00 | PERFORMANCE PAY | 58.29 | 83.34 |
| RECPAY | 14:26 | 01-03-00 | PERFORMANCE PAY | 15.00 | 98.34 |
| 000002 | 16:58 | 01-03-00 | SALE / REGULAR | 70.75- | 27.59 |
| 000067 | 18:56 | 01-10-00 | SALE / REGULAR | 27.40- | .19 |
| T07109 | 14:13 | 01-31-00 | MONEY ORDER | 250.00 | 250.19 |
| 000045 | 18:31 | 01-31-00 | SALE / REGULAR | 135.00- | 115.19 |
| JAN00P | 10:42 | 02-01-00 | PERFORMANCE PAY | 60.00 | 175.19 |
| 000002 | 17:08 | 02-07-00 | SALE / REGULAR | 49.40- | 125.79 |
| RECPAY | 13:33 | 02-09-00 | PERFORMANCE PAY | 26.25 | 152.04 |
| 000001 | 16:25 | 02-14-00 | SALE / REGULAR | 47.95- | 104.09 |
| RECPAY | 15:39 | 02-22-00 | PERFORMANCE PAY | 78.75 | 182.84 |
| 000021 | 17:17 | 02-22-00 | SALE / REGULAR | 92.20- | 90.64 |
| FEB00P | 11:17 | 03-01-00 | PERFORMANCE PAY | 60.90 | 151.54 |
| 000003 | 17:15 | 03-06-00 | SALE / REGULAR | 82.65- | 68.89 |
| 2K0488 | 11:19 | 03-09-00 | ENC. / SPECIAL ORDER | 47.85- | 68.89 |
| 000009 | 17:22 | 03-20-00 | SALE / REGULAR | 20.70- | 48.19 |
| RECPAY | 15:39 | 03-21-00 | PERFORMANCE PAY | 92.50 | 140.69 |
| APR00P | 11:00 | 04-03-00 | PERFORMANCE PAY | 59.08 | 199.77 |
| 2K0488 | 18:35 | 04-03-00 | ENC. / SPECIAL ORDER | 47.85 | 199.77 |
| 000034 | 18:35 | 04-03-00 | SALE / REGULAR | 199.65- | .12 |
| T11599 | 13:36 | 04-14-00 | MONEY ORDER | 50.00 | 50.12 |
| 000063 | 18:33 | 04-17-00 | SALE / REGULAR | 48.80- | 1.32 |
| MAY00P | 11:33 | 05-01-00 | PERFORMANCE PAY | 46.69 | 48.01 |
| 000004 | 17:12 | 05-01-00 | SALE / REGULAR | 47.45- | .56 |
| JUN00P | 11:38 | 06-01-00 | PERFORMANCE PAY | 9.68 | 10.24 |
| 000003 | 16:56 | 06-05-00 | SALE / REGULAR | 10.10- | .14 |
| T14586 | 14:24 | 06-08-00 | MONEY ORDER | 50.00 | 50.14 |
| 006040 | 17:15 | 06-10-00 | DEPOSIT ITS FUNDS | 12.00- | 38.14 |
| 000012 | 17:00 | 06-12-00 | SALE / REGULAR | 37.90- | .24 |
| RECPAY | 15:53 | 06-22-00 | PERFORMANCE PAY | 96.50 | 96.74 |
| 019B6B | 16:50 | 06-26-00 | DEPOSIT ITS FUNDS | 16.00- | 80.74 |
| JUL00P | 9:58 | 07-03-00 | PERFORMANCE PAY | 16.72 | 97.46 |
| 000003 | 16:55 | 07-03-00 | SALE / REGULAR | 88.00- | 9.46 |
| 0283D8 | 11:32 | 07-09-00 | DEPOSIT ITS FUNDS | 5.00- | 4.46 |
| 02F1D1 | 16:45 | 07-15-00 | DEPOSIT ITS FUNDS | 4.00- | .46 |
| RECPAY | 13:52 | 07-21-00 | PERFORMANCE PAY | 113.50 | 113.96 |
| 0373C2 | 10:51 | 07-23-00 | DEPOSIT ITS FUNDS | 13.00- | 100.96 |
| 000002 | 16:52 | 07-24-00 | SALE / REGULAR | 62.90- | 38.06 |
| 000005 | 16:57 | 07-24-00 | SALE / REGULAR | 1.30- | 36.76 |
| AUG00P | 12:36 | 08-01-00 | PERFORMANCE PAY | 13.86 | 50.62 |
| 000001 | 16:22 | 08-07-00 | SALE / REGULAR | 50.25- | .37 |

