see av



UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

FILED
HARRISBURG, PA

APR 0 9 2001

MARY E. D'ANDREA, CLERK
PER_____
DEPUTY CLERK

RONALD S. TILLMAN, :
:
    Plaintiff :
:
v. : CIVIL NO. 1:CV-00-2041
:
DONALD ROMINE, ET AL., : (Judge Caldwell)
:
    Defendants :

### ORDER

AND NOW, this 9th day of April, 2001, upon consideration of Defendants' motion for a thirty-day enlargement of time in which to file a response to the complaint, it is ordered that the motion (doc. 14) is granted. Defendants may file their responsive pleading on or before April 27, 2001.

/s/ William W. Caldwell
WILLIAM W. CALDWELL
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

\* \* MAILING CERTIFICATE OF CLERK \* \*

April 9, 2001

Re:   1:00-cv-02041   Tillman v. Romine

True and correct copies of the attached were mailed by the clerk to the following:

Ronald S. Tillman
FCI-EDGEFIELD
85375-071
501 Gary Hill Road
Edgefield, SC  29824

Kate L. Mershimer, Esq.
U.S. Attorneys Office
Room 217, Federal Bldg.
228 Walnut St.
Harrisburg, Pa  17108

cc:
Judge                              ( )          (/) Pro Se Law Clerk   *Belisario*
Magistrate Judge                   ( )          ( ) INS
U.S. Marshal                       ( )          ( ) Jury Clerk
Probation                          ( )
U.S. Attorney                      ( )
Atty. for Deft.                    ( )
Defendant                          ( )
Warden                             ( )
Bureau of Prisons                  ( )
Ct Reporter                        ( )
Ctroom Deputy                      ( )
Orig-Security                      ( )
Federal Public Defender            ( )
Summons Issued                     ( )  with N/C attached to complt. and served by:
                                        U.S. Marshal ( )    Pltf's Attorney ( )

Standard Order 93-5                ( )
Order to Show Cause                ( )  with Petition attached & mailed certified mail
                                        to: US Atty Gen   ( )   PA Atty Gen  ( )
                                            DA of County  ( )   Respondents  ( )

Bankruptcy Court                   ( )
Other_____         ( )

MARY E. D'ANDREA, Clerk

DATE: _____4/5/01_____          BY: /s/ BTB_____
                                        Deputy Clerk