*see at*

⑯
4-12-01
sc

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FILED
HARRISBURG, PA

APR 11 2001

MARY E. D'ANDREA, CLERK
PER_____ DEPUTY CLERK

RONALD S. TILLMAN, :
:
    Plaintiff :
:
v. : CIVIL NO. 1:CV-00-2041
:
DONALD ROMINE, et al., : (Judge Caldwell)
:
    Defendants :

### ORDER

AND NOW, this 11th day of April, 2001, upon consideration of the plaintiff's motion for enlargement of time within which to file his amended complaint, and defendants' motion for enlargement of time within which to file a responsive pleading, it is ordered that:

    1. Plaintiff's motion for enlargement of time within which to file an amended complaint (doc. 12) is granted. Plaintiff shall file his amended complaint on or before April 30, 2001.

    2. Defendants shall have until May 21, 2001, to file a responsive pleading to the amended complaint.

                                        WILLIAM W. CALDWELL
                                        United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

April 11, 2001

Re: 1:00-cv-02041   Tillman v. Romine

True and correct copies of the attached were mailed by the clerk to the following:

Ronald S. Tillman
FCI-EDGEFIELD
85375-071
501 Gary Hill Road
Edgefield, SC  29824

Kate L. Mershimer, Esq.
U.S. Attorneys Office
Room 217, Federal Bldg.
228 Walnut St.
Harrisburg, Pa  17108

```
cc:
Judge                          (✓)           (✓) Pro Se Law Clerk
Magistrate Judge               ( )           ( ) INS
U.S. Marshal                   ( )           ( ) Jury Clerk
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    ( )
Ctroom Deputy                  ( )
Orig-Security                  ( )
Federal Public Defender        ( )
Summons Issued                 ( )  with N/C attached to complt. and served by:
                                    U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5            ( )
Order to Show Cause            ( )  with Petition attached & mailed certified mail
                                    to:  US Atty Gen   ( )    PA Atty Gen ( )
                                         DA of County  ( )    Respondents ( )

Bankruptcy Court               ( )
Other_____   ( )
```

MARY E. D'ANDREA, Clerk

DATE: _____4-11-01_____        BY: /STS/
                                           Deputy Clerk