# ORIGINAL

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Ronald S. Tillman
     Petitioner,

    v.

Donald Romine, et al.,
     Defendants.

Civil No. 1:CV-00-2041
(Caldwell, J.)



FILED

APR 13 2001

PER _____
HARRISBURG, PA    DEPUTY CLERK

## MOTION TO AMEND ORGINAL COMPLAINT
### PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 15(A)

-------------------------------------------------------------------

    **Comes Now,** Petitioner, **Ronald Tillman,** in Pro-Se and
amending his original petition in this honorable court. Pursuant
to Rule 15 (a)(d) of Civil Procedure, Petitioner is supplementing
the additional support in the furtherance of his contentions to
seek relief on his documented claim. Petitioner will not cause any
harm to the Judicial process because the case has NOT been docketed
and their has been a request for an extension/enlargement of the
allocated time requirement. Because this has taken place, the backer
must be respectful of the honorable law with his request. The def-
endants have stipulated that their will be no prejudice suffered
by granting the enlargement of time to prepare a responsive pleading.
Petitioner submits that their is no bases in law that can complete
the irrepairable damage and suffering along with a wanton infliction
of pain and discomfort with a reckless endangerment for his health.

1

## CONCLUSION

In the expedient manner and concepts of Justice and the hopes for fundamental fairness across the board, Petitioner humbly request in this Motion To Amend, The permission to attach the new additions to his Civil Complaint, via the Request for Leave to put into the record the attached Memorandum in the hope of solidification of his documented claim. Petitioner will respectfully comply with the applicable law and await his order granting the addition of his Memorandum to the Civil Complaint. For the reasons listed in this Motion the Petitioner humbly request the relief be granted by order from the honorable Judge.

Dated this ___4___ day of April, 2001...........................

                              Respectfully Requested,

                              *Ronald S. Tillman*
                              Ronald Tillman/85375-071
                              Federal Correction Inst.
                              P.O. Box 724
                              Edgefield, SC 29824


## VERIFICATION

I do solemly affirm that on this ___4___ day of April in the year 2001; I Ronald Tillman did submit this Motion, and I declare under the penalty of Perjury that this is true to the best of my knowledge.

                              Submitted by,

                              *Ronald S. Tillman*
                              Ronald Tillman

2

## PROOF OF SERVICE

I did cause to be served one true copy of this motion on this ___4___ day of April, 2001; via the U.S. Postal service on the interested parties listed below:


Kate L. Mershimer
Assistant U.S. Attorney

Shelly L. Grant
Paralegal Specialist
217 Federal Building
225 Walnut Street
P.O. Box 11754
Harrisburg, PA 17108


*Ronald S. Tillman*

Ronald Tillman