Mr. Ronald Tillman/#85375-071
Federal Correction Institution
P.O. Box 724
Edgefield, SC 29824

FILED
HARRISBURG, PA

APR 23 2001

MARY E. D'ANDREA, CLERK
Per _____
    Deputy Clerk

Kate L. Mershimer/David M. Barasch
U. S. Attorney's Assistant
Middle District of Pennsylvania
U.S. Department of Justice
Federal Building, Suite 220
P.O. Box 11754
228 Walnut Street
Harrisburg, PA 17108-1754

April 17, 2001

00 CV 2041

RE: RESPONSE TO GOVERNMENTS ATTORNEY DATED APRIL 13, 2001

Attorney Mershimer,

  I am responding to your letter dated April 13, 2001 in which you requested I send you copies of my "Motion For Leave To File an Amended Complaint and my Mption To Enlarge Time", so that your records will be complete. Pursuant to Rule 3 and Rule 4(b) of the Federal Rules of Civil Procedure it is the Court, who upon or after the filing of a Complaint, theplaintiff may present a summons to the **clerk** for signature and seal. If the summons is in proper form, the **clerk** shall sign, seal, and issue it to the plaintiff for service on the defendant. Plaintiff Ronald S, Tillman was in transit from one Federal Institution to another, and the **Court filed the Complaint!** Plaintiff NEVER knew that you were the party to be served because of the actions of the Court! In the interest of Justice, plaintiff request the Court to supply the missing or necessary documents to the U.S. Attorneys office to complete her records. Plaintiff will submit a copy to the Court for review.

1

CONCLUSION

Because the facts and material contained in the requested material are in effect the property of the Court, it is fundamentally fair to allow the Court to correct any errors that may have ensued as a result of the fast filing of the actual Complaint. If the Court is in agreement, Plaintiff respectfully request a copy himself because He does not have any property to secure a copy from for the Governments Attorney.

Dated this ___17th___ day of April, 2001......................

Respectfully Submitted,

*Ronald S. Tillman*
Ronald S. Tillman/85375-071
Plaintiff Pro/Se

Certificate of Service

I do affirm that on this day, the 17th of April, 2001 I did cause to be served on the interested party listed below a true and exact copy of the letter filed to the Clerk of Court in the instant matter.

Kate L. Mershimer
Assistant U.S. Attorney
Federal Building, Suite 220
P.O. Box 11754
228 Walnut Street
Harrisburg, PA 17108-1754

April 17, 2001

*Ronald S. Tillman*
Ronald S. Tillman

2

Ronald S. Tillman
USP-LEWISBURG
#85375-071
P. O. Box 1000
Lewisburg, PA  17837

Re: 1:00-cv-02041

------------------------------

------------------------------

Please file all pleadings directly with the Clerk's Office in which the assigned Judge is located.  Do not file any courtesy copies with the Judge's Chambers.

| JUDICIAL OFFICERS: | CLERK'S OFFICE ADDRESS: |
|---|---|
| Judge Sylvia H. Rambo<br>Judge Yvette Kane<br>Judge William W. Caldwell<br>Magistrate Judge J. Andrew Smyser | U.S. District Court<br>228 Walnut Street<br>P.O. Box 983<br>Harrisburg, PA  17108 |
| Chief Judge Thomas I. Vanaskie<br>Judge A. Richard Caputo<br>Judge James M. Munley<br>Judge William J. Nealon<br>Judge Richard P. Conaboy<br>Judge Edwin M. Kosik<br>Magistrate Judge Malachy E. Mannion<br>Magistrate Judge Thomas M. Blewitt | U.S. District Court<br>235 N. Washington Ave.<br>P.O. Box 1148<br>Scranton, PA  18501 |
| Judge James F. McClure<br>Judge Malcolm Muir | U.S. District Court<br>240 West Third Street<br>Suite 218<br>Williamsport, PA  17701 |