IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RONALD S. TILLMAN, :
    Plaintiff
                                  :

vs.                              : CIVIL ACTION NO. 1:CV-00-2041

DONALD ROMINE, et al., :
    Defendants                      :

O R D E R

THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:

       The pro se Plaintiff, Ronald S. Tillman, filed a complaint on November 22, 2000, alleging cruel and unusual punishment by Defendants for failing to enforce a nonsmoking policy at USP-Lewisburg. On January 26, 2001, we granted his motion for leave to file an amended complaint. On April 11, 2001, we granted him an extension of time until April 30, 2001, to file his amended complaint. On April 13, 2001, Plaintiff filed a second motion to amend his original complaint and attached a proposed amended complaint. For reasons which are unclear, he has yet to actually <u>file</u> his amended complaint with the Clerk of Court. We will grant him fifteen days from the date of this order to file an amended complaint. If he fails to do so, this action will proceed on the original complaint.

       Accordingly, this 11th day of May, 2001, it is ordered that:

FILED
HARRISBURG, PA

MAY 1 1 2001

MARY E. D'ANDREA, CLERK
PER_____
      DEPUTY CLERK

1. Plaintiff shall have 15 days from the date of this Order to file an amended complaint.

2. If Plaintiff files an amended complaint within the time specified, the Defendant shall have 10 days from the date of the filing of the amended complaint to plead or otherwise respond.

3. If the Plaintiff does not comply with paragraph 1, the action will proceed on the original complaint, and the Defendant shall have until June 5, 2001, to plead or otherwise respond.

_William W. Caldwell_
William W. Caldwell
United States District Judge

2

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

May 11, 2001

Re: 1:00-cv-02041   Tillman v. Romine

True and correct copies of the attached were mailed by the clerk to the following:

Ronald S. Tillman
FCI-EDGEFIELD
85375-071
501 Gary Hill Road
Edgefield, SC  29824

Kate L. Mershimer, Esq.
U.S. Attorneys Office
Room 217, Federal Bldg.
228 Walnut St.
Harrisburg, Pa  17108

```
cc:
Judge                          ( ✓ )           ( ) Pro Se Law Clerk
Magistrate Judge               ( )             ( ) INS
U.S. Marshal                   ( )             ( ) Jury Clerk
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    ( )
Ctroom Deputy                  ( )
Orig-Security                  ( )
Federal Public Defender        ( )
Summons Issued                 ( )  with N/C attached to complt. and served by:
                                    U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5            ( )
Order to Show Cause            ( )  with Petition attached & mailed certified mail
                                    to:  US Atty Gen   ( )    PA Atty Gen ( )
                                         DA of County  ( )    Respondents ( )
Bankruptcy Court               ( )
Other _____ ( )
```

MARY E. D'ANDREA, Clerk

DATE: 5-11-01    BY: _____
                     Deputy Clerk