22 dm
5-30-01

1:00 CV 2041

```
Wed May 30 09:29:41 2001

UNITED STATES DISTRICT COURT

SCRANTON      , PA

Receipt No.   333 83860
Cashier       rich

Check Number: 2221 07839646

D0 Code    Div No
 4667       3

Sub Acct Type Tender    Amount
1:5100PL  AR   2         23.32
2:0869PL  AR   2         16.68

Total Amount      $      40.00

RONALD TILLMAN   FCI-EDGEFIELD
EDGEFIELD, SC  29824

PARTIAL FILING FEE - CV-00-2041


cn
Wed May 30 09:29:41 2001

Check No. 2221 07839646
Amount$   40.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4667
```

FILED
SCRANTON

MAY 3 0 2001

PER _____
    DEPUTY CLERK