**ORIGINAL**

MCC:KLM:slg:2001V00146

**FILED
HARRISBURG
JUN 0 7 2001
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

RONALD TILLMAN,           :
     Plaintiff       :
                     :
    v.               :   Civil No. 1:CV-00-2041
                     :   (Caldwell, J.)
DONALD ROMINE, et al.,    :
     Defendants      :

### DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants ask the Court to grant summary judgment in their favor pursuant to Fed. R. Civ. P. 56(b). A brief in support of this motion will be filed in accordance with M.D. Pa. Local Rule 7.5. Counsel certifies that she has not obtained the concurrence of plaintiff pursuant to M.D. Pa. Local Rule 7.1 because plaintiff is a prisoner proceeding pro se.

                                     Respectfully submitted,

                                       MARTIN C. CARLSON
                                       United States Attorney

                                       KATE L. MERSHIMER
                                       Assistant U.S. Attorney
                                       SHELLEY GRANT
                                       Paralegal Specialist
                                       217 Federal Building
                                       228 Walnut Street
                                       P.O. Box 11754
                                       Harrisburg, PA 17108
                                       717/221-4482

Dated: June 7, 2001

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

RONALD TILLMAN,  :
    Plaintiff  :
                      :
    v.  :    Civil No. 1:CV-00-2041
                      :    (Caldwell, J.)
DONALD ROMINE, et al.,  :
    Defendants  :

### CERTIFICATE OF SERVICE BY MAIL

    The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion as to be competent to serve papers.

    That on June 7, 2001, she served a copy of the attached

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

by placing said copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Harrisburg, Pennsylvania.

Addressee:

Ronald Tillman
Reg. No. 85375-071
FCI Edgefield
P.O. Box 724
Edgefield, S.C.  28824

                                              _/s/ Shelley L. Grant_
                                              SHELLEY L. GRANT
                                              Paralegal Specialist