**ORIGINAL**

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF PENNSYLVANIA

FILED
HARRISBURG, PA

JUN 2 0 2001

MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

| | |
|---|---|
| RONALD S. TILLMAN, ) | |
| PLAINTIFF, ) | |
| ) | |
| vs. ) | CIVIL No. 1:CV-00-2041 |
| ) | |
| DONALD ROMINE, et al., ) | ( CALDWELL, J.) |
| DEFENDANT(S). ) | |

## PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME

Plaintiff , Ronald S. Tillman , acting pro-se , in the above entitled matter respectfully hereby moves pursuant to the Federal Rules of Civil Procedure , Rule 6(b) , and in accordance with M. D. Pa. Local Rule 7.5(a), for an extension of time within which to file plaintiff's opposition to defendants' motion for summary judgment. In support thereof , the plaintiff states as follows:

1). The plaintiff received defendants' motion for summary judgment , on or about June 11 , 2001 .

2). Plaintiff did not receive defendant's brief in su support of said motion for summary judgment as of June 12 , 2001 , and the plaintiff is requesting for an extension of time of 30 days after plaintiff has received defendant's brief to file his motion in opposition to defendant's motion for summary judgment .

(1)

3). Also, due to the fact that plaintiff is a layperson to the law, and is processing pro-se additional time is needed to do research and file the proper motion in opposition to defendant's motion for summary judgment.

4). The defendants' will not be prejudiced by a short delay in the time within which the plaintiff has to respond to defendants' motion for summary judgment.

5). Plaintiff is unable to contact defendants' on their position for plaintiff's request for an extension of time.

The plaintiff therefore, respectfully requests that the Court extend the time within while to file plaintiff's opposition to defendants' motion for summary judgment to **July 27, 2001**.

DATED: **JUNE 12, 2001:**

                              Respectfully submitted,

                              *Ronald S. Tillman*
                              RONALD S. TILLMAN
                              REG. No. 85375-071
                              UNIT C-3/ROOM#321
                              FEDERAL CORRECTIONAL INSTITUTIO
                              P.O. BOX 724
                              EDGEFIELD, S.C. 29824

## CERTIFICATE OF SERVICE

I, Ronald S. Tillman, do hereby certify that I have served a copy of the foregoing, by mailing same to Kate L. Mershimer, Assistant U.S. Attorney, 217 Federal Building, 228 Walnut Street, P.O. Box 11754, Harrisburg, PA 17108.

*Ronald S. Tillman*
RONALD S. TILLMAN

(3)