ACCOUNT
STATEMENT

BP LEW **LIMITED OFFICIAL USE**  DATE 02/21/01
Lewisburg, PA 17837  PAGE No. 01

Account # 85375071

TILLMON, RONALD S.
UNIT 3/E-1

| BEGINNING | AVAILABLE BALANCE | ENCUMBRANCE BALANCE | OUTSTANDING BALANCE | SPECIAL BALANCE | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| | 29.66 | .00 | .00 | .00 | 29.66 |

| INVOICE | TIME | DATE | TRANSACTION DESCRIPTION | AMOUNT | |
|---|---|---|---|---|---|
| OCT20P | 9:38 | 10-02-00 | PERFORMANCE PAY | 15.37 | 36.03 |
| 000006 | 17:11 | 10-03-00 | SALE / REGULAR | 34.95- | 1.08 |
| T01010 | 13:24 | 10-16-00 | MONEY ORDER | 200.00 | 201.08 |
| 000086 | 18:30 | 10-17-00 | SALE / REGULAR | 198.45- | 2.63 |
| 000062 | 18:31 | 10-24-00 | SALE / REGULAR | 1.75- | .88 |
| NOV00P | 11:59 | 11-01-00 | PERFORMANCE PAY | 12.33 | 13.21 |
| T02494 | 15:17 | 11-06-00 | MONEY ORDER | 100.00 | 113.21 |
| 0ADD04 | 19:33 | 11-07-00 | DEPOSIT ITS FUNDS | 10.00- | 103.21 |
| 000068 | 19:45 | 11-07-00 | SALE / REGULAR | 83.15- | 20.06 |
| 000089 | 18:30 | 11-14-00 | SALE / REGULAR | 19.75- | .31 |
| T03337 | 14:44 | 11-27-00 | MONEY ORDER | 100.00 | 100.31 |
| 000062 | 18:35 | 11-28-00 | SALE / REGULAR | 66.25- | 34.06 |
| DEC00P | 18:17 | 12-01-00 | PERFORMANCE PAY | 28.50 | 62.56 |
| 0C90B8 | 10:43 | 12-03-00 | DEPOSIT ITS FUNDS | 6.00- | 56.66 |
| 000057 | 18:33 | 12-05-00 | SALE / REGULAR | 37.50- | 19.16 |
| 0021FA | 11:25 | 12-10-00 | DEPOSIT ITS FUNDS | 9.00- | 10.16 |
| 000078 | 18:53 | 12-12-00 | SALE / REGULAR | 9.50- | .66 |
| T06715 | 14:27 | 12-27-00 | MONEY ORDER | 75.00 | 75.66 |
| 0EA167 | 11:25 | 12-30-00 | DEPOSIT ITS FUNDS | 15.00- | 60.66 |
| JAN01P | 9:05 | 01-02-01 | PERFORMANCE PAY | 9.80 | 70.46 |
| COURT | 15:43 | 01-02-01 | ENC. / DISCIPLINE | 32.92- | 70.46 |
| 000014 | 17:13 | 01-02-01 | SALE / REGULAR | 37.40- | 33.06 |
| COURT | 15:58 | 01-11-01 | ENC. / DISCIPLINE | 32.92 | 33.06 |
| CT0063 | 16:03 | 01-11-01 | COMMISSARY FORM | 32.92- | .14 |
| T02466 | 13:39 | 01-25-01 | MONEY ORDER | 75.00 | 75.14 |
| COURT | 15:10 | 01-26-01 | ENC. / DISCIPLINE | 15.00- | 75.14 |
| 002037 | 17:49 | 01-29-01 | SALE / REGULAR | 58.40- | 16.74 |
| FEB01P | 11:40 | 02-01-01 | PERFORMANCE PAY | 39.10 | 55.84 |
| COURT | 15:25 | 02-01-01 | ENC. / DISCIPLINE | 7.82- | 55.84 |
| 0EE61 | 19:06 | 02-01-01 | DEPOSIT ITS FUNDS | 5.00- | 50.84 |
| 123E1 | 17:28 | 02-04-01 | DEPOSIT ITS FUNDS | 8.00- | 42.84 |
| 000018 | 17:22 | 02-05-01 | SALE / REGULAR | 14.95- | 27.89 |
| ECPAY | 13:42 | 02-21-01 | PERFORMANCE PAY | 50.25 | 78.14 |
| COURT | 15:24 | 02-21-01 | ENC. / DISCIPLINE | 10.05- | 78.14 |
| COURT | 15:34 | 02-21-01 | ENC. / DISCIPLINE | 32.87 | 78.14 |
| T1276 | 15:38 | 02-21-01 | COMMISSARY FORM | 32.87- | 45.27 |

**** TRANSACTION TOTAL ****  24.61

| BALANCE | BALANCE | BALANCE | BALANCE | BALANCE |
|---------|---------|---------|---------|---------|
| 45.27   | .00     | .00     | .00     | 45.27   |

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF PENNSYLVANIA

P.O. BOX 983

HARRISBURG, PA   17108

November 27, 2000

Ronald S. Tillman
USP-LEWISBURG
#85375-071
P. O. Box 1000
Lewisburg, PA   17837

Re:  1:00-cv-02041   Tillman v. Romine
     Judge: William W Caldwell

Dear Sir/Madam:

Receipt is acknowledged of the document noted at the foot of this letter, subject as captioned above.

The matter has been forwarded to the Court for consideration.

Very truly yours,

MARY E. D'ANDREA, Clerk

By: *Virginia Gilmore*
    Deputy Clerk

[ ] Petition For Writ of Habeas Corpus   [✓] Complaint

[ ] Transfer From Other District         [ ] Other

NOTE:  Please be advised that in order for service to be made a U.S. Marshal Form 285 (form enclosed) must be completed for each named defendant and returned to the Clerk's Office at the above address.  Additional forms are available at the prison library or the U.S. Marshal's Office.  (This does not apply to Petitions for Writ of Habeas Corpus.)

Enclosed:  Notice of Consent regarding Magistrate Referral.