MCC:KLM:slg:2001V00146

FILED
HARRISBURG, PA

JUN 2 0 2001

MARY E. D'ANDREA, CLERK
Per_____ Deputy Clerk

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

RONALD TILLMAN,                        :
          Plaintiff              :
                              :
        v.                     :          Civil No. 1:CV-00-2041
                              :          (Caldwell, J.)
DONALD ROMINE, et al.,                 :
          Defendants             :

RECORD TO BRIEF IN SUPPORT OF THE DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT

MARTIN C. CARLSON
United States Attorney

KATE L. MERSHIMER
Assistant U.S. Attorney
SHELLEY L. GRANT
Paralegal Specialist
217 Federal Building
225 Walnut Street
Post Office Box 11754
Harrisburg, PA 17108
717-221-4482

Dated: June 20, 2001

# Table of Contents

                                                                    Page

Declaration of A.W. Alexander . . . . . . . . . . . . . . . . 1

Declaration of A. Whitecavage. . . . . . . . . . . . . . . . 3

Declaration of T.R. Sniezek . . . . . . . . . . . . . . . . 4

Declaration of Donald Romine. . . . . . . . . . . . . . . . 5

Declaration of Louis Lopez. . . . . . . . . . . . . . . . . 6

Declaration of W. Sobleskie . . . . . . . . . . . . . . . . 7

Declaration of A. Rowe . . . . . . . . . . . . . . . . . . . 8

Declaration of R. Hamilton. . . . . . . . . . . . . . . . . 9

Declaration of W. Robey . . . . . . . . . . . . . . . . . . 11

Declaration of M. Kratzer . . . . . . . . . . . . . . . . . 12

Declaration of D. Eichner . . . . . . . . . . . . . . . . . 13

Declaration of M. Lutz . . . . . . . . . . . . . . . . . . . 14

Declaration of R. Frasch . . . . . . . . . . . . . . . . . . 15

Declaration of D. Greene . . . . . . . . . . . . . . . . . . 16

Declaration of K. Koncir . . . . . . . . . . . . . . . . . .17

Declaration of M. Winkler . . . . . . . . . . . . . . . . . 18

Declaration of William Ey, Jr. . . . . . . . . . . . . . . . 19

Declaration of L. Cunningham . . . . . . . . . . . . . . . . 20

Institution Supplement 1640.03, Smoking/No Smoking . . . . . 21

Commissary receipts. . . . . . . . . . . . . . . . . . . . . 25

Chronological Health Records . . . . . . . . . . . . . . . . 38

IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

|                          |   |              |
|--------------------------|---|--------------|
| Ronald Tillman           | ) | 1:00-CV-02041 |
| Plaintiff                | ) |              |
|                          | ) |              |
| v.                       | ) |              |
|                          | ) |              |
| Donald Romine, etal      | ) |              |
| Defendant                | ) |              |

## DECLARATION OF A.W. ALEXANDER

I, A.W. Alexander, hereby state:

1.      I am presently employed as a Unit Manager for the Bureau of Prisons at the United States
        Penitentiary (USP) at Lewisburg, Pennsylvania.   I am aware that I have been named in
        the above referenced civil action in which inmate Ronald Tillman, Reg. No. 85375-071,
        complains about exposure to second hand tobacco smoke.

2.      During the time period relevant to this complaint, inmate Tillman was assigned to E-
        block, which is one of the housing units which my Unit Team supervises.   The housing
        unit is a modified dormitory styled unit.  Each inmate has his own four-walled cubicle.
        Inmate Tillman did not have a cellmate.  The first floor of E-block is a non-smoking
        floor.  Smoking is permitted on the second and third floors of E-block.  Inmate Tillman
        was assigned to the non-smoking first floor.

3.      I recall that inmate Tillman complained to me about some inmates smoking on the first
        floor of E-block.  I asked him to identify the inmates, but he refused to do so.  Because
        inmate Tillman would only make vague allegations, the problem was more difficult to
        deal with.  I discussed the issue with members of my Unit Team and instructed them to be
        vigilant about violations of the smoking policy.   All Unit Teams members make a sincere
        effort to accommodate inmate's smoking preferences and enforce smoking regulations.
        However, it is a reality of prison administration that a very large percentage of inmates
        smoke and  inmates frequently attempt to circumvent the institution's smoking policy.

4.      Because inmate Tillman refused to provide staff with the names of the inmates he
        claimed were violating the smoking policy, I directed staff to conduct a "shakedown" of
        the entire first floor of E-block  to determine if inmates possessed cigarettes. These floor-
        wide shakedowns were conducted on at least two occasions during the time period
        relevant to this complaint.  Possession of cigarettes, per se, is not a violation of policy,
        however, and those inmates who were found to have possessed cigarettes were counseled
        about the institution's smoking policy and reassigned to a smoking floor.

5.     Inmate Tillman was transferred from USP Lewisburg to FCI Edgefield, South Carolina, in February 2001.   Inmate Tillman was from South Carolina, and concurred with the transfer.

I hereby state under penalty pursuant to the 28 U.S.C.§ 1746, that the above is accurate to the best of my knowledge.


A.W. Alexander, Unit Manager
United States Penitentiary
Lewisburg, PA 17847

6-1-01
Date

IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| Ronald Tillman | ) | 1:00-CV-02041 |
| Plaintiff | ) |  |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| Donald Romine, etal | ) |  |
| Defendant | ) |  |

## DECLARATION OF A. WHITECAVAGE

I, A. Whitecavage, hereby state:

1.  I am presently employed as a Correctional Counselor for the Bureau of Prisons at the United States Penitentiary (USP) at Lewisburg, Pennsylvania. I am aware that I have been named in the above referenced civil action in which inmate Ronald Tillman, Reg. No. 85375-071, complains about exposure to second hand tobacco smoke.

2.  During the time period relevant to this complaint, inmate Tillman was assigned to E-block, which was one of the housing units I supervised. The housing unit is a modified dormitory styled unit. Each inmate has his own four-walled cubicle. Inmate Tillman did not have a cellmate. The first floor of E-block is a non-smoking floor. Smoking is permitted on the second and third floors of E-block. Inmate Tillman was assigned to the non-smoking first floor. Before any inmate was moved onto the first floor of E-block, the inmate was warned that smoking was prohibited on the first floor. Inmates who were smokers were assigned to other housing unit areas.

3.  I recall that inmate Tillman complained to me generally about some inmates smoking on the first floor of E-block. However, the inmate refused to provide any specific information about who the inmates were. The Unit Manager overseeing E-block directed myself and other staff to conduct floor wide shakedowns of first floor of E-block in an effort to determine if inmates were violating the smoking policy. Any inmates who were found to be smoking on the unit were removed.

I hereby state under penalty pursuant to the 28 U.S.C.§ 1746, that the above is accurate to the best of my knowledge.

| | |
|---|---|
| A. Whitecavage, Correctional Counselor | 6/5/01 |
| USP Lewisburg | Date |

R. 3

IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

|                          |   |                |
|--------------------------|---|----------------|
| Ronald Tillman           | ) | 1:00-CV-02041  |
| Plaintiff                | ) |                |
|                          | ) |                |
| v.                       | ) |                |
|                          | ) |                |
| Donald Romine, etal      | ) |                |
| Defendant                | ) |                |

### DECLARATION OF T.R. SNIEZEK

I, T.R. Sniezek, hereby state:

1.     I am presently employed as the Associate Warden (Programs) for the Bureau of Prisons at the United States Penitentiary (USP) at Lewisburg, Pennsylvania. I am aware that I have been named in the above referenced civil action in which inmate Ronald Tillman, Reg. No. 85375-071, complains about exposure to second hand tobacco smoke.

2.     With regard to me, inmate Tillman only states that he came to me in March 2000, and stated that he had spoken to the Associate Warden (Custody) about the "smoking problem" he perceived in the institution. He states that I told him I would look into it.

3.     I remember inmate Tillman complaining generally about smoking issues. I discussed inmate Tillman's concerns with the Unit Manager who supervises his housing unit. The Unit Manager was aware of Tillman's complaints and had organized shakedowns of the first floor of E-Block, where Tillman lived, in an effort to minimize abuse of the no-smoking policy on that unit. Therefore, it appeared the situation was being handled properly.

I hereby state under penalty of perjury pursuant to the provisions of 28 U.S.C. § 1746, that the above is true and accurate to the best of my knowledge and belief.

_____
T.R. Sniezek, Associate Warden (Programs)
United States Penitentiary
Lewisburg, Pennsylvania

6/6/01
Date

**R. 4**

IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| Ronald Tillman | ) |
| Plaintiff | ) 1:00-CV-02041 |
|  | ) |
| v. | ) |
|  | ) |
| Donald Romine, etal | ) |
| Defendant | ) |

## DECLARATION OF DONALD ROMINE

I, D. Romine, hereby state:

1.  I am presently employed as the Warden at the United States Penitentiary (USP) at Lewisburg, Pennsylvania. I am aware that I have been named in the above referenced civil action in which inmate Ronald Tillman, Reg. No. 85375-071, complains about exposure to second hand tobacco smoke.

2.  With regard to me, inmate Tillman only states that he came to me one time in Apirl 2000, and stated that he had spoken to the Associate Wardens over Programs and Custody, and with his Unit Manager about the "smoking problem" he perceived in the institution. He states that I told him that I would have a talk "with my officers" and directed him to go back to his Unit Manager with information about which inmates were violating the smoking policy on his unit so that those inmates could be moved.

3.  I remember generally that inmate Tillman approached me with complaints about inmates violating the non-smoking policy on the first floor of E-block. Because abuse of the institution's smoking policy is a serious concern for myself and my Executive Staff, I told inmate Tillman that I would remind staff of the importance of enforcing the policy. Because, in my capacity as Warden, I am not directly involved with the day-to-day operations of the housing units with regard to cell/cube assignment, I would have directed inmate Tillman to his Unit Team to provide information about the inmates he claimed were violating the smoking policy

I hereby state under penalty of perjury pursuant to the provisions of 28 U.S.C. § 1746, that the above is true and accurate to the best of my knowledge and belief.

_Donald Romine_                                    6/18/01

Donald Romine, Warden                        Date
USP Lewisburg

IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

|  |  |  |
|--|--|--|
| Ronald Tillman | ) | 1:00-CV-02041 |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Donald Romine, etal | ) | |
| Defendant | ) | |

## DECLARATION OF LOUIS LOPEZ

I, Louis Lopez, hereby state:

1.  I am presently employed as the Associate Warden for the Bureau of Prisons at the Federal
    Correctional Institution (FCI) at Talladega, Alabama.  During the time period relevant to
    this complaint, I was employed as the Associate Warden (Custody) at United States
    Penitentiary (USP) at Lewisburg, Pennsylvania.  I am aware that I have been named in
    the above referenced civil action in which inmate Ronald Tillman, Reg. No. 85375-071,
    complains about exposure to second hand tobacco smoke.

2.  With regard to me, inmate Tillman only states that he told another Associate Warden that
    he had spoke to me "about the smoking problem throughout the institution.".

3.  While I do not specifically remember inmate Tillman, I do recall that occasionally an
    inmate would approach me to discuss a smoking issue.  If the inmate wanted to be
    moved, either to a non-smoking floor, or to a housing unit which allowed smoking, I
    would direct him to his Unit Team, which handled this type of housing unit assignment.
    Because enforcement of the smoking policy was a concern to all the Executive staff at
    USP Lewisburg, the importance of enforcing the policy was discussed at roll calls for
    Correctional Officers and Lieutenant's meetings.

I hereby state under penalty of perjury pursuant to the provisions of 28 U.S.C. § 1746, that the
above is true and accurate to the best of my knowledge and belief.

Louis Lopez, Associate Warden                              6/5/01
Federal Correctional Institution                            Date
Talladega, Alabama

IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

|                        |   |                |
|------------------------|---|----------------|
|                        | ) |                |
|                        | ) |                |
| Ronald Tillman         | ) | 1:00-CV-02041  |
| Plaintiff              | ) |                |
|                        | ) |                |
| v.                     | ) |                |
|                        | ) |                |
| Donald Romine, etal    | ) |                |
| Defendant              | ) |                |

## DECLARATION OF W. SOBLESKIE

I, W.Sobleskie, hereby state:

1.      I am presently employed as a Correctional Officer at the United States Penitentiary (USP) at Lewisburg, Pennsylvania.   I am aware that I have been named in the above referenced civil action in which inmate Ronald Tillman, Reg. No. 85375-071, complains about exposure to second hand tobacco smoke.

2.      With regard to me, inmate Tillman states that on one occasion, he observed me smoking on his housing unit when I came in to help with the count.   On the evening of  June 19, 2000, I was assisting with the evening count on E-block, when I discovered an inmate who was unconscious and unresponsive.  I called for assistance and began securing the inmate's area.   As medical staff arrived, I may have smoked a cigarette, as the situation was very stressful.  The inmate was pronounced dead by Health Services Staff.  As I was concerned with the immediate area in and around this inmate's cube, I was not aware of any other inmates smoking elsewhere on the housing unit.

I hereby state under penalty of perjury pursuant to the provisions of 28 U.S.C. § 1746, that the above is true and accurate to the best of my knowledge and belief.

_____          _____
W. Sobleskie, Correctional Officer                      Date
USP Lewisburg

R. 7

IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

|                          |   |                |
|--------------------------|---|----------------|
| Ronald Tillman           | ) | 1:00-CV-02041  |
| Plaintiff                | ) |                |
|                          | ) |                |
| v.                       | ) |                |
|                          | ) |                |
| Donald Romine, etal      | ) |                |
| Defendant                | ) |                |

## DECLARATION OF A.ROWE

I, A. Rowe, hereby state:

1.      I am presently employed as a Correctional Officer at the United States Penitentiary (USP) at Lewisburg, Pennsylvania.   I am aware that I have been named in the above referenced civil action in which inmate Ronald Tillman, Reg. No. 85375-071, complains about exposure to second hand tobacco smoke.

2.      With regard to me, inmate Tillman claims that on four occasions, I "observed" an inmate smoking on the first floor of E-block and did not enforce the non-smoking policy.   It is not uncommon for inmates to attempt to circumvent the institution's smoking policy and try to sneak cigarettes in unauthorized areas.   It is one of the things I look for as I make rounds in a housing unit.  However, there are many other things that I am concerned about as I am making my rounds such as looking for inmates who are out of bounds on the unit, signing inmate passes, handling telephone calls, supervising inmate movement, etc.  Unfortunately, I cannot "observe" every inmate on the housing unit at all times.

3.      Contrary to inmate Tillman's allegations, I do not "observe" inmates smoking and not enforce the policy.  Inmate have little reason to try to hide their smoking from other inmates, but will try very hard to hide it from staff.   Accordingly, inmate Tillman may seen the inmates smoking and staff did not.  However, inmate Tillman does not allege that he brought these supposed violations of policy to my attention.

I hereby state under penalty of perjury pursuant to the provisions of 28 U.S.C. § 1746, that the above is true and accurate to the best of my knowledge and belief.

_A. Rowe_____                    6-20-01
A. Rowe, Correctional Officer                   Date
USP Lewisburg

IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

|                          |   |              |
|--------------------------|---|--------------|
|                          | ) |              |
|                          | ) |              |
| Ronald Tillman           | ) | 1:00-CV-02041 |
| Plaintiff                | ) |              |
|                          | ) |              |
| v.                       | ) |              |
|                          | ) |              |
| Donald Romine, etal      | ) |              |
| Defendant                | ) |              |

## DECLARATION OF R. HAMILTON

I, R. Hamilton, hereby state:

1.    I am presently employed as a Correctional Officer at the United States Penitentiary (USP) at Lewisburg, Pennsylvania.   I am aware that I have been named in the above referenced civil action in which inmate Ronald Tillman, Reg. No. 85375-071, complains about exposure to second hand tobacco smoke.

2.    With regard to me, inmate Tillman claims that I have "observed" inmates smoking in violation of the non-smoking policy.  Specifically, inmate Tillman states that while I was shaking down an inmate's cube, an inmate was smoking in another cube.  Inmate Tillman also claims that while I and another officer were "carrying" an inmate to the Lieutenant's Office, we didn't stop to enforce the smoking policy.   Tillman states that on a few other occasions that inmates were smoking in "non-smoking" areas and I "did nothing".

3.    Contrary to inmate Tillman's allegations, I do not "observe" inmates smoking and not enforce the policy.  Inmate have little reason to try to hide their smoking from other inmates, but will try very hard to  hide it from staff.  Accordingly, inmate Tillman may seen the inmates smoking and I did not.  However, inmate Tillman does not allege that he brought these supposed violations of policy to my attention or in several cases, he does not even specify where the alleged violation occurred.  In addition, when I am shaking down an inmate's cell or cube, that job has my full attention.  It is likely that I would not have known that an inmate was smoking several cubes away.   Unfortunately, it is impossible to watch each and every inmate every minute.  Likewise, when staff are escorting an inmate to the Lieutenant's Office, that is the task that is the most pressing at that moment.  Many times, inmates are taken to the Lieutenant's Office for serious rules infractions and resist staff efforts to take them there.  Although I do not remember seeing other inmates smoking, given that I was escorting an inmate, I may have given that priority over stopping to deal with a smoking violation at that moment.

I hereby state under penalty of perjury pursuant to the provisions of 28 U.S.C. § 1746, that the above is true and accurate to the best of my knowledge and belief.

R. Hamilton, Correctional Officer
USP Lewisburg

6-2-01
Date

R. 10

IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Ronald Tillman | ) |
| Plaintiff | ) 1:00-CV-02041 |
| | ) |
| v. | ) |
| | ) |
| Donald Romine, etal | ) |
| Defendant | ) |

## DECLARATION OF W. ROBEY

I, W.Robey, hereby state:

1.    I am presently employed as a Correctional Officer at the United States Penitentiary (USP) at Lewisburg, Pennsylvania.   I am aware that I have been named in the above referenced civil action in which inmate Ronald Tillman, Reg. No. 85375-071, complains about exposure to second hand tobacco smoke.

2.    With regard to me, inmate Tillman claims that I "observed" inmates smoking on the first floor of E-block and did not enforce the non-smoking policy.   It is not uncommon for inmates to attempt to circumvent the institution's smoking policy and try to sneak cigarettes in unauthorized areas.

3.    While I do not remember the specific dates and times that inmate Tillman mentions, contrary to his allegations, I do not "observe" inmates smoking and not enforce the policy.  Inmate have little reason to try to hide their smoking from other inmates, but will try very hard to hide it from staff.   Accordingly, inmate Tillman may seen the inmates smoking that I did not.  However, inmate Tillman does not allege that he brought these supposed violations of policy to my attention.  If I had observed inmates smoking in violation of the institution smoking policy, I would have confronted them.

I hereby state under penalty of perjury pursuant to the provisions of 28 U.S.C. § 1746, that the above is true and accurate to the best of my knowledge and belief.

_____        6-7-2001
W. Robey, Correctional Officer                    Date
USP Lewisburg

R. 11

IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| | ) | |
| | ) | |
| Ronald Tillman | ) | 1:00-CV-02041 |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Donald Romine, etal | ) | |
| Defendant | ) | |

## DECLARATION OF M. KRATZER

I, M. Kratzer, hereby state:

1.    I am presently employed as a Correctional Officer at the United States Penitentiary (USP) at Lewisburg, Pennsylvania.   I am aware that I have been named in the above referenced civil action in which inmate Ronald Tillman, Reg. No. 85375-071, complains about exposure to second hand tobacco smoke.

2.    With regard to me, inmate Tillman claims that I "observed" inmates smoking on the first floor of E-block and did not enforce the non-smoking policy.   It is not uncommon for inmates to attempt to circumvent the institution's smoking policy and try to sneak cigarettes in unauthorized areas.

3.    Contrary to inmate Tillman's allegations, I do not "observe" inmates smoking and not enforce the policy.  Inmate have little reason to try to hide their smoking from other inmates, but will try very hard to hide it from staff.   Accordingly, inmate Tillman may seen the inmates smoking and staff did not.  However, inmate Tillman does not allege that he brought these supposed violations of policy to my attention.

I hereby state under penalty of perjury pursuant to the provisions of 28 U.S.C. § 1746, that the above is true and accurate to the best of my knowledge and belief.

_Mark A Kratzer_                          _6/6/01_
M. Kratzer, Correctional Officer                Date
USP Lewisburg

R. 12

IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| Ronald Tillman | ) | 1:00-CV-02041 |
| Plaintiff | ) |  |
| v. | ) |  |
| Donald Romine, etal | ) |  |
| Defendant | ) |  |

## DECLARATION OF D. EICHNER

I, D. Eichner, hereby state:

1.      I am presently employed as a Correctional Officer at the United States Penitentiary (USP) at Lewisburg, Pennsylvania.   I am aware that I have been named in the above referenced civil action in which inmate Ronald Tillman, Reg. No. 85375-071, complains about exposure to second hand tobacco smoke.

2.      With regard to me, inmate Tillman claims that I "observed" inmates smoking on the first floor of E-block and did not enforce the non-smoking policy.  I am aware of the smoking policy in E-block and make a sincere effort to enforce it.  However, it is not uncommon for inmates to attempt to circumvent the institution's smoking policy and try to sneak cigarettes in unauthorized areas.

3.      Contrary to inmate Tillman's allegations, I do not "observe" inmates smoking and not enforce the policy.  Inmate have little reason to try to hide their smoking from other inmates, but will try very hard to  hide it from staff.   Accordingly, inmate Tillman may seen the inmates smoking and staff did not.  However, inmate Tillman does not allege that he brought these supposed violations of policy to my attention.  Further, when I am conducting a "shakedown" of an inmate's cube, that task has my full attention and it is unlikely I would know if an inmate was sneaking a cigarette elsewhere in the unit.  Unfortunately, it is impossible to watch each individual inmate every minute.

I hereby state under penalty of perjury pursuant to the provisions of 28 U.S.C. § 1746, that the above is true and accurate to the best of my knowledge and belief.

_D. Eichner (signature)_                                    6-2-01

D. Eichner, Correctional Officer                    Date
USP Lewisburg

R. 13

IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA)

| | | |
|---|---|---|
| Ronald Tillman | ) | 1:00-CV-02041 |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Donald Romine, etal | ) | |
| Defendant | ) | |

## DECLARATION OF J. LUTZ

I, J. Lutz, hereby state:

1.  I am presently employed as a Correctional Officer at the United States Penitentiary (USP) at Lewisburg, Pennsylvania. I am aware that I have been named in the above referenced civil action in which inmate Ronald Tillman, Reg. No. 85375-071, complains about exposure to second hand tobacco smoke.

2.  With regard to me, inmate Tillman claims that I "observed" inmates smoking on the first floor of E-block and did not enforce the non-smoking policy. It is not uncommon for inmates to attempt to circumvent the institution's smoking policy and try to sneak cigarettes in unauthorized areas.

3.  Contrary to inmate Tillman's allegations, I do not "observe" inmates smoking and not enforce the policy. Inmate have little reason to try to hide their smoking from other inmates, but will try very hard to hide it from staff. Accordingly, inmate Tillman may seen the inmates smoking and staff did not. However, inmate Tillman does not allege that he brought these supposed violations of policy to my attention.

I hereby state under penalty of perjury pursuant to the provisions of 28 U.S.C. § 1746, that the above is true and accurate to the best of my knowledge and belief.

_____          ____6/7/01____
J. Lutz, Correctional Officer                    Date
USP Lewisburg

R. 14

IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA)

Ronald Tillman                    )    1:00-CV-02041
Plaintiff                         )
                                  )
v.                                )
                                  )
Donald Romine, etal               )
Defendant                         )

## DECLARATION OF R. FRASCH

I, R. Frasch, hereby state:

1.  I am presently employed as a Correctional Officer at the United States Penitentiary (USP)
    at Lewisburg, Pennsylvania.  I am aware that I have been named in the above referenced
    civil action in which inmate Ronald Tillman, Reg. No. 85375-071, complains about
    exposure to second hand tobacco smoke.

2.  With regard to me, inmate Tillman claims that I "observed" inmates smoking on the first
    floor of E-block and did not enforce the non-smoking policy.  It is not uncommon for
    inmates to attempt to circumvent the institution's smoking policy and try to sneak
    cigarettes in unauthorized areas.

3.  Contrary to inmate Tillman's allegations, I do not "observe" inmates smoking and not
    enforce the policy.  Inmate have little reason to try to hide their smoking from other
    inmates, but will try very hard to hide it from staff.   Accordingly, inmate Tillman may
    seen the inmates smoking and staff did not.  However, inmate Tillman does not allege
    that he brought these supposed violations of policy to my attention.

I hereby state under penalty of perjury pursuant to the provisions of 28 U.S.C. § 1746, that the
above is true and accurate to the best of my knowledge and belief.


_R. Frasch_____          _6-2-01_____
R. Frasch, Correctional Officer                          Date


                                                        R. 15

IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Ronald Tillman | ) | 1:00-CV-02041 |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Donald Romine, etal | ) | |
| Defendant | ) | |

## DECLARATION OF D. GREENE

I, D. Greene, hereby state:

1.    I am presently employed as a Correctional Counselor for the Bureau of Prisons at the United States Penitentiary (USP) at Lewisburg, Pennsylvania.   I am aware that I have been named in the above referenced civil action in which inmate Ronald Tillman, Reg. No. 85375-071, complains about exposure to second hand tobacco smoke.

2.    With regard to me, inmate Tillman claims that on one day, October 5, 2000, when I was assigned to another unit, I came onto E-block twice with a cigarette.    While I do not remember this particular day, it is true that when I am working another post, I may occasionally have to go into another unit for a few minutes to assist with count or deliver some item.   Because I was not assigned to E-block, I was not immediately familiar with the non-smoking areas on that unit.  When another staff member told me that the first floor was a non-smoking area, I immediately discarded my cigarette.

I hereby state under penalty pursuant to the 28 U.S.C.§ 1746, that the above is accurate to the best of my knowledge.

_____          ___6 - 1 - 01___
D. Greene, Correctional Officer                Date
USP Lewisburg

R. 16

IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| Ronald Tillman | ) | 1:00-CV-02041 |
| Plaintiff | ) |  |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| Donald Romine, etal | ) |  |
| Defendant | ) |  |

### DECLARATION OF K. KONCIR

I, K. Koncir, hereby state:

1.  I am presently employed as a Correctional Counselor for the Bureau of Prisons at the United States Penitentiary (USP) at Lewisburg, Pennsylvania. I am aware that I have been named in the above referenced civil action in which inmate Ronald Tillman, Reg. No. 85375-071, complains about exposure to second hand tobacco smoke.

2.  With regard to me, while inmate Tillman named me as a defendant in both the original and amended complaint, he did not mention me, or make any allegations at all against me in the body of the complaint.

I hereby state under penalty pursuant to the 28 U.S.C.§ 1746, that the above is accurate to the best of my knowledge.

_____     ___6-7-01___
K. Koncir, Correctional Officer         Date
USP Lewisburg

R. 17

# IN THE UNITED STATES DISTRICT COURT
## FOR THE
### MIDDLE DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| Ronald Tillman | ) | 1:00-CV-02041 |
| Plaintiff | ) |  |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| Donald Romine, etal | ) |  |
| Defendant | ) |  |

## DECLARATION OF M. WINKLER

I, M. Winkler, hereby state:

1.      I am presently employed as a Correctional Officer at the United States Penitentiary (USP) at Lewisburg, Pennsylvania.   I have been informed that I have been named in the above referenced civil action in which inmate Ronald Tillman, Reg. No. 85375-071, complains about exposure to second hand tobacco smoke.   However, I have not received any service of process in this action and have not seen or reviewed a copy of the complaint against me.

I hereby state under penalty of perjury pursuant to the provisions of 28 U.S.C. § 1746 that the above is true to the best of my knowledge.

_____          _____
M. Winkler, Correctional Officer                    6/18/01
USP Lewisburg                                       Date

R. 18

IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| Ronald Tillman | ) | 1:00-CV-02041 |
| Plaintiff | ) |  |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| Donald Romine, etal | ) |  |
| Defendant | ) |  |

## DECLARATION OF WILLIAM EY, JR.

I, William Ey, Jr., hereby state:

1.    I am presently employed as Captain at the United States Penitentiary (USP) at Lewisburg, Pennsylvania.  I have been informed that I have been named in the above referenced civil action in which inmate Ronald Tillman, Reg. No. 85375-071, complains about exposure to second hand tobacco smoke.   However, I have not received any service of process in this action and have not seen or reviewed a copy of the complaint against me.

I hereby state under penalty of perjury pursuant to the provisions of 28 U.S.C. § 1746 that the above is true to the best of my knowledge.

_____
William Ey, Jr.
USP Lewisburg

_____
Date

R. 19

IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Ronald Tillman | ) | 1:00-CV-02041 |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Donald Romine, etal | ) | |
| Defendant | ) | |

### DECLARATION OF L. CUNNINGHAM

I, L. Cunningham, hereby state:

1.  I am presently employed by the Federal Bureau of Prisons as a Supervisory Attorney at the United States Penitentiary (USP) at Lewisburg, Pennsylvania. I am familiar with the above referenced civil action in which inmate Ronald Tillman, Reg. No. 85375-071, complains about exposure to second hand tobacco smoke. In the course of my duties at USP Lewisburg, I have access to Bureau of Prisons policies and inmate records and files.

2.  Attached are true and accurate copies of the following: chronological medical records for inmate Tillman from January 1997 though Feruary 2001; inmate Tillman's receipts for commissary purchases from January 2000 through February 2001; and USP Lewisburg's Institution Supplement 1640.03, Smoking/No Smoking Areas.

I hereby state under penalty pursuant to the 28 U.S.C.§ 1746, that the above is accurate to the best of my knowledge.

L. Cunningham
Supervisory Attorney
USP Lewisburg

6/5/01
Date

R. 20



**U.S. Department of Justice**
**Federal Bureau of Prisons**
**U.S. Penitentiary**
**Lewisburg, Pa. 17837**

1640.03
November 12, 2000
Smoking/No Smoking Areas

# *Institution Supplement*

1. <u>PURPOSE</u>. As a result of the Surgeon General's determination that passive inhalation of environmental tobacco smoke poses a health hazard, it is necessary to limit smoking to certain areas of the institution.

2. <u>DIRECTIVES AFFECTED</u>.

   a. Directive Rescinded: Institution Supplement LEW 1640.3(a), dated June 18, 1998.

   b. Directives Referenced: Program Statement 1640.03,Smoking/No Smoking Areas, dated July 1, 1994. **This supplement must be read with Program Statement 1640.03..** ACA 3-4202, ACA 3-4363.

3. <u>POLICY</u>. It shall be the policy of this institution to establish guidelines for smoking in all areas of the institution.

4. <u>RESPONSIBILITY</u>. The Warden is responsible for the designation of all smoking/no smoking areas. It will be each Department Head's responsibility to ensure compliance within their respective departments.

5. <u>IMPLEMENTATION</u>. Unless specifically designated as a smoking area, all areas within this institution will be considered non-smoking. Designated Smoking areas must be furnished with noncombustible receptacles.

<div align="center"><u>DESIGNATED SMOKING/NON-SMOKING AREAS BY DEPARTMENT</u></div>

<u>EAST AND WEST CORRIDOR</u>: Smoking at wall ashtrays near corridor windows. The Red Top is a No Smoking area.

<u>SPECIAL HOUSING UNITS</u>: Smoking will be permitted in Administrative Detention

<div align="center">1</div>



cells. Every effort will be made to house smoking and non-smoking inmates with each other whenever possible.   No smoking in Disciplinary Segregation status.

UNICOR FACTORIES:

Press:  Smoking area located in the East side of Die Room.

Metal Finish:  Smoking area located at the North side of grinders.

Millwright:  Smoking area located to the right of the welding  area.

Assembly 8:  Smoking area located at the Northwest corner.

Paint #1:  Smoking area located at the Southeast corner.

Final Assembly:  Smoking area located at the Southeast corner adjacent to office.

Paint #2:  Smoking area located at the Northwest corner adjacent to office.

Steel Warehouse:  Smoking area located at the South wall between the 2nd and 3rd post.

Shearing:     Smoking area located in the East side of the Die Room.

WIPA:  Smoking area located Southeast corner adjacent to the office.

WIPO:  Smoking area located Southeast corner adjacent to the office.

Strip/Shakedown Room:  No Smoking.

Finished Goods:  No smoking in this area.  Smoking area located adjacent to Press Office.

Civilian Purchasing Office:  Smoking permitted.

TOOL AND DIE SHOP:  Smoking area located in inmate break area directly in front of office windows.

UNICOR ADMINISTRATION BUILDING:  Smoking area located in room adjacent to lunch room.

VT BUILDING:  Smoking area located between rest room and dental laboratory.

2

R. 22



**MECHANICAL SERVICES**:  Smoking area located in front of East rest room.

**POWER PLANT**:  No smoking inside the Power Plant.

**INSTITUTION'S AND UNICOR'S OUTSIDE WAREHOUSE**:  Smoking area is located outside at the covered docks.

**ARMORY/ENTRANCE BUILDING**:  Smoking area located in the outside vestibule.

**GARAGE**:  No smoking in garage.

**HEALTH SERVICES**:  No smoking, regardless of status excluding the 2nd floor cells. (H-2 cells, when used as SHU status will follow same rules.)

**RECEIVING AND DISCHARGE (R&D)**:  Smoking only in room adjacent to elevator when not used for intake screening.

**MAIL ROOM**:  No smoking.

**EDUCATION, RECREATION, AUDITORIUM, AND ARTS & CRAFTS**:  No smoking.

**SAFETY OFFICE AND CHAPEL**:  No smoking.

**INSIDE WAREHOUSE**:  Smoking at covered rear dock.

**FOOD SERVICE**:  Designated area in main hall adjacent to Inmate Rest Room.

**HOUSING UNITS**: To the extent possible, smokers will not be housed with non-smokers.

> **Unit 1 (A & B)**:Smoking in cells only.
>         No smoking on B-1.
>         B Block has a posted no smoking TV room.

> **Unit 2 (C & D)**:  Smoking in cells only.  C Annex is no smoking.
>         C and D Blocks each has a posted no smoking TV room.

> **Unit 3 (E, F & H)**: No smoking areas:  E-1, F-1, H-1, and J-1
>         E, F, H, and J Blocks each has a posted no smoking TV room.

> **CMC(Holdover, I Block)**: No Smoking.

**CORRECTIONAL SERVICES DEPARTMENT**:  Smoking permitted in towers, perimeter vehicles, and Control Center.  Non-smoking employee preference will prevail.



CONTROL CENTER: No smoking.

OUTSIDE DETAIL SHOPS: No smoking. Smoking permitted outside.

VISITING ROOM: Designated room with air purifier.

ADMINISTRATION BUILDING: No smoking in building. Smoking in center court yard during regular business hours. Smoking in front entrance during non business hours.

ICC: No smoking.

SATELLITE CAMP: No smoking in any building. Smoking permitted outside in the designated smoking area.

USP LAUNDRY: Rear area with exhaust fan.

6. POSTING OF SMOKING SIGNS. All designated smoking areas must be posted stating "DESIGNATED SMOKING AREA".

7. CHANGING DESIGNATED AREAS: Any department requesting to change the designation of a smoking area must submit the request to the Warden through the Safety Manager. Upon receipt of the request the Safety Manager will review the area to ensure compliance with national policy. The request will then be forwarded to the Warden with recommendation for approval or disapproval.

8. OFFICE OF PRIMARY RESPONSIBILITY: Safety

9. EFFECTIVE DATE. This supplement is effective upon issuance.

Donald Romine, Warden

DISTRIBUTION:
Central Library
All Departments

4

R. 24

**Receipt 1 (top)**

```
USP LEW **LIMITED OFFICIAL USE**
JOHN HAAS

SALES INVOICE
TILLMAN, RONALD S.
ACCOUNT No.6537S071         UNIT 3/E-1
01/03/00 Time 16:58:53            39
BEGINNING BALANCES:
Available Balance is 96.34
Spending Limit Balance is 96.34
Account Balance is 96.34

QTY DESCRIPTION                 PRICE
 2 HOT BEEF SAUSAGE             2.10
 1 GRANOLA-FRUIT-CRUNCH         2.15
 1 GOLDN SNACK CRACKERS         1.75
 1 GOLDN SNACK CRACKERS         1.75
 4 SUN-UP ORANGE DRINK          6.40
 1 DRINKER-VARIETY-LOOK         3.10
 2 STAR KIST TUNA-WHITE         5.60
 1 NUTRIGRAN-SND                3.25
 1 HONEY BUNS                   5.60
 1 CHIPS AHOY COOKIES           2.65
 1 HERSHEY W/ALMONDS            1.95
 1 M&M PEANUT 10 OZ.            1.55
 1 DUTCHMASTERS PALMA M         1.80
 1 DUTCHMASTERS PALM M          1.80
 1 HONEY                        1.80
 1 PEANUT BUTTER-CHEWY          2.10
14 CHILI RAMEN NOODLES          2.10
 1 MIXED NUTS W/PEANUTS         3.40
 1 ITS CREDITS                 15.00
              SUB TOTAL        76.75
                 TOTAL         76.75

CHARGE  6537S071
ENDING BALANCES:
Available Balance is 27.29
Spending Limit Balance is $247.50
Account Balance is 27.59

Signature   Ronald Tillman
            ***THANK YOU***
```

**Receipt 2 (middle)**

```
USP LEW **LIMITED OFFICIAL USE**
JEFF ZERBE

SALES INVOICE
TILLMAN, RONALD S.
ACCOUNT No.6537S071        UNIT 3/E-1
01/10/00 Time 16:25:23o  IT# 000067  34
BEGINNING BALANCES:
Available Balance is 27.59
Spending Limit Balance is 247.50
Account Balance is 27.59

QTY DESCRIPTION                 PRICE
 1 FROSTED DONUTS               2.25
 1 GOLDN SNACK CRACKERS         1.75
 1 CHILI RAMEN NOODLES           .90
 1 STAR KIST SANDWICH BOWL      1.60
 1 STAR KIST TUNA-WHITE         3.30
 1 HONEY                        1.80
 1 NEW DIAMOND HOT              1.80
 1 ITS CREDITS                 15.00
 1-ITS CREDITS                 14.00
 1 ITS CREDITS                 27.40
              SUB TOTAL        27.40
                 TOTAL         27.40

CHARGE  6537S071
ENDING BALANCES:
Available Balance is .19
Spending Limit Balance is 234.10
Account Balance is .19

Signature   Ronald Tillman
            ***THANK YOU***
```

**Receipt 3 (bottom)**

```
USP LEW **LIMITED OFFICIAL USE**
JOHN HAAS

SALES INVOICE
TILLMAN, RONALD S.
ACCOUNT No.6537S071         UNIT 3/E-1
01/31/00 Time 18:33:08o  IT# 000045  39
BEGINNING BALANCES:
Available Balance is 250.19
Spending Limit Balance is 250.00
Account Balance is 250.19

QTY DESCRIPTION                 PRICE
 7 HOT BEEF SAUSAGE             7.35
 3 STAR KIST TUNA-WHITE         9.90
 1 SPRITE 6-PK                  1.90
 1 COCA-COLA 6-PK               1.90
12 PINEAPPLE ORANGE JUICE       5.40
 1 GOLDN SNACK CRACKERS         1.75
 1 GOLDN SNACK CRACKERS         1.75
 4-3 MUSKETEERS                 1.35
 1 NUTRAEOUS                    1.80
 1 PEANUT BUTTER-CHEWY          1.95
 4-3 MUSKETEERS                 1.80
 4 NUTRAEOUS                    1.80
 1 DIAL ROLL-ON DEOD.           1.30
 7 HONEY BUNS                   5.60
 1 CHIPS AHOY COOKIES           2.65
 1 CHIPS AHOY COOKIES           2.65
 1 BATTERY AA, PANASONIC        2.30
 1 CELERY B.S. BREAKSTDE        2.40
 1 CRUMB DONUTS                 2.25
10 NEWPORT CIG 1 PK            25.00
 1 TROPICAL CRACKERS            1.75
 1 TROPICAL CRACKERS            1.75
 1 HONEY                        1.80
 1 CALIFORNIA HOT SAUCE         1.65
 1 GRAPE JELLY                  1.65
 1 SUN-UP ORANGE DRINK          1.55
 1 SUN-UP ORANGE DRINK          1.55
 1 HONEY                        2.10
14 CHILI RAMEN NOODLES          2.10
 1 ORIENTAL RAMEN NOOD.         1.50
 1 NACHO TORTILLA CHIPS         1.60
 1 NACHO TORTILLA CHIPS         1.60
 1 ITS CREDITS                 30.00
              SUB TOTAL       135.00
                 TOTAL        135.00

CHARGE  6537S071
ENDING BALANCES:
Available Balance is 115.19
Spending Limit Balance is 148.70
Account Balance is 115.19

Signature   Ronald Tillman
            ***THANK YOU***
```

R. 25

## Receipt 1

USP LEW **LIMITED OFFICIAL USE**
JEFF ZERBE                    UNIT 3/E-1

SALES INVOICE
TILLMAN, RONALD S.
ACCOUNT No.8537507I
02/07/00 Time 1708:22p TX# 000002  34
BEGINNING BALANCES
Available Balance is 175.19
Spending Limit Balance is 250.00
Account Balance is 175.19

| QTY DESCRIPTION | PRICE |
| --- | --- |
| 1 COCA-COLA 6-PK | 1.90 |
| 1 SPRITE 6-PK | 1.90 |
| 1 SUN-UP ONE TEA DRINK | 1.65 |
| 1 HRIENTAL RAMEN NOOD | 1.80 |
| 1 MIM FERNEE | 1.95 |
| 6 PINAPPLE/ORANGE JUICE | 2.70 |
| 2 CRAN PRINCE MACKEREL | 1.80 |
| 1 HONEY | 5.60 |
| 7 HONEY BUNS | 5.60 |
| 1 STAR KIST TUNA-WHITE | 3.30 |
| 1 CRUMB DONUTS | 2.25 |
| 1 CRUMB DONUTS | 2.25 |
| 1 CHIPS AHOY COOKIES | 1.35 |
| 1 COCOA BUTTER SOAP | 2.65 |
| 1 HERSHEY W/ALMONDS | 1.35 |
| 1 PETROLEUM JELLY-7 OZ | 1.05 |
| 7 NUTRAGEOUS | 3.15 |
| 1 POPCORN-ACT II MICRO | 1.65 |
| 1 POPCORN-ACT II MICRO | 1.65 |
| 1 MAGIC SHAVE GOLD | 1.90 |
| 1 THIN SPAGHETTI-16 OZ | 1.00 |
| 1 THIN SPAGHETTI-16 OZ | 1.40 |
| 1 COLGAT B.S. #PEROXIDE | 2.10 |
| 14 ORIENTAL RAMEN NOOD | 2.40 |
| 1 COLGAT B.S. #PEROXIDE | 2.10 |
| 1 CLOSE-UP TOOTHPASTE | 2.40 |
| SUB TOTAL | 49.40 |
| TOTAL | 49.40 |

CHARGE 8537507I
ENDING BALANCES
Available Balance is 125.79
Spending Limit Balance is 206.15
Account Balance is 125.79

Signature

***THANK YOU***

## Receipt 2

USP LEW **LIMITED OFFICIAL USE**
JEFF ZERBE                    UNIT 3/E-1

SALES INVOICE
TILLMAN, RONALD S.
ACCOUNT No.8537507I
02/14/00 Time 1615:25p TX# 000001  34
BEGINNING BALANCES
Available Balance is 152.04
Spending Limit Balance is 250.00
Account Balance is 152.04

| QTY DESCRIPTION | PRICE |
| --- | --- |
| 1 SPRITE 6-PK | 1.90 |
| 6 PINAPPLE/ORANGE JUICE | 2.70 |
| 1 CRUMB DONUTS | 2.25 |
| 10 NEWPORT CIG PK | 23.00 |
| 2 3-MASKETEERS | .90 SALE |
| 2 $5.00 COPY CARD | 11.80 |
| SUB TOTAL | 47.95 |
| TOTAL | 47.95 |

CHARGE 8537507I
ENDING BALANCES
Available Balance is 104.09
Spending Limit Balance is 213.25
Account Balance is 104.09

Signature

***THANK YOU***

## Receipt 3

USP LEW **LIMITED OFFICIAL USE**
JOHN HAAS                    UNIT 3/E-1

SALES INVOICE
TILLMAN, RONALD S.
ACCOUNT No.8537507I
02/22/00 Time 1747:49p TX# 000021  39
BEGINNING BALANCES
Available Balance is 182.84
Spending Limit Balance is 213.25
Account Balance is 182.84

| QTY DESCRIPTION | PRICE |
| --- | --- |
| 2 STAR KIST TUNA-WHITE | 6.60 |
| 12 PINAPPLE/ORANGE JUICE | 5.40 |
| 1 COCA-COLA 6-PK | 1.90 |
| 1 SPRITE 6-PK | 1.90 |
| 1 SUN-UP ORANGE DRINK | 1.65 |
| 1 SUN-UP ORANGE DRINK | 1.65 |
| 14 HRIENTAL RAMEN NOOD | 2.40 |
| 3-MKEY | 1.85 |
| 3-MASKETEERS | 1.80 |
| 1 NUTRAGEOUS | 1.80 |
| 1 CRUMB DONUTS | 2.25 |
| 1 CRUMB DONUTS | 2.25 |
| 1 HONEY BUNS | 5.60 |
| 1 GOLDN SNACK CRACKERS | 1.70 |
| 1 TIDE LAUNDRY DETRGNT | 5.90 |
| 1 SENSOR RAZORS | 1.70 |
| 1 HERSHEY W/ALMONDS | 1.55 |
| 1 HERSHEY W/ALMONDS | 1.35 |
| 1 CHIPS AHOY COOKIES | 2.65 |
| 1 CHIPS AHOY COOKIES | 2.65 |
| 1 SENSOR RAZORS | 5.60 |
| 1 SENSOR RBZ CARTRIDGE | 5.60 |
| 1 $.33 STAMP BOOK***** | 6.60 SALE |
| 1 $.33 STAMP BOOK***** | 6.60 SALE |
| 1 ITS CREDITS | 15.00 |
| 10 PHOTO TICKETS | 92.20 |
| SUB TOTAL | 92.20 |
| TOTAL | 92.20 |

CHARGE 8537507I
ENDING BALANCES
Available Balance is 90.64
Spending Limit Balance is 166.85
Account Balance is 90.64

Signature

***THANK YOU***



USP LEW **LIMITED OFFICIAL USE**
JEFF ZERBE

SALES INVOICE
TILLMAN, RONALD S.                    UNIT 3/E-1
ACCOUNT No.85375071
03/06/00 Time 17:15:08p TX# 000003  34
BEGINNING BALANCES:
Available Balance is 151.54
Spending Limit Balance is 166.85
Account Balance is 151.54

| QTY | DESCRIPTION | PRICE |
|---|---|---|
| 2 | STAR KIST TUNA-WHITE | 6.60 |
| 1 | SPRITE 6-PK | 1.90 |
| 1 | COCA-COLA 6-PK | 5.40 |
| 12 | PINEAPPLE/ORANGE JUICE | 1.65 |
| 1 | SUN-UP ORANGE DRINK | 1.65 |
| 1 | SUN-UP ORANGE DRINK | 2.50 |
| 7 | MEDICATED SKIN CREAM | 5.60 |
| 1 | HONEY BUNS | 3.15 |
| 3 | HOT BEEF SAUSAGE | 3.15 |
| 1 | DUPLEX SANDWICH COM. | 1.60 |
| 1 | DUPLEX SANDWICH COM. | 36.60 |
| 12 | NEWPORT CIG 6 PK | 2.25 |
| 1 | CRUMB DONUTS | 2.25 |
| 1 | CRUMB DONUTS | 8.00 |
| 1 | LTS CREDITS | 82.65 |
| | SUB TOTAL | 82.65 |
| | TOTAL | |

CHARGE 85375071
ENDING BALANCES:
Available Balance is 68.89
Spending Limit Balance is 94.70
Account Balance is 68.89

***THANK YOU***

_____
Signature

---

USP LEW **LIMITED OFFICIAL USE**
JOHN HAAS

SALES INVOICE
TILLMAN, RONALD S.                    UNIT 3/E-1
ACCOUNT No.85375071
03/20/00 Time 17:52:38p TX# 000009  39
BEGINNING BALANCES:
Available Balance is 21.04
Spending Limit Balance is 250.00
Account Balance is 68.89

| QTY | DESCRIPTION | PRICE |
|---|---|---|
| 1 | QUINN SNACK CRACKERS | 1.75 |
| 2 | STAR KIST TUNA-WHITE | 6.60 |
| 1 | HERSHEY W/ALMONDS | 1.55 |
| 1 | HERSHEY W/ALMONDS | 2.10 |
| 14 | ORIENTAL RAMEN NOOD | 2.65 |
| 1 | CHIPS AHOY COOKIES | 2.85 |
| 1 | CRUMB DONUTS | 4.80 |
| 6 | HONEY BUNS | 4.80 |
| 6 | HONEY BUNS | 4.00 |
| 5 | HONEY BUNS | 4.00 |
| 5 | REESE'S STICKS | 2.25 |
| | SUB TOTAL | 20.70 |
| | TOTAL | 20.70 |

CHARGE 85375071
ENDING BALANCES:
Available Balance is .34
Spending Limit Balance is 229.30
Account Balance is 48.19

***THANK YOU***

_____
Signature

## Receipt 1

```
USP LEW **LIMITED OFFICIAL USE**
ROBERT HOSE

SALES INVOICE
TILLMAN, RONALD S.
ACCOUNT No.85375071                    UNIT 3/E-1
04/03/00 Time 18:55:20p TX# 000034  32
BEGINNING BALANCES:
Available Balance is 151.92
Spending Limit Balance is 254.30
Account Balance is 199.77

QTY DESCRIPTION                            PRICE

  1 SUN-UP ORANGE DRINK                     1.65
  1 SUN-UP ORANGE DRINK                     1.65
  4 STAR KIST TUNA-WHITE                    6.60
  1 CRUM LIQUDTY                            2.85
  1 TIDE LAUNDRY DETRGNT                    1.70
  1 COLGAT B.S.&PEROXIDE                    2.40
  4 STAR KIST TUNA-WHITE                    6.60
  1 DIAL ROLL-ON DEOD.                      1.30
  7 HORMEL CHILI                            9.10
  1 PEANUT BUTTER-CREAMY                    1.55
  1 HONEY                                   1.80
  1 GRAPE JELLY                             1.75
  1 GOLDN SNACK CRACKERS                    1.75
  1 TROPICAL CRACKERS                       1.75
  1 NACHO TORTILLA CHIPS                    1.60
  1 SA-SON ACCENT                           2.40
  7 NACHO TORTILLA CHIPS                    1.60
  1 HONEY BUN
  0
 20 NEWPORT CIG PK                         61.00
 14 ORIENTAL RAMEN NODDLES                  2.10
  1 RESEN'S STICKS                          3.15
  1 85375-071 $47.85        47.85
  1 ITS CREDITS                            30.00
              SUB TOTAL                    199.65
                 TOTAL                     199.65
          CHARGE 85375071                  199.65

ENDING BALANCES:
Available Balance is .12
Spending Limit Balance is 132.50
Account Balance is .12

Signature                     ***THANK YOU***
```

## Receipt 2

```
USP LEW **LIMITED OFFICIAL USE**
STEVE LATSHA

SALES INVOICE
TILLMAN, RONALD S.
ACCOUNT No.85375071                    UNIT 3/E-1
04/17/00 Time 18:33:28p TX# 000063  55
BEGINNING BALANCES:
Available Balance is 50.12
Spending Limit Balance is 275.00
Account Balance is 50.12

QTY DESCRIPTION                            PRICE

  1 SPRITE 6-PK                             1.90
  1 COCA-COLA 6-PK                          1.90
  1 SUN-UP ICE TEA DRINK                    1.65
  2 STAR KIST TUNA-WHITE                    6.60
  1 HONEY                                   1.80
  2 CHIPS AHOY COOKIES                      5.30
  7 GOLDN SNACK CRACKERS                    1.75
  7 AUTRAGEOUS                              3.15
  1 ITS CREDITS                            20.00
  1 HERSHEY STRAWBERRY                      1.25
  1 HERSHEY STRAWBERRY                      1.65
  1 SUN-UP ICE TEA DRINK                    1.65
  1 SUN-UP ORANGE DRINK                     1.65
  1 ASST DONUT-CINN                         2.85
              SUB TOTAL                     48.80
                 TOTAL                      48.80
          CHARGE 85375071                   48.80

ENDING BALANCES:
Available Balance is 1.32
Spending Limit Balance is 246.20
Account Balance is 1.32

Signature                     ***THANK YOU***
```

**USP LEW **LIMITED OFFICIAL USE****
JEFF ZERBE

SALES INVOICE
TILLMAN, RONALD S.
ACCOUNT No. 85375071                UNIT 3/E-1
05/01/00 Time 17:12:37p TX# 000004 34
BEGINNING BALANCES:
Available Balance is 48.01
Spending Limit Balance is 275.00
Account Balance is 48.01

| QTY DESCRIPTION | PRICE |
|---|---|
| 1 HERSHEY STRAWBERRY | 1.25 |
| 1 SPRITE 6-PK | 1.90 |
| 1 COCA-COLA 6-PK | 1.90 |
| 1 SLM-UP ORANGE DRINK | 1.65 |
| 1 SLM-UP ORANGE DRINK | 1.65 |
| 1 SUCCESS WHITE RICE | 1.95 |
| 1 TROPICAL CRACKERS | 1.70 |
| 1 HONEY | 1.80 |
| 1 GOLDN SNACK CRACKERS | 1.75 |
| 14 CHILI RAMEN NOODLES | 2.10 |
| 14 RAMEN HOT/SPICY NOOD | 2.86 |
| 1 DUPLEX SANDWICH CRM. | 1.60 |
| 1 DUPLEX SANDWICH CRM. | 1.60 |
| 7 HERSHEY W/ALMONDS | 1.55 |
| 7 HONEY BUN | 5.60 |
| 1 MIDDLESWARTH BBQ | 1.80 |
| 1 STAR KIST TUNA-WHITE | 9.90 |
| 7 MILKY WAY CANDY BAR | 3.15 |
| SUB TOTAL | 47.45 |
| TOTAL | 47.45 |

CHARGE 85375071
ENDING BALANCES:
Available Balance is .56
Spending Limit Balance is 227.55
Account Balance is .56

Signature ***THANK YOU***

---

**USP LEW **LIMITED OFFICIAL USE****
DAVID FOGELMAN

SALES INVOICE
TILLMAN, RONALD S.
ACCOUNT No. 85375071                UNIT 3/E-1
06/05/00 Time 16:56:37p TX# 000003 35
BEGINNING BALANCES:
Available Balance is 10.24
Spending Limit Balance is 275.00
Account Balance is 10.24

| QTY DESCRIPTION | PRICE |
|---|---|
| 6 RAMEN ROASTED-CHIC. | 1.20 |
| 1 MIDDLESWARTH BBQ | 1.80 |
| 1 STAR KIST TUNA-WHITE | 3.30 |
| 1 DUPLEX SANDWICH CRM. | 1.60 |
| 1 GOLDN SNACK CRACKERS | 1.75 |
| 1 REESE'S P.B. CUPS | .45 |
| 1-YORK PEPPRMINT PATTY | .45 |
| 1-YORK PEPPRMINT PATTY | -.45 |
| SUB TOTAL | 10.10 |
| TOTAL | 10.10 |
| TOTAL | 10.10 |

CHARGE 85375071
ENDING BALANCES:
Available Balance is .14
Spending Limit Balance is 264.90
Account Balance is .14

Signature *** ALL SALES ARE FINAL ***

---

**USP LEW **LIMITED OFFICIAL USE****
STEVE LATSHA

SALES INVOICE
TILLMAN, RONALD S.
ACCOUNT No. 85375071                UNIT 3/E-1
06/12/00 Time 17:00:45p TX# 000012 55
BEGINNING BALANCES:
Available Balance is 38.14
Spending Limit Balance is 264.90
Account Balance is 38.14

| QTY DESCRIPTION | PRICE |
|---|---|
| 4 HORMEL CHILI | 5.20 |
| 2 SLM-UP ORANGE DRINK | 3.30 |
| 1 HONEY | 1.80 |
| 714 HOT BEEF SAUSAGE | 749.70 |
| 714 HOT BEEF SAUSAGE | -749.70 |
| 1 HOT BEEF SAUSAGE | 1.05 |
| 1 SUCCESS WHITE RICE | 2.15 |
| 1 DUPLEX SANDWICH CRM. | 1.60 |
| 2 STAR KIST TUNA-WHITE | 6.60 |
| 2 HERSHEY W/ALMONDS | 3.10 |
| 1 DIAL ROLL-ON DEOD | 1.30 |
| 1 BATTERY AA, PANASONIC | 2.30 |
| 7 HONEY BUN | 5.60 |
| 3-HONEY BUN | -2.40 |
| 1 GOLDN SNACK CRACKERS | 1.75 |
| 1 -SUCCESS WHITE RICE | -1.95 |
| 14 RAMEN ROASTED CHIC. | 2.80 |
| 1 MIDDLESWARTH BBQ | 1.80 |
| SUB TOTAL | 37.90 |
| TOTAL | 37.90 |
| TOTAL | 37.90 |

CHARGE 85375071
ENDING BALANCES:
Available Balance is .24
Spending Limit Balance is 227.00
Account Balance is .24

Signature *** ALL SALES ARE FINAL ***

USP LEW **LIMITED OFFICIAL USE**
ROBERT KASE

SALES INVOICE
TILLMAN, RONALD S.
ACCOUNT No.85375071          UNIT 3/E-1
07/03/00 Time 16:51:06p.TX# 000003  32
BEGINNING BALANCES:
Available Balance is 97.46
Spending Limit Balance is 275.00
Account Balance is 97.46

| QTY DESCRIPTION | PRICE |
|---|---|
| 2 SUN-UP ORANGE DRINK | 3.30 |
| 1 SUCCESS WHITE RICE | 1.95 |
| 1 GOLDN SNACK CRACKERS | 1.50 |
| 4 CRAN PRINCE MACKEREL | 5.20 |
| 4 HORMEL CHILI | 5.20 |
| 1 POPCORN-ACT II MICRO | 1.65 |
| 10 NEWPORT CIG PK | 30.50 |
| 1 HERSHEY W/ALMONDS | 3.10 |
| 1 DENTAL FLOSS | 4.50 |
| 2 STAR KIST TUNA-WHITE | 6.60 |
| 2 DUPLEX SANDWICH CRM. | 3.20 |
| 14 CRUMB DONUTS | 4.50 |
| 7 RAMEN HOT/SPICY NOOD | 2.80 |
| 145 RAMEN ROASTED CHIC. | 5.80 |
| 145 RAMEN ROASTED CHIC. | 21.75 |
| 14 RAMEN ROASTED CHIC. | 2.10 |
| 1 LITTLE ONE PRETZELS | 1.80 |
| 1 MIDDLESWARTH BBQ | 1.80 |
| 1 CHOCOLATE CHIP | .90 |
| SUB TOTAL | 88.00 |
| TOTAL | 88.00 |
| CHARGE 85375071 | 88.00 |

ENDING BALANCES:
Available Balance is 9.46
Spending Limit Balance is 187.00
Account Balance is 9.46

Signature   *** ALL SALES ARE FINAL ***

---

USP LEW **LIMITED OFFICIAL USE**
DAVID FOGELMAN

SALES INVOICE
TILLMAN, RONALD S.
ACCOUNT No.85375071          UNIT 3/E-1
07/24/00 Time 16:57:23p TX# 000005  35
BEGINNING BALANCES:
Available Balance is 38.06
Spending Limit Balance is 124.10
Account Balance is 38.06

| QTY DESCRIPTION | PRICE |
|---|---|
| 1 DIAL ROLL-ON DEOD. | 1.30 |
| SUB TOTAL | 1.30 |
| TOTAL | 1.30 |
| CHARGE 85375071 | 1.30 |

ENDING BALANCES:
Available Balance is 36.76
Spending Limit Balance is 122.80
Account Balance is 36.76

Signature   *** ALL SALES ARE FINAL ***

---

USP LEW **LIMITED OFFICIAL USE**
DAVID FOGELMAN

SALES INVOICE
TILLMAN, RONALD S.
ACCOUNT No.85375071          UNIT 3/E-1
07/24/00 Time 16:52:14p TX# 000002  35
BEGINNING BALANCES:
Available Balance is 100.96
Spending Limit Balance is 187.00
Account Balance is 100.96

| QTY DESCRIPTION | PRICE |
|---|---|
| 1 HERSHEY W/ALMONDS | 1.55 |
| 1 HERSHEY W/ALMONDS | 1.55 |
| 1 COCA-COLA 6-PK | 1.90 |
| 1 COCA-COLA 6-PK | 1.90 |
| 4 SUN-UP ORANGE DRINK | 6.60 |
| 1 CRUMB DONUTS | 2.25 |
| 1 HONEY BUN | 2.80 |
| 3 HOT BEEF SAUSAGE | 3.15 |
| 7 MOUNDS | 3.15 |
| 1 SUCCESS WHITE RICE | 1.95 |
| 1 SUCCESS WHITE RICE | 1.95 |
| 2 STAR KIST TUNA-WHITE | 6.60 |
| 1 SO-SON ACCENT | 2.40 |
| 1 JELLY EGGS-JELLY RAN | 1.05 |
| 1 JELLY EGGS-JELLY RAN | 1.05 |
| 7 HORMEL CHILI | 9.10 |
| 1 GOLDN SNACK CRACKERS | 1.75 |
| 1 TROPICAL CRACKERS | 1.70 |
| 1 HONEY BUN | 5.60 |
| 1 DUPLEX SANDWICH CRM. | 1.60 |
| 1 DUPLEX SANDWICH CRM. | 1.60 |
| 1 MIDDLESWARTH BBQ | 1.80 |
| 1 CHOCOLATE CHIP | .90 |
| SUB TOTAL | 62.90 |
| TOTAL | 62.90 |
| CHARGE 85375071 | 62.90 |

ENDING BALANCES:
Available Balance is 38.06
Spending Limit Balance is 124.10
Account Balance is 38.06

Signature   *** ALL SALES ARE FINAL ***

R. 30

USP LEW **LIMITED OFFICIAL USE**
ROBERT KASE

SALES INVOICE
TILLMAN, RONALD S.
ACCOUNT No.85375071
08/07/00 Time 16:22:20p TX# 000001 32    UNIT 3/E-1
BEGINNING BALANCES:
Available Balance is 50.62
Spending Limit Balance is 275.00
Account Balance is 50.62

| QTY DESCRIPTION | PRICE |
| --- | --- |
| 2 STAR KIST TUNA-WHITE | 6.60 |
| 1 GOLDN SNACK CRACKERS | 1.75 |
| 1 CRUMB DONUTS | 2.25 |
| 1 HONEY | 1.80 |
| 10 NEWPORT CIG PK | 30.50 |
| 1 HERSHEY W/ALMONDS | 1.55 |
| 1 MIDDLESWARTH BBQ | 1.80 |
| 7 HONEY BUN | 5.60 |
| -5 HONEY BUN | -5.60 |
| 6 HONEY BUN | 4.80 |
| -6 HONEY BUN | -4.80 |
| 5 HONEY BUN | 4.00 |
| SUB TOTAL | 50.25 |
| TOTAL | 50.25 |
| CHARGE 85375071 | 50.25 |

ENDING BALANCES:
Available Balance is .37
Spending Limit Balance is 224.75
Account Balance is .37
*** ALL SALES ARE FINAL ***
Signature


USP LEW **LIMITED OFFICIAL USE**
DAN LOCKCUFF

SALES INVOICE
TILLMAN, RONALD S.
ACCOUNT No.85375071
08/28/00 Time 16:48:54p TX# 000005 43    UNIT 3/E-1
BEGINNING BALANCES:
Available Balance is 89.87
Spending Limit Balance is 224.75
Account Balance is 89.87

| QTY DESCRIPTION | PRICE |
| --- | --- |
| 4 SUN-UP ORANGE DRINK | 6.60 |
| 1 HONEY | 1.80 |
| 1 GOLDN SNACK CRACKERS | 1.75 |
| 7 HORMEL CHILI | 9.10 |
| 2 STAR KIST TUNA-WHITE | 6.60 |
| 1 SECOS COTTON SWABS | .90 |
| 1 BATTERY AA-PANASONIC | 2.30 |
| 1 HERSHEY W/ALMONDS | 1.55 |
| 1 HERSHEY W/ALMONDS | 1.55 |
| 1 CHOCOLATE DONUTS | 2.25 |
| 1 SA-SON ACCENT | 2.40 |
| 1 CHOCOLATE DONUTS | 2.25 |
| 1 SUCCESS WHITE RICE | 1.95 |
| 1 SUCCESS WHITE RICE | 1.95 |
| 1 TROPICAL CRACKERS | 1.70 |
| 7 MILKY WAY | 3.15 |
| 14 RAMEN ROASTED CHIC. | 2.80 |
| 14 RAMEN HOT/SPICY NOOD | 2.80 |
| 1 DUPLEX SANDWICH CRM. | 1.60 |
| 4 HOT BEEF SAUSAGE | 4.20 |
| 4 HONEY BUN | 5.60 |
| 1 NACHO TORTILLA CHIPS | 1.60 |
| 1 MIDDLESWARTH BBQ | 1.80 |
| 1 CHOCOLATE CHIP | .90 |
| SUB TOTAL | 69.10 |
| TOTAL | 69.10 |
| CHARGE 85375071 | 69.10 |

ENDING BALANCES:
Available Balance is 20.77
Spending Limit Balance is 155.65
Account Balance is 20.77
*** ALL SALES ARE FINAL ***
Signature

R. 31



**USP LEW **LIMITED OFFICIAL USE****
ROBERT WASE

SALES INVOICE
TILLMAN, RONALD S.
ACCOUNT No.85375071          UNIT 3/E-1
09/14/00 Time 14:00:05p TX# 000009  32
BEGINNING BALANCES:
Available Balance is 132.46
Spending Limit Balance is 229.50
Account Balance is 132.46

| QTY | DESCRIPTION | PRICE |
|---|---|---|
| 1 | COCA-COLA 6-PK | 1.90 |
| 1 | COCA-COLA 6-PK | 1.90 |
| 3 | STAR KIST TUNA-WHITE | 9.90 |
| 1 | MAGIC SHAVE GOLD | 1.90 |
| 1 | PETROLEUM JELLY-7 OZ | 1.05 |
| 1 | SUN-UP ORANGE DRINK | 1.65 |
| 1 | SUN-UP ORANGE DRINK | 1.65 |
| 7 | SUCCESS WHITE RICE | 1.95 |
| 7 | SUCCESS WHITE RICE | 1.95 |
| 6 | HONEY BUN | 5.10 |
| 1 | GOLDN SNACK CRACKERS | 1.75 |
| 1 | HONEY | 1.80 |
| 10 | NEWPORT CIG PK | 31.50 |
| 1 | KRAFT BARBEQUE SHAMPOO | 1.50 |
| 2 | AFT BERMANY SHAMPOO MOOD | 2.00 |
| 10 | RAMEN ROASTED CHIC. | 2.00 |
| 1 | HERSHEY W/ALMONDS | 1.35 |
| 1 | HERSHEY W/ALMONDS | 1.35 |
| 1 | MIN PEANUT 10.0Z. | 1.95 |
| 1 | MIN PEANUT 10 OZ. | 1.95 |
| 1 | MIN PEANUT 10.0Z. | 1.95 |
| 7 | HOT BEEF SAUSAGE | 2.80 |
| 1 | CHOCOLATE DONUTS | 1.70 |
| 1 | CHOCOLATE DONUTS | 1.80 |
| 1 | MIDDLESWARTH PLAIN | 1.80 |
| 7 | HONEY BUN | 5.90 |
| 1 | CHOCOLATE CHIP | 5.60 |
|  | SUB TOTAL | 106.80 |
|  | TOTAL | 106.80 |
|  | CHARGE 85375071 | 106.80 |

ENDING BALANCES:
Available Balance is 25.66
Spending Limit Balance is 122.80
Account Balance is 25.66

Signature
*** ALL SALES ARE FINAL ***



**USP LEW **LIMITED OFFICIAL USE****
STEVE LATSHA

SALES INVOICE
TILLMAN, RONALD S.
ACCOUNT No.85375071          UNIT 3/E-1
09/05/00 Time 16:32:13a TX# 000006  55
BEGINNING BALANCES:
Available Balance is 20.61
Spending Limit Balance is 275.00
Account Balance is 20.61

| QTY | DESCRIPTION | PRICE |
|---|---|---|
| 2 | BUTTERSCOTCH KRIMPET | 4.80 |
| 1 | SUCCESS WHITE RICE | 1.95 |
| 6 | HONEY BUN | 4.80 |
| 1 | MIDDLESWARTH BBQ | 1.80 |
| 1 | STAR KIST TUNA-WHITE | 3.30 |
| 6 | MILKY WAY | 2.70 |
|  | SUB TOTAL | 19.35 |
|  | TOTAL | 19.35 |
|  | CHARGE 85375071 | 19.35 |

ENDING BALANCES:
Available Balance is 1.26
Spending Limit Balance is 255.65
Account Balance is 1.26

Signature
*** ALL SALES ARE FINAL ***

**USP LEW **LIMITED OFFICIAL USE****
DAVID FOGELMAN

SALES INVOICE
TILLMAN, RONALD S.
ACCOUNT No.85375071          UNIT 3/E-1
09/11/00 Time 16:57:20p TX# 000004  35
BEGINNING BALANCES:
Available Balance is .11
Spending Limit Balance is 229.50
Account Balance is .11

| QTY | DESCRIPTION | PRICE |
|---|---|---|
| 7 | PAYDAY CANDY BAR | -3.15 |
| 1 | MIDDLESWARTH BBQ | 1.80 |
| 1 | HERSHEY'S CHOCOLATE | 1.25 |
|  | SUB TOTAL | -.10 |
|  | TOTAL | -.10 |
|  | CREDIT 85375071 | -.10 |

ENDING BALANCES:
Available Balance is .21
Spending Limit Balance is 229.60
Account Balance is .21

Signature
*** ALL SALES ARE FINAL ***

**USP LEW **LIMITED OFFICIAL USE****
DAVID FOGELMAN

SALES INVOICE
TILLMAN, RONALD S.
ACCOUNT No.85375071          UNIT 3/E-1
09/11/00 Time 16:15:35p TX# 000003  55
BEGINNING BALANCES:
Available Balance is 26.25
Spending Limit Balance is 255.65
Account Balance is 26.25

| QTY | DESCRIPTION | PRICE |
|---|---|---|
| 1 | CHOCOLATE DONUTS | 2.25 |
| 1 | CHOCOLATE DONUTS | 2.25 |
| 1 | RAMEN HOT/SPICY WOOD | 2.80 |
| 14 | PAYDAY CANDY BAR | 6.30 |
| 1 | SUN-UP ORANGE DRINK | 1.65 |
| 1 | SUN-UP ORANGE DRINK | 1.65 |
| 1 | SUN-UP ORANGE DRINK | 1.65 |
| 1 | SUN-UP ORANGE DRINK | 1.65 |
| 1 | SUCCESS WHITE RICE | 1.95 |
| 7 | HONEY BUN | 5.60 |
| 7 | HONEY BUN | -5.60 |
| 7 | HONEY BUN | 5.60 |
| 5 | HONEY BUN | 4.00 |
|  | SUB TOTAL | 26.15 |
|  | TOTAL | 26.15 |
|  | CHARGE 85375071 | 26.15 |

ENDING BALANCES:
Available Balance is .11
Spending Limit Balance is 229.50
Account Balance is .11

Signature
*** ALL SALES ARE FINAL ***

R. 32

USP LEH **LIMITED OFFICIAL USE**
DAVID FOGELMAN

SALES INVOICE
TILLMAN, RONALD S.
ACCOUNT No.63375071    UNIT 3/E-1
10/03/00 Time 17:11:05p TX# 000006 35
BEGINNING BALANCES
Available Balance is 36.03
Spending Limit Balance is 275.00
Account Balance is 36.03

| QTY | DESCRIPTION | PRICE |
|---|---|---|
| 1 | GOLDN SNACK CRACKERS | 1.75 |
| 3 | HORMEL CHILI | 1.90 |
| 1 | PEPSI-COLA 6-PK | 5.60 |
| 7 | HONEY BUN | 2.30 |
| 1 | BATTERY AA,PANASONIC | 1.95 |
| 1 | SUCCESS WHITE RICE | 1.55 |
| 1 | SUCCESS WHITE RICE | 1.55 |
| 1 | CHOCOLATE DONUTS | 2.25 |
| 1 | CHOCOLATE DONUTS | 2.25 |
| 1 | HERSHEY ALMONDS | 1.55 |
| 7 | TWIX BARS | 3.15 |
| 14 | RMSH ROASTED CHIC. | 2.80 |
| 1 | MIDDLESWARTH PLAIN | 1.80 |
| 1 | MIDDLESWARTH PLAIN | 1.80 |
| 2 | MIDDLESWARTH PLAIN | 3.95 |
|  | SUB TOTAL | 34.95 |
|  | SUB TOTAL | 34.95 |

CHARGE 63375071
ENDING BALANCES
Available Balance is 1.08
Spending Limit Balance is 240.05
Account Balance is 1.08
Signature
*** ALL SALES ARE FINAL ***

USP LEH **LIMITED OFFICIAL USE**
JEFF/ZERE

SALES INVOICE
TILLMAN, RONALD S.
ACCOUNT No.63375071    UNIT 3/E-1
10/17/00 Time 18:38:15p TX# 000066 34
BEGINNING BALANCES
Available Balance is 201.08
Spending Limit Balance is 240.05
Account Balance is 201.08

| QTY | DESCRIPTION | PRICE |
|---|---|---|
| 1 | PEPSI-COLA 6-PK | 1.90 |
| 1 | PEPSI-COLA 6-PK | 1.90 |
| 7 | CRNN PRINCE MACKEREL | 7.00 |
| 10 | PINAPPLE/ORANGE JUICE | 4.50 |
| 1 | TOOTSIE POPS | 1.35 |
| 1 | TOOTSIE POPS | 1.35 |
| 30 | NEWPORT CIG PK | 94.50 |
| 1 | VITAMIN C | 1.90 |
| 1 | BATTERY AA,PANASONIC | 2.30 |
| 1 | DUTCHMASTERS PALMA M | 1.55 |
| 1 | DUTCHMASTERS PALMA M | 1.55 |
| 1 | COCOA BUTTER LOTION | 1.60 |
| 1 | VITAMIN E | 3.70 |
| 1 | GRANOLA-LOFAT-CRUNCH | 3.15 |
| 1 | OATMEAL-VARIETY-10PK | 3.10 |
| 10 | MR.GOOD BOX PK | 31.50 |
| 1 | DUPLEX SANDWICH CRM. | 1.60 |
| 1 | DUPLEX SANDWICH CRM. | 1.60 |
| 2 | STRAWBERRY JELLY | 2.10 |
| 2 | HOT BEEF SAUSAGE | 1.75 |
| 1 | GOLDN SNACK CRACKERS | 1.75 |
| 1 | GOLDN SNACK CRACKERS | 1.75 |
| 1 | HONEY | 1.80 |
| 1 | BATTERY AA, PANASONIC | 2.35 |
| 1 | PEANUT BUTTER-CHERRY | 1.55 |
| 1 | DOFT BLACK TOBACCO | 2.75 |
| 1 | COCOA BUTTER STICK | 1.20 |
| 1 | MAYONAISE - BABO | .70 |
| 1 | MIDDLESWARTH BBQ | 1.80 |
| 1 | MIDDLESWARTH BBQ | 1.80 |
| 10 | RAMEN ROASTED CHIC. | 2.00 |
| 1 | CHOCOLATE DONUTS | 2.25 |
| 1 | CHOCOLATE DONUTS | 2.25 |
| 3 | REESE'S P.B. CUPS | 1.80 |
| 4 | TWIX BARS | 1.80 |
|  | SUB TOTAL | 198.45 |
|  | SUB TOTAL | 198.45 |

CHARGE 63375071
ENDING BALANCES
Available Balance is 2.63
Spending Limit Balance is 41.60
Account Balance is 2.63

USP LEH **LIMITED OFFICIAL USE**
JEFF ZERE

SALES INVOICE
TILLMAN, RONALD S.
ACCOUNT No.63375071    UNIT 3/E-1
10/24/00 Time 18:31:45p TX# 000062 34
BEGINNING BALANCES
Available Balance is 2.63
Spending Limit Balance is 41.60
Account Balance is 2.63

| QTY | DESCRIPTION | PRICE |
|---|---|---|
| 1 | DIAL ROLL-ON DEOD. | 1.30 |
| 1 | TOOTHBRUSH/STEM/MED. | .45 |
|  | SUB TOTAL | 1.75 |
|  | SUB TOTAL | 1.75 |

CHARGE 63375071
ENDING BALANCES
Available Balance is .88
Spending Limit Balance is 39.85
Account Balance is .88
Signature
*** ALL SALES ARE FINAL ***

R. 33

**Receipt 1**

```
USP LEW **LIMITED OFFICIAL USE**
ROBERT KASE

SALES INVOICE
TILLMAN, RONALD S,
ACCOUNT No.85375071            UNIT 3/E-1
11/07/00 Time 19:45:04p TX# 000068 32
BEGINNING BALANCES:
Available Balance is 113.21
Spending Limit Balance is 275.00
Account Balance is 113.21

QTY DESCRIPTION                    PRICE
1 SURGE 6-PK                        1.90
1 PEPSI-COLA 6-PK                   1.90
2 STAR KIST TUNA                    6.60
3 CRAN PRINCE MACKEREL              3.60
4 JALPENO FISH STEAK                1.60
1 COCOA BUTTER LOTION               2.70
3 CHICKEN VIENNA SAUS               1.25
1 KEEFE COFFEE CREAMER              1.25
1 KEEFE COFFEE CREAMER              1.25
1 HORMEL CHILI                      2.60
1 TONE SOAP                         1.00
1 TONE SOAP                         1.00
10 RAMEN ROASTED CHIC.              2.00
1 GOLDN SNACK CRACKERS              1.75
1 GOLDN SNACK CRACKERS              1.75
1 BUTTERSCOTCH KRIMPET              2.40
1 BUTTERSCOTCH KRIMPET              2.40
1 DUPLEX SANDWICH CRM.              1.60
1 DUPLEX SANDWICH CRM.              1.60
4 HOT BEEF SAUSAGE                  4.20
4 RAMEN ROASTED CHIC.                .80
1 CLOSE-UP TOOTHPASTE               1.25
1 DIAL ROLL-ON DEOD.                1.30
2 7 OZ, AFR'D PINTO/CH              3.20
1 HONEY BUN                         5.95
1 CACTUS TORTILLAS                  2.80
1 NUTRAEOUS                         3.15
1 NACHO TORTILLA CHIPS              1.60
1 NACHO TORTILLA CHIPS              1.60
1 MIDDLESWARTH PLAIN                1.80
1 MIDDLESWARTH PLAIN                1.80
1 CHOCOLATE CHIP                     .90
1 CHOCOLATE CHIP                     .90
1 VENDING CREDIT SALE              10.00
                    SUB TOTAL      83.15
                    TOTAL          83.15
               CHARGE 85375071     83.15
ENDING BALANCES:
Available Balance is 30.06
Spending Limit Balance is 191.85
Account Balance is 30.06
Signature
*** ALL SALES ARE FINAL ***
```

**Receipt 2**

```
USP LEW **LIMITED OFFICIAL USE**
ROBERT KASE

SALES INVOICE
TILLMAN, RONALD S,
ACCOUNT No.85375071            UNIT 3/E-1
11/14/00 Time 16:30:34p TX# 000080 32
BEGINNING BALANCES:
Available Balance is 20.06
Spending Limit Balance is 191.85
Account Balance is 20.06

QTY DESCRIPTION                    PRICE
7 CRAN PRINCE MACKEREL              7.00
1 PEANUT BUTTER-CREAMY              1.95
1 TONE SOAP                         1.00
1 TONE SOAP                         1.00
2 BUTTERSCOTCH KRIMPET              2.40
1 BIG CAT-KIT KAT                    .45
1 JELLY EGGS-JOLLY RAN              1.05
1 HERSHEY BAR PLAIN                 1.55
1 HERSHEY BAR PLAIN                 1.55
1 MIDDLESWARTH BBQ                  1.80
                    SUB TOTAL      19.75
                    TOTAL          19.75
               CHARGE 85375071     19.75
ENDING BALANCES:
Available Balance is .31
Spending Limit Balance is 172.10
Account Balance is .31
Signature
*** ALL SALES ARE FINAL ***
```

**Receipt 3**

```
USP LEW **LIMITED OFFICIAL USE**
ROBERT KASE

SALES INVOICE
TILLMAN, RONALD S,
ACCOUNT No.85375071            UNIT 3/E-1
11/28/00 Time 18:35:39p TX# 000062 32
BEGINNING BALANCES:
Available Balance is 100.31
Spending Limit Balance is 172.10
Account Balance is 100.35

QTY DESCRIPTION                    PRICE
1 ORANGE BREAKFST DRNK              1.60
1 ORANGE BREAKFST DRNK              1.60
1 SHAMROCK ICED TEA                 1.60
7 CRAN PRINCE MACKEREL              7.00
4 JALPENO FISH STEAK                3.60
1 BIG CAT-KIT KAT                   3.15
2 STAR KIST TUNA                    6.60
1 PNT BUTT KANDY KAKE               2.65
1 PNT BUTT KANDY KAKE               2.65
1 WHT GERMAHNY CONDITN              1.50
1 BATTERY D, PANASONIC              2.25
1 BATTERY D, PANASONIC              2.25
1 MIXED NUTS W/PEANUTS              3.40
1 HERSHEY BAR PLAIN                 1.55
1 HERSHEY BAR PLAIN                 1.55
1 ICED OATMEAL COOKIES              1.60
1 ICED OATMEAL COOKIES              1.60
1 MIDDLESWARTH BBQ                  1.80
1 MIDDLESWARTH PLAIN                1.80
14 RAMEN HOT/SPICY NOOD             2.80
14 RAMEN ROASTED CHIC.              2.80
1 CHOCOLATE CHIP                     .90
1 VENDING CREDIT SALE              10.00
                    SUB TOTAL      66.25
                    TOTAL          66.25
               CHARGE 85375071     66.25
ENDING BALANCES:
Available Balance is 34.06
Spending Limit Balance is 105.85
Account Balance is 34.06
Signature
*** ALL SALES ARE FINAL ***
```

R. 34

USP LEW **LIMITED OFFICIAL USE**
JEFF ZERBE

SALES INVOICE
TILLMAN, RONALD S.
ACCOUNT No.85375071          UNIT 3/E-1
12/05/00 Time 19:33:15p TX# 000057  34
BEGINNING BALANCES:
Available Balance is 56.66
Spending Limit Balance is 325.00
Account Balance is 56.66

| QTY DESCRIPTION | PRICE |
|---|---|
| 1 SA-SON ACCENT | 2.25 |
| 1 GOLDN SNACK CRACKERS | 1.75 |
| 1 ORANGE BREAKFST DRNK | 1.60 |
| 1 TONE SOAP | 1.00 |
| 1 STAR KIST TUNA | 5.30 |
| 7 HONEY BUN | 5.95 |
| 7 BIG CAT KIT KAT | 3.15 |
| 1 HONEY EGGS-JELLY RAW | 1.80 |
| 1 JELLY EGGS-JELLY RAW | 1.05 |
| 1 HOT BEEF SAUSAGE | 7.35 |
| 1 CRUNCHY CURLS | 1.75 |
| 1 CRUNCHY CURLS | 1.75 |
| 1 ICED OATMEAL COOKIES | 1.60 |
| 1 ICED OATMEAL COOKIES | 1.60 |
| 1 ICED OATMEAL COOKIES | 1.60 |
| SUB TOTAL | 37.50 |
| TOTAL | 37.50 |

CHARGE 85375071
ENDING BALANCES:
Available Balance is 19.16
Spending Limit Balance is 287.50
Account Balance is 19.16
Signature [signature]
*** ALL SALES ARE FINAL ***

R. 35

## USP LEW **LIMITED OFFICIAL USE**
DAN LOCKCLIFF

SALES INVOICE
TILLMAN, RONALD S.
ACCOUNT No.05375071
01/29/01 Time 17:49:22p TX# 000037  RDM DET  43
BEGINNING BALANCES:
Available Balance is 60.14
Spending Limit Balance is 237.60
Account Balance is 75.14

| QTY DESCRIPTION | PRICE |
|---|---|
| 4 ICED OATMEAL COOKIES | 6.40 |
| 7 CRAN PRINCE MACKEREL | 7.00 |
| 1 GOLDN SNACK CRACKERS | 1.75 |
| 1 GOLDN SNACK CRACKERS | 1.75 |
| 1 ORANGE BREKFST DRNK | 1.60 |
| 1 ORANGE BREKFST DRNK | 1.60 |
| 1 ORANGE BREKFST DRNK | 1.60 |
| 7 CHOC HONEY BUN | 5.95 |
| 1 BUTTER CREME | 2.65 |
| 1 BUTTER CREME | 2.65 |
| 1 SA-SON ACCENT | 2.25 |
| 4 PAYDAY | 1.80 |
| 3 BUTTERFINGER | 1.35 |
| 1 DIAL ROLL-ON DEOD. | 1.30 |
| 1 MIDDLESWARTH BBQ | 1.80 |
| 1 MIDDLESWARTH BBQ | 1.80 |
| 10 RAMEN HOT/SPICY NOOD | 2.00 |
| 10 RAMEN ROASTED CHIC. | 2.00 |
| 3 STAR KIST TUNA | 9.90 |
| 1 BUTTER PECAN ICE CRM | 1.25 |
| SUB TOTAL | 58.40 |
| TOTAL | 58.40 |

CHARGE 05375071
ENDING BALANCES:
Available Balance is 1.74
Spending Limit Balance is 179.20
Account Balance is 16.74
Signature  *** ALL SALES ARE FINAL ***

## USP LEW **LIMITED OFFICIAL USE**
JEFF ZEIBE

SALES INVOICE
TILLMAN, RONALD S.
ACCOUNT No.05375071
01/02/01 Time 17:13:23p TX# 000014  UNIT 3/E-1  34
BEGINNING BALANCES:
Available Balance is 37.54
Spending Limit Balance is 275.00
Account Balance is 70.46

| QTY DESCRIPTION | PRICE |
|---|---|
| 1 GOLDN SNACK CRACKERS | 1.75 |
| 4 PAYDAY | 1.80 |
| 1 FRUIT & NUT MIX | 2.95 |
| 1 LEVER 2000 SOAP | 1.15 |
| 1 LEVER 2000 SOAP | 1.15 |
| 1 BUTTERSCOTCH KRIMPET | 2.65 |
| 1 BUTTERSCOTCH KRIMPET | 2.65 |
| 1 THERMAL SHIRT-XL | 8.75 |
| 3 BIG CAT KIT KAT | 1.35 |
| 1 DENTAL FLOSS | 4.50 |
| 1 DIAL ROLL-ON DEOD. | 1.30 |
| 14 RAMEN ROASTED CHIC. | 2.80 |
| 14 RAMEN HOT/SPICY NOOD | 2.80 |
| 4 ICED OATMEAL COOKIES | 6.40 |
| 4-ICED OATMEAL COOKIES | -6.40 |
| 3-RAMEN HOT/SPICY NOOD | -.60 |
| 3-RAMEN ROASTED CHIC. | -.60 |
| 3-RAMEN HOT/SPICY NOOD | -.60 |
| 1 ICED OATMEAL COOKIES | 1.60 |
| 1 ICED OATMEAL COOKIES | 1.60 |
| 2 RAMEN HOT/SPICY NOOD | .40 |
| SUB TOTAL | 37.40 |
| TOTAL | 37.40 |

CHARGE 05375071
ENDING BALANCES:
Available Balance is .14
Spending Limit Balance is 237.60
Account Balance is 33.06
Signature  *** ALL SALES ARE FINAL ***

R. 36

USP LEW **LIMITED OFFICIAL USE**
JEFF ZERBE

SALES INVOICE
TILLMAN, RONALD S.
ACCOUNT No.85375071                UNIT 3/E-1
02/05/01 Time 17:22:49p TX# 000018  34
BEGINNING BALANCES:
Available Balance is 20.02
Spending Limit Balance is 275.00
Account Balance is 42.84

| QTY | DESCRIPTION | PRICE |
|-----|-------------|-------|
| 1 | BUTTER PECAN ICE CRM | 1.25 |
| 1 | BUTTER CREME | 2.65 |
| 1 | BUTTER CREME | 2.65 |
| 1 | BATTERY AA,PANASONIC | 2.30 |
| 1 | COLGAT B.S.&PEROXIDE | 2.40 |
| 1 | PEPSI-COLA 6-PK | 1.90 |
| 1 | MIDDLESWARTH BBQ | 1.80 |
| | SUB TOTAL | 14.95 |
| | TOTAL | 14.95 |
| | CHARGE 85375071 | 14.95 |

ENDING BALANCES:
Available Balance is 5.07
Spending Limit Balance is 260.05
Account Balance is 27.89

*Ronald S. Tillman*
Signature
        *** ALL SALES ARE FINAL ***

7540-00-634-4176

| EDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| 3/1/01<br>1435 | **S -  INTAKE MEDICAL SCREENING** |

|  | Yes | No |
|---|---|---|
| Medical Complaints: | Yes | No |
| Medications: | Yes | No |
| Drug Allergies: | Yes | No  if yes list under A |
| Suicidal thoughts or attempts: | Yes | No |
| History of Hepatitis: | Yes | No |

**O -**  Medical evaluation recommended:    Yes    No

**A**   *Occasure Strends*
*Thiral Tumor Surgery 1/29/0*

**P -**  Inmate educated regarding sick call/pill line. Patient voices understanding
PPD Status OK:                          Yes          No
PPD Testing Given:                    Yes          No
Essential prescriptions:     *none*

A. MOLINA, PA
FCI/FPC EDGEFIELD

**ADMINISTRATIVE NOTE**

3/01/01
(1600)

Intake screening reviewed by: _____

J. Serrano, M.D.
Clinical Director
FCI Edgefield

Add to Chronic Care Clinic          Yes          No          Clinic:
Appointment Date if other than 30 days:

J. Serrano, M.D.
Clinical Director
FCI Edgefield

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| FCI EDGEFIELD, SC | REG. HO | DOJ | BOP |
| SPONSOR'S NAME | SSN-NO | RELATIONSHIP TO SPONSOR | |

| PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)* | REGISTER NO. | WARD NO. |
|---|---|---|

Tillman, Ronald
85375-071

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed  by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

SENSITIVE
LIMITED OFFICIAL USE

P. 38



BP-S659.60 **MEDICAL SUMMA⬤ ⬤FEDERAL PRISONER/ALIEN ⬤RANSIT** CDFRM
MAY 99
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISON**

| | |
|---|---|
| TB Clearance Yes ✓ No ___ <br> 1. PPD Completed: _1/24/01_ <br> Date <br> Results: ___0___ mm <br> 2. CXR Completed: ___ Date <br> Results: _____ <br> 3. Health Authority <br> Clearance: _YES_ <br> _PhM_ _02│09│01_ <br> Sign Date <br> Note: <br> Dates listed above must be within one year of this transfer. | Name <br> TILLMAN, Ronald | Prisoner/Alien <br> Reg.# 85375-071 | D.O.B. <br> 9/4/59 |
| | Departed From <br> USP, LEW | Date Departed <br> 2/12/2001 | |
| | Destination | Reason for Transfer | |
| | Dist. Name | Dist.# | Date in Custody <br> __/__/__ |

Current    1. _Allergic Rhrinitis_    4. _____
Medical    2. _____    5. _____
Problems   3. _____    6. _____

| Medication | Dose | Route | Instructions For Use (Include proper time for administering) | Stop |
|---|---|---|---|---|
| | | | **Medication Required For Care En Route** | |
| _NONE_ | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Additional Comments - Blood and Body Fluid Precautions

**R. 39**

**Special Needs Affecting Transportation**

| | | |
|---|---|---|
| Is prisoner medically able to travel by BUS, VAN or CAR? | ✓ Yes __ No | If no, why not? |
| Is prisoner medically able to travel by airplane? | ✓ Yes __ No | If no, why not? |
| Is prisoner medically able to stay overnight at another facility en route to destination? | ✓ Yes __ No | If no, why not? |
| Is there any medical reason for restricting the length of time prisoner can be in travel status? | __ Yes ✓ No | If yes, state reason |
| Does prisoner require any medical equipment while in transport status? | __ Yes ✓ No | If yes, what equipment? |

| Sign and Print Name - Certifying Health Authority <br> _Platin_ | Phone Number | Date Signed <br> _02│09│01_ |
|---|---|---|

**SENSITIVE LIMITED OFFICIAL USE**

Record copy - Transporting Officer: Copy - Health Record (Top page Position One) - Copy - Transferring Institution

2-12-01    1820

Received
More
Med
Complaint

R. OGUES
USP ATLANTA

INTAKE SCREENING
REVIEW
Ivan Negron
Physician

2-28-01    1800    U.S.P. ATLANTA
OK FOR TRANSFER

R. OGUES, M.P
USP ATLANTA

3/1/01  1435  FCI, Edg.

A. MOLINA, PA
FCI/FPC EDGEFIELD

R. 40

BP-S659.60 **MEDICAL SUMMARY**  **FEDERAL PRISONER/ALIEN I∩ ⌐NSIT** CDFRM
MAY 99
**U.S. DEPARTMENT OF JUSTICE**                                    **FEDERAL BUREAU OF PRISON**

| TB Clearance Yes ✓ No __ | Name | Prisoner/Alien | D.O.B. |
|---|---|---|---|
| 1. PPD Completed: 1/24/01 Date | TILLMAN, Ronald | Reg.# 85375-071 | 9/14/59 |

TB Clearance Yes ✓ No __

1. PPD Completed: _1/24/01_
   Date
Results: _0_ mm

2. CXR Completed: _____
   Date
Results: _____

3. Health Authority

Clearance: _YES_

_PA_    _02/09/01_
Sign          Date

Note:
Dates listed above must be within one year of this transfer.

| Name | Prisoner/Alien | D.O.B. |
|---|---|---|
| TILLMAN, Ronald | Reg.# 85375-071 | 9/14/59 |
| Departed From | Date Departed | |
| USP, LEW | 2/12/2001 | |
| Destination EDG | Reason for Transfer | |
| Dist. Name | Dist.# | Date in Custody __/__/__ |

| | | |
|---|---|---|
| Current | 1. _Allergic rhinitis_ | 4. _____ |
| Medical | 2. _____ | 5. _____ |
| Problems | 3. _____ | 6. _____ |

| Medication | Dose | Route | Instructions For Use (Include proper time for administering) | Stop |
|---|---|---|---|---|
| | | | **Medication Required For Care En Route** | |
| NONE | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Additional Comments - Blood and Body Fluid Precautions

**R. 41**

**Special Needs Affecting Transportation**

| | | |
|---|---|---|
| Is prisoner medically able to travel by BUS, VAN or CAR? | ✓ Yes __ No | If no, why not? |
| Is prisoner medically able to travel by airplane? | ✓ Yes __ No | If no, why not? |
| Is prisoner medically able to stay overnight at another facility en route to destination? | ✓ Yes __ No | If no, why not? |
| Is there any medical reason for restricting the length of time prisoner can be in travel status? | __ Yes ✓ No | If yes, state reason |
| Does prisoner require any medical equipment while in transport status? | __ Yes ✓ No | If yes, what equipment? |

| Sign and Print Name - Certifying Health Authority | Phone Number | Date Signed |
|---|---|---|
| _PA_ Platin Hilletewor | | 2/9/01 |

SENSITIVE
LIMITED OFFICIAL USE

Record copy - Transporting Officer; Copy - Health Record (Top page Position one); Copy - Transferring Institution

This form may be replicated via WP **SIMILAR TO (USM 553)**    Printed on Recycled Paper    Replaces BP-S659 of Mar

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |

2-20-
1088

S. *[illegible handwritten clinical notes]*

*[illegible handwritten clinical notes]*

Vitals Temp 97, B/P – 114/70 P–66 R–16

*[illegible handwritten clinical notes]*

PHARYNX – injected *[illegible]*

On soft palate 2° to ENT *[illegible]*

*[illegible]*

NECK – no nodes

Lungs – *[illegible]*

*[illegible]*

A: *[illegible]* URI

*[illegible]*

R: *[illegible]*

*[illegible]*

Anthony Bussanich, M.D.
*[signature]*
02/05

↑ Fluids

*[illegible]*

Roar *[illegible]*

*[illegible]*

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | William Bogler, PA-C Physician Assistant |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

REGISTER NO.  85325-071

WARD NO.

Tillman, Ronald

USP LEWISBURG
Health Services Unit
Lewisburg, PA 17837

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

SENSITIVE
LIMITED OFFICIAL USE

R.  42

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|

## PATIENT ENCOUNTER FOLLOWING COMMUNITY MEDICAL TRIP

1-29-01
14/6

Subjective: " _I'm OK_ "

Condition Giving Rise To Community Referral: _Vocal cord lesion_

Procedures Provided In Community: _Biopsy, Vocal cord lesion_

Complications:

Current Symptoms or Concerns: _None_

Objective:

Vital Signs: _deferred_

General Appearance: _WDWN_

Inspection of Surgical Site(s), if any: _N/A_

Assessment:                                                    R. 43

Plan:

Follow Up with Staff Physician Scheduled: ( ) Yes    (✓) No    ( ) NA

Paper Work For Follow Up with Consultant Submitted: ( ) Yes    (✓) No    ( ) NA

Paper Work For Follow Up Diagnostic Studies Submitted: ( ) Yes    (✓) No    (

SMD Submitted: (✓) Yes    ( ) No    ( ) NA

Patient Education Sheet Signed: (✓) Yes    ( ) No    ( ) NA

Patient Satisfaction Survey Signed: (✓) Yes    ( ) No    ( ) NA

Paperwork Delivered To Clinical Coordinator: (✓) Yes    ( ) No    ( ) NA

Provisions For Special Diet Made: ( ) Yes    ( ) No    (✓) NA

Special Accommodations: _N/A_

Physical Therapy: _N/A_                                    Anthony Bussanich, M.D.

Wound Care: _N/A_                         _Will biopsy repeat_
                                          _Ko Keller_

Medications: _Tylenol 325 mg ii tab po q4° prn pain x 10_
_days treatment_

| PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint) | RECORDS MAINTAINED AT: | U.S. Penitentiary Lewisburg, P.O. Box 10 |
|---|---|---|
| Timmons, Ronald  USP LEWISBURG | | SENSITIVE  William Bogler, PA-C  Physician Assistant |
| | PATIENT'S NAME (Last, First, Middle Initial) | LIMITED OFFICIAL USE |
| | RELATIONSHIP TO SPONSOR | STATUS |

SENSITIVE
LIMITED OFFICIAL USE

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

**MEDICAL RECORD** | **CHRONOLOGICAL RECORD OF MEDICAL CARE**

| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| 10/25/[illegible] 1430 | S- The 48 y/o male black was referred by officer from the gym for injury of the finger while playing basketball |
| | O- Noted small superficial cut on the left hand (b/w the 2nd and 3rd finger) plus superficial abrasion/scratch |
| | R right 3rd finger has limited movement on flexion (experience pain on movement). noted slight swelling on the middle area of the finger |
| | ③ superficial scratches on the dorsal aspect of the right hand. |
| | A- Sprain, right 3rd finger superficial abrasion/Scratches both hand superficial cut- between the 2nd and the 3rd fingers; left hand |
| | P ① Medication Education was conducted ② Discussed the effect of the Medication ③ understood the Tx regimen ④ ~~[illegible]~~ Wounds were cleaned with alcohol ⑤ Splint applied on the right 3rd finger ⑥ Xray of the right hand (emphasis on the 3rd finger) - request sent. |
| | Ahmed S. Abdel-Salem, M.D. [signature] |

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| USP. Lew | | HSU | |
| **SPONSOR'S NAME** | **SSN/ID NO.** | **RELATIONSHIP TO SPONSOR** | |
| | | | |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

REGISTER NO. 85375-071

WARD NO.

R. 44

USP LEWISBURG
Health Services Unit
Lewisburg, PA 17837

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record
**STANDARD FORM 600** (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

SENSITIVE
LIMITED OFFICIAL USE

Tillman [illegible]

| HEALTH RECORD | | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|---|
| DATE | | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |

## PATIENT ENCOUNTER FOLLOWING COMMUNITY MEDICAL TRIP

Subjective: _I'm OK_

Condition Giving Rise To Community Referral: _Vocal cord lesion, R10 GE_

Procedures Provided In Community: _Barium Swallow_

Complications: _None_

Current Symptoms or Concerns: _None_

Objective:

Vital Signs: _Deferred_

General Appearance: _WNWN_

Inspection of Surgical Site(s), if any: _N/A_

Assessment:

Plan:

Follow Up With Staff Physician Scheduled:   ( ) Yes    ( /) No    ( ) NA

Paper Work For Follow Up With Consultant Submitted:   ( ) Yes    ( /) No    ( ) NA

Paper Work For Follow Up Diagnostic Studies Submitted:   ( ) Yes    ( /) No    ( ) NA

SMO Submitted:   ( /) Yes    ( ) No    ( ) NA

Patient Education Sheet Signed:   ( /) Yes    ( ) No    ( ) NA

Patient Satisfaction Survey Signed:   ( /) Yes    ( ) No    ( ) NA

Paperwork Delivered To Clinical Coordinator:   ( /) Yes    ( ) No    ( ) NA

Provisions For Special Diet Made:   ( ) Yes    ( ) No    ( /) NA       **R. 45**

Special Accommodations: _None_

Physical Therapy: _None_

Wound Care: _None_

Medications: _None_

Anthony Bussanich, M.D.   i1/7/01

SENSITIVE
LIMITED OFFICIAL USE

| PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint) | RECORDS MAINTAINED AT: | U.S. Penitentiary Lewisburg, P.O. Box |  |
|---|---|---|---|
| T. Henry Ronald<br><br>USP LEWISBURG<br>Health Services Unit<br>Lewisburg, PA 17837 | PATIENT'S NAME (Last, First, Middle Initial) | | SEX |
| | RELATIONSHIP TO SPONSOR | STATUS | RANK/GRA |
| | SPONSOR'S NAME | | ORGANIZATION |
| | DEPART./SERVICE | SSN/IDENTIFICATION NO. | DATE OF |
| | CHRONOLOGICAL RECORD OF MEDICAL CARE | | STANDARD FORM 500 (Rev. |

B5375-021

11/30/ 00
0900

S. Nasal Congestion

O. t° 97.4°F
HEENT - boggy nasal mucosa
Pulmo - clear.

A. URI
P. actifed 1 tab. tid. # 15 tabs.
pt.Ed. Explained & understood. platin, mil

Platin Hilletework, mil

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |

| | |
|---|---|
| 10/31/00<br>0910 | S: *[illegible handwritten]* 43 y/o BM c/o nasal congestion x few weeks, denies fever nausea vomiting or diarrhea at this time, pt c̄ hx of allergic rhinitis |
| | O. Ambulatory oriented x3 & alert *[illegible]* NSR L. nasal congestion noted chest clear |
| | A/P ① allergic rhinitis<br>① Actifed 30 mg ī tab po *[illegible]* #15<br>② F/E @ Pager *[illegible]*<br>③ *[illegible]* reg SIC (if needed)<br>④ pt *[illegible]* |
| | *[signature]*<br>Ivan Navarro, P.A. |
| 11/?/00<br>0710<br>SIC | S: *[illegible]* 43y/o BM requests refill *[illegible]* allergic rhinitis.<br>O: Nasal congestion noted<br>A: ① Hx allergic rhinitis<br>cont |

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

Tillman, Ronald

*[illegible stamp]*

REGISTER NO.
85375-071

WARD NO.

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 5-84)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

SENSITIVE
LIMITED OFFICIAL USE

R. 47



| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|------|--------------------------------------------------------------------------|

(1) (x) Aciljut 30 g ₸ ṽs # 15
(2) P.S ⓔ proper uro y uerto
(3) Fh ueg Slc
(4) pd un ten tab
(5) (x) Baseline out #3                    *Ivan Navarro, P.A.*

*Anthony Bussanich, M.D.*    11/3/00

11/14/00   S: ⊕ 40 yo requesto refill y out for
0507       allergi rhinits Denis jew nases crowity
SLc        or di anke at this tri NKDA

O: Ambulatory oriented x3 y abms behr
   10KENT. try ued nasel mucos.
   US: on 10/20 Htw 62 fog 57.8
A⊕ 170 allergi rhinits

P① Aciljut 30 g ₸ ṽs # 15
② P.S ⓔ proper un y ueg
③ Fh vs ueg. Slc
④ pd un ten tab                    *Ivan Navarro, P.A.*

| HEALTH RECORD | | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|---|
| DATE | | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |

10-31-00

0849

**PATIENT ENCOUNTER FOLLOWING COMMUNITY MEDICAL TRIP**

Subjective: _I'm ok_

Condition Giving Rise To Community Referral: _D. Krantz, swelloween_

Procedures Provided In Community: _Exam_

Complications: _None_

Current Symptoms or Concerns: _Difficulty, swelloween continu_

Objective:

Vital Signs: _Deferred_

General Appearance: _WNL_

Inspection of Surgical Site(s), if any: _N/A_

Assessment: 

Plan:

R. 49

Follow Up With Staff Physician Scheduled: ( ) Yes    (X) No    ( ) NA

Paper Work For Follow Up With Consultant Submitted: ( ) Yes    (X) No    ( ) NA

Paper Work For Follow Up Diagnostic Studies Submitted: (X) Yes    ( ) No    ( ) NA

SMO Submitted: (X) Yes    ( ) No    ( ) NA

Patient Education Sheet Signed: ( ) Yes    (X) No    ( ) NA

Patient Satisfaction Survey Signed: (X) Yes    ( ) No    ( ) NA

Paperwork Delivered To Clinical Coordinator: (X) Yes    ( ) No    ( ) NA

Provisions For Special Diet Made: ( ) Yes    ( ) No    (X) NA

_Anthony Busachiell, MMS_

Special Accommodations: _None_

Physical Therapy: _None_                Schedule for BX sur

Wound Care: _N/A_                     then micro sur

Medications: _None_                  Laryngoscopy

_William Bogler, PA-C_

| PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint) | RECORDS MAINTAINED AT: | U.S. Penitentiary Lewisburg, P.O. Box 1000, Lewisburg, William Bogler, PA-C |
|---|---|---|
| USP LEWISBURG Health Services Unit Lewisburg, PA 17837 | PATIENT'S NAME (Last, First, Middle Initial) | | SEX |
| | RELATIONSHIP TO SPONSOR | STATUS SENSITIVE | RANK/GRA |
| | SPONSOR'S NAME | LIMITED OFFICIAL USE ORGANIZATION |
| | DEPART./SERVICE  SSH/IDENTIFICATION NO. Health Services | | DATE OF |

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |

**10/20/00**
**1240**

Adm. Note

I/M came to S/c to know the results of a CT scan done to him few weeks ago because of a mass he was feeling on his throat.

The results were given and there were no abnormalities found.

Luis Ramirez, P.A.

**Luis Ramirez, P.A.**

Ahmed S. Abdel-Salem, M.D.

**10/23/00**
**0820**

Adm. Note. Released copy of cat scan done 10/6/00 at Neely. ( 1 page)

J. Hester, MRAS

**Franklin J. Hester, MRAS**

**10/23/00**
**0820**

S  Still pt. claims to feel some sort of grain in his throat.

CT of the cervical spine on 10/04/00 was neg.

O.  Normal oropharyngeal mucosa.

A.  Mass ?

P.  Consult ENT  TEL. MED.

Anthony Bussanich, M.D.

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

Tillman, Ronald

DoB: 9/11/59

| REGISTER NO. | WARD NO. |
|---|---|
| 85375 - 071 | |

USP Lewisburg
FEDERAL PRISON CAMP
LEWISBURG, PA 17837

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

SENSITIVE
LIMITED OFFICIAL USE

R. 50

| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|------|------------------------------------------------------------------------------|
| cont | Pt. Ed. Explained & understood. |
|      | Anthony Bussanich, M.D. 9/29/00          Platin Hilletework, PA |

R. 51

| HEALTH RECORD | | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|---|
| DATE | | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |

## PATIENT ENCOUNTER FOLLOWING COMMUNITY MEDICAL TRIP

10/4/00

0 94m

Subjective:

Condition Giving Rise To Community Referral:

Procedures Provided In Community:

Complications: *None*

Current Symptoms or Concerns: *None*

Objective:

Vital Signs: *Deferred*

General Apperance: *WD WN*

Inspection of Surgical Site(s), if any: *N/A*

Assessment: **R. 52**

Plan:

Follow Up With Staff Physician Scheduled: ( ) Yes    ( ✓ ) No    ( ) NA

Paper Work For Follow Up With Consultant Submitted: ( ) Yes    ( ✓ ) No    ( ) NA

Paper Work For Follow Up Diagnostic Studies Submitted: ( ) Yes    ( ✓ ) No    ( ) NA

SMO Submitted: ( ✓ ) Yes    ( ) No    ( ) NA

Patient Education Sheet Signed: ( ✓ ) Yes    ( ) No    ( ) NA

Patient Satisfaction Survey Signed: ( ✓ ) Yes    ( ) No    ( ) NA

Paperwork Delivered To Clinical Coordinator: ( ✓ ) Yes    ( ) No    ( ) NA

Provisions For Special Diet Made: ( ) Yes    ( ✓ ) No    ( ) NA

Special Accommodations: *N/A*

Physical Therapy: *N/A*

Wound Care: *N/A*

Medications: *N/A*

SENSITIVE

LIMITED OFFICIAL USE

| PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint) | RECORDS MAINTAINED AT: | U.S. Penitentiary Lewisburg, P.O. Box 1000, Lewisburg, P |
|---|---|---|

Tinnams, Ronald
USP LEWISBURG
Health Services Unit
Lewisburg, PA 17837

William Bogler, PA-C
Physician Assistant

| PATIENT'S NAME (Last, First, Middle Initial) | | |
|---|---|---|
| RELATIONSHIP TO SPONSOR | STATUS | RANK/GRAD |
| SPONSOR'S NAME | | ORGANIZATION |
| DEPART./SERVICE | SSN/IDENTIFICATION NO. | DATE OF B |
| Health Services: | | |

CHRONOLOGICAL RECORD OR MEDICAL CARE                STANDARD FORM 600 (Rev.

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MÉDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| 9/5/00 | S:  The patient is here for x-ray results. He has been complaining of pressure symptoms and |
| 10:00 | trouble with swallowing for the last 2 month. |
| | Past History:                          Allergies: None |
| | System review:   Cardiac: Negative            Respiratory: Negative |
| | GI:  Negative              Neurological: Negative |
| | Urinary: Negative            Skin: Negative |
| | O:   X-ray was taken last week and was sent for reading. |
| | A.: Dysphagea |
| | P.  Generate consult for CT scan of the neck |
| | Return if needed |
| | allopid one Tablet thus 1 daily X 5 days |
| | Pt. Educ on condition, evaluation and treatment plans.  Understood. |
| | AHMED A. SALAM, MD |

R. 53

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give:  Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

**Tillman, Ronald**

**85375-071**

**09/11/1959(DOB)**

| REGISTER NO. | | WARD NO. |
|---|---|---|

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record

SENSITIVE
LIMITED OFFICIAL USE

STANDARD FORM 600 (REV. 6-97)
Prescribed  by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|------|---------------------------------------------------------------------------|
| 9-11-00 | S: Rx Refill of actifed. |
| 1000 | O: Appears to be well. |
|  | A: Chronic rhinitis. |
|  | P: ① Actifed ī PO TID, X5d. |
|  | ② F.U. PRN — understood. |

Martin Newton, PA-C
USP, Lewisburg

Ahmed S. Abdel-Sabaid, M.D.

R. 54

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| 8/24/00 | S:   The patient is here to check about his x-ray. He claim that he did see the PA 2 weeks ago |
| 10:45 | and was schedule for x-ray but was never called. |
| | Past History:                          Allergies: None |
| | System review:   Cardiac: Negative          Respiratory: Negative |
| | GI:  Negative            Neurological: Negative |
| | Urinary: Negative          Skin: Negative |
| | O: deferred |
| | A.: Consultation |
| | P.  Will check with the x-ray department as there is no record in the chart. |
| | Return if needed |
| | Pt. Educ on condition, evaluation and treatment plans.  Understood. |
| | AHMED S. SALAM, MD |
| | R. 55 |

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

| PATIENT'S IDENTIFICATION: *(For typed or written entries, give:  Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)* | REGISTER NO. | WARD NO. |
|---|---|---|

*Tillman, Ronald*

*85375-071*

*09/11/1959(DOB)*

CHRONOLOGICAL RECORD OF MEDICAL CARE

Medical Record

SENSITIVE
LIMITED OFFICIAL USE

STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FICMR (41 CFR) 201-9.202-1

| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|------|-----------------------------------------------------------------------------|
| 8/28/00 9:00 | Admin note. |

Patient was scheduled to
Come back next Munday to
Check c Moplatin dent the
status of his X-ray.

*Ahmed S. Abdel-Salam, M.D.*

| 08/31/00 1010 | S. sneezing & nasal Running |

C/o uncomfortable sensation in the throat for about 2 months.

40 yrs. old B♂ claims to expirience some
sort of growth in his throat, when ever he
swollows solid food.

O.  HEENT:- injected sclera & watery eyes, Pinnis
nasal mucosa.
no cervical lymphoadenopathie.
Trachea - in the middle

Pulmo - clear.

A.  A. Rhinitis
○ R/o growth in Trachea.

Rx  actifed 1 tab. tid # 15 tabs.
X-ray of the neck.

Pt.ed. explained and understood.

*Platin Hilletework, PA*

**Platin Hilletework. PA**

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|------|-----|
| 7/13/00 0915 | S: 40 y/o BM c/o cough, cold, body aches HA x 3 days. PMHx: Non-contributory |
| | O: BP: 131/71   PR: 85    T°: 97.1°F HEENT: boggy nasal mucosae; ↓ congestion of throat CHEST: unremarkable |
| | A: URI c̄ ass'td body ache |
| | P: → Actified ī tab TID x 5 day #15 O Ref → Humibid ī tab BID #14 O Ref. → Ibuprofen 400 mg TID (āg 8°) for pain #24 O Ref. → Pt educ on Rx, plans + ff-up Understood. → ↑ water intake. while on Rx. E. Torg T PA ONG, EDGARDO T., PA |
| 7/17/00 850 | S/ 40 y/o ... 3°c sore throat Hx of URI 4 dys go c̄ appropriate tx O/ NAD, ambulatory. Edmts pharynx c̄ exudate Tmp 98.6°F   Chest: clear. A/ Pharyngitis P/ Continue current therapy as above (R) Keflex 250 mg ī po qid x 10 Rx Tx + Pt dissed + understood N. RODRIGUEZ-MIRALLES PA |

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |

2/28/00

9:30

S:    The patient complaining of the recurrence of the pain in his back. He claim after he was seen here on 2/4/00 the medication improve the condition completely but it began to recur in the last 2 days. Pain increase on movement of his shoulder and arm. He denies injury.

Past History:                    Allergies: None

System review:   Cardiac: Negative          Respiratory: Negative

GI:  Negative          Neurological: Negative

Urinary: Negative          Skin: Negative

O: Thoracic Spine: No limitation of the range of movement. Tenderness over the medial border of the left scapula and latismus dorsi muscle.

A.: Tendinitis

P.    1- X-ray of the thoracic spine

2- Naprosyn 550 mg bid after meals X 14 days.

Pt. Educ on condition, evaluation and treatment plans.  Understood.

AHMED S. SALAM, MD

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

| PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)* | REGISTER NO. | WARD NO. |
|---|---|---|

Tillman, Ronald

85375-071

09/11/1959(DOB)

FCI LEWISBURG
HEALTH SERVICES UNIT
LEWISBURG, PA 17837

SENSITIVE

LIMITED

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

R. 58

NSN 7540-00-634-4176

● ●

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |

2-4-00
0900

S: Continued to complain pain at
Ⓡ Thoracic spinal area X 3-4 months.
Pain is localized at Ⓡ sub-
scapular area — SEE 11-18-99
Cardiac / GI RⓈ exp. Neg.

O: T = 97³.
40 year old b ♂ = no acute dis___
Mild soft tissue noted at Ⓡ
infra-scapular area.
Good ROM. No other signif___
physical findings.

A: Probable back strain.

P: ① Naprosyn 550 mg PO BID X 7d___
② F/U any GI following Tx —
Pt. understands.

Martin Newton, PA-C

M. Newton PA-C

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| USP LEWISBURG | | | |
| SPONSOR'S NAME   HEALTH SERVICES UNIT | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |
| LEWISBURG, PA 17837 | | | |

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

TILLMAN, RONALD
85375-071

| REGISTER NO. | WARD NO. |
|---|---|

SENSITIVE
LIMITED OFFICIAL USE

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record

STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

R. 59

| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|------|--------------------------------------------------------------------------|
| 12/21/99 7:00 | S - A 40 year old male Black complains of pain in swallowing almost 1 week - on the (R) side of the oropharyngeal wall. No colds, cough and |
| E1 | fever. Noted. No gastroesophageal reflex disease. No clx of PUD? Non-Smoker |

O - Alert, Ambulatory, NAD, Coherent Cooperatory

SHEENT - good skin turgor.         V/S - BP = 106/70    PR= 82/min.   Temp. 93.5

WT = 181 lbs.

- No oropharyngeal wall lesion

- Tonsils Not enlarged, No hyperemia

- Non Congested oropharynx, No visible exudates noted

- No cervical lymphadenopathy

- Anictteric Sclera, Pinkish palpebral Conjunctiva

Chest/Lungs: Clear Breath Sounds.

Heart: Regular Rate and Rhythm, w/n appreciated

Abdomen: Soft, nontender, No abn. mass, Normoactive B.S.

A Oropharyngeal Irritation - Etiology (?)

P - Hydrogen Peroxide 4 oz. - gargle 50% water + 50% peroxide in 30 cc cap (medicinal cap) - #x daily and rinse before/after with water thoroughly. #1

Patient's Educ. as to Oral Hygiene - and follow up schedule for next sick call or if symptoms persist.

ALAMA, FERDINAND N., PA

| 1/5/00 1310 | Admin note: |
|-------------|-------------|

Annual Physical ordered today

RODRIGUEZ, NICK, P.A.

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |

| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |

11-9-99
0650

ADMIN NOTE: Pt. here for X-ray report of Thoracic spine. Informed that Report is not back from the radiologist at this time. Will recheck in the near future.

W. Newton, PA

**Martin Newton, PA-C**

11-18-99
0750

S: Pt. here to review X Ray results. Says that the wrong X-Ray was taken. His pain is at the mid-Thoracic spine (not L-S spine)

O: In No acute distress. No spinal tenderness noted. Good ROM. P=66. B/P= 137/82.

A: R/O spinal arthritis -vs- disc genic disease.

P: ① X-Ray of Thoracic spine ② F/U in SC in 10 days to discuss results of X-Ray.

W. Newton, PA

**Martin Newton, PA-C**

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

TILLMAN, RONALD
85375-071

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record

SENSITIVE
LIMITED USE

STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

R. 61

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| 7/08/1999 0800 | S: *This 39 y/o BM is complaining of multiple lumps on his axillae that he thinks are occurring on and off. He even saw a surgeon for a bigger lump at one time..* |
| | *PMHx: Lipomatous growth* |
| | O: *BP: 128/73     PR: 66/min* |
| | *SYSTEMS REVIEW: WNL* |
| | *SKIN: two palpable lumps on the left armpit; 3 on the right; non-suppurative* |
| | A: *HIDRADENITIS, non-suppurative* |
| | P: *Warm compress as frequent as possible. Refrain from any anti-perspirants* |
| | *Pt. Educ on the causes and course of the illness* |
| | *Pt. Educ on condition, evaluation and treatment plans. Understood.* *Giloy PA* |
| | *EDGARDO T. ONG, PA* |
| 8/27/55 0530 S/C | S: ○ 35 y/o Bkch I/s c/o g sore throat x↑ one week. Denies fever nausea vomiting or diarrhea at other time. Denies any hx of previous tonsilitis. NAD ○ ambulatory, oriented x3, ○ acute distress... retns of oral and throat mucosa pin arc) g spotted tonsils are c normal size. ○ cervical lymphadenopathy... ant b |

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

| PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)* | REGISTER NO. | WARD NO. |
|---|---|---|

USP LEWISBURG
HEALTH SERVICES UN
LEWISBURG, PA

**TILLMAN, RONALD**
**85375-071**

**09/11-1959 (DOB)**

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

LIMITED OFFICIAL USE

R- 62

| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|------|------|

Chest clear a prick on ut.

VS: Bp 110/70  Pr 62  temp 97.7

P(x) pharyngitis

1. PanOK 250 ℔ ⊕ TID × 10 days → #20
2. Actifed 30 mg ⅰ TID × 5 days #15
3. Acetaminophen 325 ℔ po tabs q 4h #24
4. PE ⊕ proper use of meds
   5. F/up pm SIC
6. Pt understood

Ivan Navarro, P.A.

10/29/99  S: 40 y/o B/m c/o having severe back
0915  ache on and off × 6 months.
HPI: He never injured his back.
Does not exercise. He is an electrician.
Does not lift weights/ Eats once a day.
Does not trust chow food.
O: In good general condition
BP = 137/69  Pulse = 60.  Wt = 174
[Pain is sharp in nature]
No swellings or obvious deformities
noted. Has full range of motion of
vertebral column.
A: Back ache due to sedentary lifestyle.
R/O bone/joint involvement –
P: 1) X-Ray Lumbo-sacral spine
HE Edu: Encouraged to do a lot of
stretch exercises. Discussed & understood

Jane Okoth, PA    RTC after lab

NSN 7540-00-634-4176
AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |

**03/12/99**
**1245**

S. Productive Cough yellowish in colour ┐
headache & bodache ┘ x 3 days

O. t° 99.8°F   P. 82/min   BP 120/75

HEENT- Hyperemia of the oropharyngeal muco...

lungs - clear

COR - Normal

A. URI

P. Amoxil. 250 mg tid # 21 caps.

Tylenol 2 tabs. Q 6 hrs. PRN 30 tabs.

↑ fluid intake

Pt. Ed. Ethiology, Tx. & F/U understood.

Platin, PA

Platin Hilletework
Physician Assistant

**3/23/99**
**0650**

S: 39 Y/O B/M c/o everything hurting,
eyes, head and is coughing.

HPI: Has been having chills and sweats
on and off. Had not used the
bathroom in a week but has had
diarrhoea since last night. Had 2
B.M. last night. No B.M. since he
woke up.   Continued.

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | R. 64 |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

Tillman, Ronald
85375-071

| REGISTER NO. | WARD NO. |
|---|---|

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

SENSITIVE
LIMITED OFFICIAL USE

| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|------|-------------------------------------------------------------------------|
| 3/23/99 | Continued: |
| | O: In good general condition. |
| | BP = 116/89   T = 96.5°  Pulse = 73 wt 18 |
| | Throat congested. |
| | Coughing++ a productive cough. |
| | lungs clear on auscultation and |
| | percussion |
| | A 1) Purulent URI |
| | 2) Flue like syndrome |
| | P 1) Tabs Bactrim ī bid #20 |
| | 2) Tabs actifed ī tid #15 |
| | 3) Tabs motrin 800 mg ī tid #15 |
| | 4) Lay in for ~~two days~~ three days |
| | Pt Ed — Drink plenty of fluids |
| | Tx and F/u discussed and |
| | understood   RTC PRN |
| | Okoth. PA |

<div align="right">**Jane Okoth, P.A.**</div>

<div align="right">**R. 65**</div>

NSN 7540-00-634-4176                                                                600-1

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |

11-12-98   S. "I Have a nut in my (Rt) Elbow".

1020       39 yrs. old pt. who has been treated for

(Rt) Elbow cellulitis on 10/30/98 presently is

c/o a mass in the (Rt) Elbow.

O.   0.5 x 1 cm. nontender, mobile, not adhered to

the underlying tissue on the post. aspect of (Rt)

Elbow.

A.   (Rt) Elbow mass.

P.   X-ray of (Rt) Elbow.

     Consult Dr. Salam for Revaluation

Pt. Ed Ethiology, Tx. & F/U. understood.

                                        Platin, PA
                                   Platin Hilletework, P.A.

2/1/55    Adw MD.

1230      I/m request information about

54        constipation. I/m was a trust.

                                        Ivan Navarro
                                   PHYSICIAN ASSISTANT

R. 66

PATIENT'S IDENTIFICATION *(Use this space for Mechanical Imprint)*

RECORDS MAINTAINED AT: ▶

PATIENT'S NAME *(Last, First, Middle initial)*   Tillman, Ronald     SEX

RELATIONSHIP TO SPONSOR        STATUS        RANK/GRADE

SPONSOR'S NAME                               ORGANIZATION

DEPART./SERVICE   SSN/IDENTIFICATION NO.     DATE OF BIRTH
                  85375-067

USP LEWISBURG
Health Services Unit
Lewisburg, PA 17837

CHRONOLOGICAL RECORD OF MEDICAL CARE    STANDARD FORM 600 (REV. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|------|--------------------------------------------------------------------------|
| 2/26/99 1218 | S. 39 y/o black male with a PMH of stage 3 hallux valgus & bunion; hx. of chronic allergic rhinitis; hx. of lipoma ® back excised on 7/8/97. NKDA. No current meds. I/m is complaining of LBP. He said he has that on and off since 6 months ago. Now since Wednesday the discomfort and pain has increase. He denies ~~having~~ ERROR LR being lifting anything heavy. No irradiation is referred. Pain is only referred to lumbar area bilaterally. |
| | O. (VS: BP 120/68 mmHg; RR 16/min; P 60/min; T. 98.0°F No tenderness referred when area is palpated. I/ could bend forward 90°. No ambulatory problem No irradiation. |
| | A. ① Muscle strain lower back bilaterally |
| | P. ① Ibuprofen 800 mg ÷ tab P.O. TID x 10d. #30 ② pt. educ (Exercises to stretch back were explained Tx. and Rx. use explained. Pt. understood - F/u PRN) |

Luis Ramirez, P.
LUIS RAMIREZ
PHYSICIAN ASSISTANT

R. 67

NSN 7540-00-634-4176

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE | 600-1 |
|---|---|---|

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 14 JUL 1998 (CONTINUED) | O: ALERT + AMBULATORY, W/O. W/N. W/H IN NAD. NO TICS, TREMORS, COUGH, OR OBVIOUS DEFORMITIES. |
| | V.S: P- 60 + REGULAR, R- 20 + REGULAR, T- 96.7°F |
| | P3, BP 108/66 RA 9, WT -182 LBS |
| | UPPER EXTREMITY SKIN: ISOLATED VESICLES, ALL NOW EXCORIATED + SCABBING OVER. NO NEW LESIONS |
| | A: DERMATITIS, RESOLVED |
| | P: PT. ED: ETIOL & TX, UNDERSTOOD. REASSURANCE. |
| | F/U PRN VIA S/C        MARK PEORIA PHYSICIAN ASSISTANT |
| 07-16-98 0915 | S. Pain in both feet. |
| | O. Painfull prominant bony structure on the medial aspect of both feet anteriorly. |
| | A- Bunions. |
| | P. orthotics Evaluation. |
| | Pt.ed ethiology, Tx. & F/u. understood. |
| | Platin Hilletework Physician Assistant |
| | R. 68 |

PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint)

RECORDS MAINTAINED AT:

PATIENT'S NAME (Last, First, Middle initial)
TILLMAN, RONALD

RELATIONSHIP TO SPONSOR

STATUS
A-DES

SEX
O

RANK/GRADE
INMTE

SPONSOR'S NAME

ORGANIZATION

DEPART./SERVICE    SSN/IDENTIFICATION NO.
DOJ / BOP        85375-071

DATE OF BIRTH
11 SEP 19

CHRONOLOGICAL RECORD OF MEDICAL CARE    STANDARD FORM 600 (REV. 5-4) Prescribed by GSA and ICMR FIRMR (41 CFR) 201-45.505

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|

8/12/9V
13:15

Admin note

Patient does not have infectious inflammatory or Communicable disease at this time may work in food service

N. RODRIGUEZ-MIRALLES PA

10/30/98
1100

S.  Sever pain (Rt) Elbow x 2 days.
      Pt. was in apparent good health condition until yesterday, when he started experiencing sever (Rt) Elbow pain. Gives no hx of trauma to (Rt) Elbow.

O.   t° 95.4°F P60   BP 110/70
      Rt. Elbow - Erythematous, tender & swollen
                   a skin lesion is also noted.

A.   Cellulitis

P.   Cipro 500 mg. bid x 10 days.
      Motrin 800 mg tid # 15 days.

Pt. Ed. Ethiology, Tx. & F/U. understood.

Deven Chanmugam, M.D. 1030

Platin, PA

Platin Hilletework, PA

R. 69

NSN 7540-00-634-4176

600-1

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
| --- | --- |

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
| --- | --- |
| 4/6/98 0745 | S- This 39 y/o. male, Black complaint of back pain which started when he attempted to carry a large dough ball while working at his kitchen. Since the incident, he has been experiencing mild pain, non radiating, and because of the pain it "takes your breath away". Hx of past illness: nothing Kidney stones denies any hx of major illnesses. NKDA No current diagnostic studies. |
|  | O- noted mild tenderness on the left paravertebral lumbar region. Kidney punch test ⊖ negative. Ambulatory, coherent and not in acute distress. |
|  | A- 1° Sprain Back pain |
|  | P- ① Medication Education was conducted. ② Discussed side effects of the Medication ③ patient understood the treatment regime |
|  | II ④ Ibuprofen 800mg - T cap PO tid P.C. X 5 days #15 |
|  | II ⑤ Tylenol 325 mg II tabs PO q 4-6h prn for pain # 24 |
|  | ⑥ SMA-24 |
|  | ⑦ RTC if necessary |

R. 70

PATIENT'S IDENTIFICATION *(Use this space for Mechanical Imprint)*

RECORDS MAINTAINED AT: ▶

| PATIENT'S NAME *(Last, First, Middle initial)* TILLMAN, RONALD | | SEX |
| --- | --- | --- |
| RELATIONSHIP TO SPONSOR | STATUS | RANK/GRADE |
| SPONSOR'S NAME | ORGANIZATION | |
| DEPART./SERVICE | SSN/IDENTIFICATION NO. | DATE OF BIRTH |

SENSITIVE LIMITED OFFICIAL USE

CHRONOLOGICAL RECORD OF MEDICAL CARE

STANDARD FORM 600 (REV. 5-7
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| Continuation 4/6/98 07:45 | Addendum: pt seems concern about his health. "Can I have a test to check if I have cancer"? (SMA24 ordering to Blood picture status) |
| | _(signature)_ Maximo Velasco M.D. Medical Officer         _(signature)_ Vicarthur R. Factora Physician Assistant |
| 4/17/98 1530 | Administrator note all LFT ↑ Hepatitis screen _(signature)_ JAE SHIM, MD |
| 26MAY1998 0809 | S: 38 y/o ♂ is seen on s/c c̄ cc: sores in nose since 1994. % PMW. Has been on dicloxacillin which cleared sores up. Has had this recur on a weekly basis for four years, over 20 times. Also used vaseline. On no meds. NKDA. Non-smoker. Denies significant PMH. |
| | O: Alert + ambulatory w/o w/n. w/d in NAD. No LES, tremors, cough, or obvious deformities. V.S.: Wt — 184 lbs, P — 62 + regular, T — 97.7°F ↔ BP 120/78 m ? Nose: no lesions appreciated. (+) clear drainage. |
| | A: Perennial allergic rhinitis |
| (S) | P: Pt. ed: etiol + tx understood, p/u prn via s/c. Rx: Beclomethasone dipropionate nasal inhaler #01 c̄ spray EA nostril BID–QID PRN _(signature)_ MARK PEORIA PHYSICIAN ASSISTANT |
| 19JUL1998 0809 (continued) | S: 38 y OBU ♂ is seen on s/c c̄ cc: breaking out on arms x one wk. No sxs. On no meds. NKDA. PMH: Perennial allergic rhinitis. Non-smoker |

NSN 7540-00-634-4176

600-1...

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |

06/16/97
0840

S. Ⓡ mid. finger pain x 30' duration.
Had trauma on Jan. 3/1997 at which
time he fractured his Ⓡ mid. finger

O: Contracture of the distal phalanx of the
Ⓡ 3rd. finger c̄ pus like discharge from the
nail bed.

A. infected Ⓡ 3rd. finger.

P. Keflex 250 mg. bid # 28 caps.
Bacetracin oint. apply bid topically.
Pt. ed. etiology, Tx & F/U. Pt. understood

Maximo Velasco M.D.
Medical Officer

HILLETEWORK, PLATIN, P.A.

6/20/97
1010

Admin Note: I/M seen in surgery clinic the
morning of 6/20/97. Please see enclosed
consult for complete details.

Maximo R. Velasco Jr., M.D.
Medical Officer

platin Hilletework, PA

R. 72

0900
7-7-97

Admin Note: scheduled for foot casting to
accommodate hallux valgus/bunion.

P. CLEMENS, PA

PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint)

Tillman, Ronald
85375 - 071

USP LEWISBURG
HEALTH SERVICES UNIT
LEWISBURG, PA 17837

| RECORDS MAINTAINED AT: ▶ | | | |
|---|---|---|---|
| PATIENT'S NAME *(Last, First, Middle initial)* | | | SEX |
| RELATIONSHIP TO SPONSOR | | STATUS | RANK/GRADE |
| SPONSOR'S NAME | | | ORGANIZATION |
| DEPART./SERVICE | SSN/IDENTIFICATION NO. | | DATE OF BIRTH |

SENSITIVE
LIMITED OFFICIAL USE

CHRONOLOGICAL RECORD OF MEDICAL CARE

STANDARD FORM 600 (REV. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|------|--------------------------------------------------------------------------|

**1300**
**7-8-97**  Admin Note: cust boot for custom orthoses.

*P. CLEMENS, PA*

**7/18/97**
**1030**  Admin Note: I/M seen the am of 7/18 in the general surgery clinic. Please see the enclosed consult for complete details.

*DANIEL O. ROMERO, M.D.*

**9/03/97**
**0710**

S:  I/M complaining of non-responding illness. He was told that his problem was recurrent sinusitis but he is complaining that it is not getting any better and that his nose feels "raw".

O:  Nasal examination of the turbinates revealed congested superior and middle turbinas; erythematous; no growth observed and mucosa appear smooth and wet.

A:  Allergic rhinitis

P:  Chlortrimeton tablets every 6 hours for allergy. # 21 Refill # 2. use q12hr x 3 days only N/S Ref
Afrin nasal spray. Use in Am upon waking up; followed at 2:00 pm and last spray should be just before sleeping. #1, Refill #1.

Advised to shaved moustache until allergen has been ruled out.

Avoid powdery/dust and bed sheets changed twice weekly is feasible and within custodial policy.

Pt. education on the limitation of nasal spray and sideeffects of Chlortimeton tablets. Understood. M.D.

*Maximo Velasco, M.D.*
*Medical Officer*

*ONG, EDGARDO T., PA*

**0900**
**12/31/97**  Admin Note: Reordered size 13 co boots

*Maximo Velasco, M.D.*
*Medical Officer*

STANDARD FORM 600 BACK (REV. 5-8

R. 73

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|------|---------------------------------------------------------------------------|
| 0630 4-17-97 | 37 y/o black male |
| | S: Pt c/o chronically dry nose. NKDA. No current meds. PMH: noncontributory. |
| | O/A: Dry nasal membranes |
| | P: Pt Ed on chronicity of condition & prognosis, medication usage. |
| | RTC PRN |
| | Normal Saline prn #1, 2 RF |
| | Vaseline bid prn #1, 2 RF |
| | PCO — Pro |
| | **P. CLEMENS, PA** |
| 0910 4-28-97 | S: Pt c/o dry nose & sore feet. NKDA. Has tried NACl & vaseline. Chronic foot pain |
| | O: Dry nose. Bilateral bunions. Mild adducted toes |
| | A: Dry nose Bunions |
| | P: Pt Ed on etiology & tx understood. RTC in AM Create pouch to accommodate bunions. Size 13 W 735 shoes ordered. Bactracin Ointment bid |
| | PCO — Pro |
| | **P. CLEMENS, PA** |

NSN 7540-00-634-4176

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |

| | |
|---|---|
| 2-10-97 | > Call out for AIDS Test. |
| Cont'd | > Pt. educ on conditions + Rx. Counseling for HIV |
| | test done. Deny tatooing / drug use. |
| | EtOng PA |
| | **ONG, EDGARDO T., PA** |
| 3-03-97 | S: 39 y/o BM complains z recurrent sore in |
| 0830 | the umer mucosal region in the nose; bleeding when blowing |
| 190 lbs | O: > open sore in the (L) nostril, non floody; |
| | No crust noted; ↑ hair growth in the nostril |
| | making it hard to evaluate |
| | A: Infected nasal mucosa probably 2° to chronic |
| | irritation. r/o nasal polyp in pms. |
| ⊕ | P: > Dicloxacillin 500 mg. QID Rx # 28 o refill |
| | > D/C Aspirin |
| | > Pt educ as to condition / Rx |
| | > RTC when necessary or if sore persist |
| | after AB Rx. |
| | > Possible referral to otorENT  EtOng PA |
| | **ONG, EDGARDO T., PA** |
| 3/28/97 | Adm note: |
| 0900 | Released to inmate this date 4 copies of |
| | med. Data BP-362 dated 1/8/97, x-ray 1/21/97 |
| | + SF 600  1/8/97 to 2/10/97. |
| | Frank Hester MRAS |
| | Franklin J. Hester, MRAS |

PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint)

R. 75

USP LEWISBURG
HEALTH SERVICES UNIT
LEWISBURG, PA 17837

| RECORDS MAINTAINED AT: ▶ | | |
|---|---|---|
| PATIENT'S NAME (Last, First, Middle, initial) Tillman, Ronald | | SEX M |
| RELATIONSHIP TO SPONSOR | STATUS | RANK/GRADE |
| SPONSOR'S NAME | | ORGANIZATION |
| DEPART./SERVICE | SSN/IDENTIFICATION NO. 83373- | DATE OF BIRTH |

SENSITIVE
LIMITED OFFICIAL USE

CHRONOLOGICAL RECORD OF MEDICAL CARE    STANDARD FORM 600 (REV. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

NSN 7540-00-634-4176                                                                      600-10

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 1/8/97 2020 | S - This patient complained of much pain on the right Middle finger. Stated middle finger was smaller |
| | O - examination of the right Middle finger showed there is a slight swelling on the distal Metacarp - phalangeal joint, with slight bluish discoloration (?) |
| SHU 338 | Distal interphalangeal joint was slightly bent. |
| | A = r/o fracture, middle finger, right, distal portion |
| | P = ① X-ray of the right hand (done 1/8/97) pend reading by radiologist. Wet reading by PA Pharm showed comminuted Fx (?) distal right middle finger. |
| | ② motrin 800mg - T caps po tid P.C. X 5 days ## [?] Pt stated he has no Hx of PUD/gastralgia. NKDA |
| | ③ Immobilization |
| | ④ F/u by SHU PA |
| | ⑤ Inmate Injury Assessment and Follow-up √ Factora PA completed. |
| | Vicarthur R. Factora Physician Assistant |
| 1/09/97 0615 HRS | Adm. Note: Referred this case to Dr. Velasco - suggested only for immo - bilization no other else he can do. |
| | ALAMA, FERDINAND N., PA |
| | R. 76 |

SENSITIVE
LIMITED OFFICIAL USE

PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint)

| RECORDS MAINTAINED AT: | | |
|---|---|---|
| PATIENT'S NAME (Last, First, Middle Initial) TILLMAN Ronald | | SEX |
| RELATIONSHIP TO SPONSOR | STATUS | RANK/GRADE |
| SPONSOR'S NAME | | ORGANIZATION |
| DEPART./SERVICE | SSN/IDENTIFICATION NO. 853 75 - 071 | DATE OF BIRTH |

USP LEWISBURG
HEALTH SERVICES UNIT
LEWISBURG, PA 17837

CHRONOLOGICAL RECORD OF MEDICAL CARE

STANDARD FORM 600 (REV. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505



| DATE | SYMPTOM, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|------|---------|
| 1/27/97<br>SHU 317<br>1325 HRS. | S - Inmate Complains of Dandruff and is requesting Shampoo to use — for his scalp and hair<br>O - NAD, Ambulatory, Afebrile<br> — Dry scaly flakes on the scalp area and hair<br>A - S. Dermatitis<br>P - Coal tar Shampoo apply scalp area once/week #1<br> - Patients Education as to Etiology, Tx and Follow ups.<br> - Return to Clinic prn if S/S persist. |

ALAMA, FERDINAND N., PA

| 2-10-97<br>845<br>wt: 175 lbs | S: 38 y/o BM complains:<br>① middle finger ® - previous hx g" fracture on distal phalange.<br>② Bunion — refer to Paul Clemens for shoes<br>③ lump ® shoulder blade.<br>④ Request physical exam concern about hx cancer.<br>O: → middle finger still swollen + distal phalanges, bent.<br>→ toes, bilat. has nodular deposits,<br>→ Back (+) 2cm diam lump.<br>A → Injury to middle finger 2° to knocking down another inmate ~~cell mate~~ while in Rec area (Atlanta)<br>X ray in Lewisburg = FX (done 1/8/97)<br>→ Bunion, both feet<br>→ Lipoma, ® shoulder<br>P → Aspirin 2 tab TID c̄ food (w/o carbonate diuretic, caffeine) # 30   o refill.<br>→ refer to Mr. Clemens for shoe fitting<br>→ schedule for EXB z lump. |

NSN 7540-00-634-4176

600-10

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |

| | |
|---|---|
| 1/10/96<br>10⁰⁰ | Adm Note:<br>complete        MEDICAL RECORD RECEIVED AND REVIEWED   No Physical<br><br>_Franklin Hester_ MRAS<br>Franklin J. Hester, MRAS |
| 1-10-97<br>1255 | Received from _ATL_<br>Medical Records Reviewed<br>Chronic Care Clinic ____ Yes ✓ No<br>Continuation of Meds ____ Yes ✓ No    _Velasco_<br>Maximo R. Velasco Jr., M.D.<br>Medical Officer |

R. 78

PATIENT'S IDENTIFICATION *(Use this space for Mechanical Imprint)*

RECORDS MAINTAINED AT: ▶

| PATIENT'S NAME *(Last, First, Middle Initial)* | | SEX |
|---|---|---|
| Tillman, Ronald | | |
| RELATIONSHIP TO SPONSOR | STATUS | RANK/GRADE |
| SPONSOR'S NAME | SENSITIVE ORGANIZATION | |
| DEPART./SERVICE | SSN/IDENTIFICATION NO. | DATE OF BIRTH |

SENSITIVE OFFICIAL USE

CHRONOLOGICAL RECORD OF MEDICAL CARE   STANDARD FORM 600 (REV. 5-84)
Prescribed by GSA and ICMR

5

*LCW*

BP-S149.060 **MEDICAL RECORD OF FEDERAL PRISONER IN TRANSIT** CDFRM
JUL 96
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TB Clearance | |
|---|---|
| PPD Completed: _____ | |
| Date | |
| Results: _____ mm | |
| Interpreted as: _____ | |
| (Positive or Negative) | |
| CXR Completed: 1/3/97 | |
| (Date) | |
| Results: _____ | |
| Note: Date(s) listed above must be within one year of this transfer. | |

Name: TILLMAN, Ronald      Reg. No. 85375-071
Departed From: USP Atlanta      Date Departed: 1/6/97
Destination: Lew      Reason for Transfer: none medical
Name of Institution
Special Instructions: **Blood and Body Fluid Precautions**
See attach 600 for Result

Diagnoses: 1. E H m      4. _____
**No inmate may be transferred to any BOP facility unless either PPD or CXR results are satisfactory for medical clearance.**
2. _____      5. _____
3. _____      6. _____

**MEDICATION FOR CARE ENROUTE**

| Medication | Dose | Route | Instructions for Use (Include proper time for administering) | Stop |
|---|---|---|---|---|
| none | | | none | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| Signature of Certifying Medical Staff Member | Title | Date Signed |
|---|---|---|
| | Super PA | 1/3/97 |

**PROGRESS NOTES ENROUTE**

| Date | Time | Institution | Symptoms, Findings, Medications, Treatment, Order, Etc. |
|---|---|---|---|
| USP Lewisburg Inmate Received, this date ____ Medical History Reviewed Evidence Body Lice Yes ____ No ____ Medications Yes ____ No ____ | | 1/6/97 No ✓ No ✓ | M.Okoth - PA Jane F. Okoth Physician Assistant |

R. 79

Attach SF-600 if additional space is required.

SENSITIVE LIMITED OFFICIAL USE

Record copy - Transporting Officer; Copy - Health Record (Top page, Position one); Copy - Transferring institution

(This form may be replicated via WP)      This form replaces BP-149.060 and BP-S149.060 dtd Nov 1994

| MEDICAL RECORDS | CONSULTATION SHEET | |
|---|---|---|
| TO: ENT- DR HOBBS | FROM: (Requesting Clinician/Physician) Doctor Bussanich/ PA Bogler | DATE OF REQUEST 10-16-2000 |

**Chief Complaint:** "I HAVE THIS LUMP IN MY THROAT WHENEVER I SWALLOW ANYTHING"

**History of Present Illness:** *THIS IS A 43 Y/O INMATE WHO COMPLAINS OF A FULLNESS IN HIS THROAT WHEN HE SWALLOWS EITHER LIQUIDS OR SOLIDS, WHICH STARTED IN JULY OF THIS YEAR. HE DENIES LIQUIDS OR SOLIDS CATCHING IN HIS THROAT. HE ALSO STATES THERE HAS BEEN SOME CHANGES TO HIS VOICE IN THE LAST TWO MONTHS. A CT SCAN PERFORMED 10-4-2000 FAILED TO REVEAL"CERVICAL SOFT TISSUE MASSES, ABNORMAL CALCIFICATIONS. OR OTHER UNUSUAL COLLECTIONS". PLEASE EXAMINE AND MAKE TREATMENT RECOMMENDATIONS.*

**Significant Diagnostic Studies Done:** CT SCAN

**Summary of Prior Treatment for Present Condition:** NONE

**Effect condition has on Patient's Ability to Function in Correctional Environment:** NONE

**Current Medications:** NAPROXEN, ACTIFED

**Drug Allergies:** NKDA

**Other Significant Medical Condition:** ALLERGIC RHINITIS

**Primary Impression/Procedure Requested at this Time:** GLOBUS HYSTERICUS VS SOFT TISSUE MASS, PLEASE PERFORM LARYNGOSCOPY.

| DOCTOR'S SIGNATURE Anthony Bussanich, M.D. | APPROVAL DATE | TO BE SEEN NO LATER THAN: NOVEMBER 2000 |
|---|---|---|

## CONSULTANT SECTION

**SIGNIFICANT FINDINGS:**

Rt VC lesion →
Reg

**DIAGNOSIS:**

Rt VC lesion —
probable reflux

**TREATMENT:** (Whenever possible, provide recommendation which permit continued care of the inmate within the institution setting, and, if possible, by institution Staff.)

Needs BA-Swallow —
+ then Micro DLB/esophagoscopy

**Follow Up #1:** (Whenever possible, provide recommendation which permit continued care of the inmate within the institution setting, and, if possible, by institution Staff.)

Need to schedule BAS — r/o reflux
schedule for micro — direct
laryngoscopy + Bx of Rt VC, +
esophagoscopy
A Bussani MD
10/31

| TILLMAN, RONALD 85375-071 | | Anthony Bussanich, M.D. |
|---|---|---|
| SIGNATURE AND TITLE OF PROVIDER | DATE 10/31/00 | |
| DATE OF INCARCERATION | USP LEWISBURG, PA 17837 | CUSTODY LEVEL: |
| | Jon Hobbs | |

SENSITIVE LIMITED OFFICIAL USE

R. 80

EVANGELICAL COMMUNITY HOSPITAL
ONE HOSPITAL DRIVE, LEWISBURG, PA 17837
DIAGNOSTIC RADIOLOGY

| | |
|---|---|
| Name: TILLMAN, RONALD | Requisition # : 4326496 |
| Pt# : 4085310-O-OPR        MR# : 200029 | Location: |
| DOB: 09/11/1957    Age: 043Y Sex: M | Adm Dr: MISC, DOCTOR |
| Order D&T: 10/01/2000 10:57:20 | Ord Dr: MISC, DOCTOR |
| Sched D&T: 10/04/2000 08:30:00 | CC Phy: |
| Date Service Completed:  10/04/2000 | CC Phy: |
| Indication: X | CC Phy: |

*** Final Result ***

**CT SCAN NECK**

RONALD TILLMAN/ JOB # 181991/ EKB

UNENHANCED AND ENHANCED CERVICAL SPINE CT 10-4-00:

Preliminary helical 5 mm thick sections were obtained beginning at the thyroi
cartilage and extending inferiorly into the lung apices. Helical contiguous
5 mm thick sections were then performed from the skull base to the very
superior margin of the aortic arch.  There are no prior studies for compariso

The precontrast images show no evidence of thyroid enlargement, calcification
or mass. No other abnormal cervical soft tissue calcifications are identified

The postcontrast images show symmetric carotid and jugular vascular
enhancement. Thyroid enhancement is also uniform. No thyroid masses or
enlargement are identified. No other cervical soft tissue masses, adenopathy,
or abnormal collections are identified. No lesions in visualized portions of
the superior mediastinum are identified.

IMPRESSION: NO MASS, CALCIFICATION,  OR OTHER ABNORMAL LESIONS OF THE THYROI
GLAND ARE IDENTIFIED. NO CERVICAL SOFT TISSUE MASSES, ABNORMAL CALCIFICATIONS
OR OTHER UNUSUAL COLLECTIONS ARE IDENTIFIED.

JSO:JSO                    Electronically signed by:

10/06/2000 at 17:42:01      JAMES S O'BRIEN, MD      SENSITIVE  10/06/2000 17:42

LIMITED OFFICIAL USE

12/03/2000  17:13   7175245737                         PAGE  01
NOV-30-2000  08:30      USP LEWISBURG    MEDICAL PARK EN    570 522 7722   P.02

| MEDICAL RECORDS | CONSULTATION SHEET | |
|---|---|---|
| TO: DR. HOBBS- OUTSIDE | FROM: (Requesting Clinician/Physician) Doctor Bussanich/ PA Boglar | DATE OF REQUEST 10-31-2000 |

**Chief Complaint:** THIS IS A 43 YEAR OLD INMATE WHO COMPLAINS OF A FULLNESS IN HIS THROAT WHEN HE SWALLOWS EITHER LIQUIDS OR SOLIDS X 4 MONTHS. HE WAS SEEN BY YOU ON 10-31-2000 IN YOUR OFFICE WHEN YOU COMMENDED A BARIUM SWALLOW TO R/O REFLUX FOLLOWED BY MICRO-DIRECT LARYNGOSCOPY WITH BIOPSY OF A LESION ON THE RIGHT VOCAL CORDS, AND ALSO ESOPHAGOSCOPY.

**History of Present Illness:** AS ABOVE
**Significant Physical Examination Findings:**
**Significant Diagnostic Studies Done:** CT SCAN 10-4-2000
**Summary of Prior Treatment for Present Condition:** NONE
**Effect condition has on Patient's Ability to Function in Correctional Environment:** NONE
**Current Medications:** NAPROXEN, ACTIFED
**Drug Allergies:** NKDA
**Other Significant Medical Condition:** ALLERGIC RHINITIS
**Primary Impression/Procedure Requested at this Time:** RIGHT VOCAL CORD LESION, R/O REFLUX.  PLEASE PERFORM A MICRO- DIRECT LARYNGOSCOPY, BIOPSY OF RIGHT VOCAL CORD LESION, AND ESOPHAGOSCOPY

| DOCTOR'S SIGNATURE: | APPROVAL DATE | TO BE SEEN NO LATER THAN: DECEMBER 2000 AFTER BARIUM |
|---|---|---|
| Anthony Bussanich, M.D. | | SWALLOW COMPLETED |

### CONSULTANT SECTION

**SIGNIFICANT FINDINGS:** BAS — with small Sliding Hiatal Hernia + some reflux

**DIAGNOSIS:** Reflux

**TREATMENT:** (Whenever possible, provide recommendation which permit continued care of the inmate within the institution setting, and, if possible, by institution Staff.)
Prevacid 30mg qd, and Needs to have micro laryngoscopy and bx of Rt VC lesion, and esophagoscopy

**Follow Up #1:** (Whenever possible, provide recommendation which permit continued care of the inmate within the institution setting, and, if possible, by institution Staff.)

R. 82

| TILLMAN, RONALD 85375-071 | Dan Hobbs MD  USP LEWISBURG, PA 17837    523-1163 |
|---|---|

Bussanich 12/9/00

Anthony Bussanich, M.D.

SENSITIVE
LIMITED OFFICIAL USE

| MEDICAL RECORDS | CONSULTATION SHEET | |
|---|---|---|
| TO: RADIOLOGY | FROM: (Requesting Clinician/Physician) Doctor Bussanich/ PA Bogler | DATE OF REQUEST 10-31-2000 |

**Chief Complaint: THIS IS A 43 YEAR OLD INMATE WHO COMPLAINS OF A FULLNESS IN HIS THROAT WHEN HE SWALLOWS EITHER LIQUIDS OR SOLIDS X 4 MONTHS. HE WAS SEEN BY ENT ON 10-31-2000 WHO WANT TO R/O GERD. THEY RECOMMENDED A BARIUM SWALLOW TO R/O REFLUX.**

**History of Present Illness:** *AS ABOVE*

Significant Physical Examination Findings*:*

**Significant Diagnostic Studies Done: CT SCAN 10-4-2000**

**Summary of Prior Treatment for Present Condition: NONE**

**Effect condition has on Patient's Ability to Function in Correctional Environment: NONE**

**Current Medications: NAPROXEN, ACTIFED**

**Drug Allergies: NKDA**

**Other Significant Medical Condition: ALLERGIC RHINITIS**

**Primary Impression/Procedure Requested at this Time: RIGHT VOCAL CORD LESION, R/O REFLUX. PLEASE PERFORM A BARIUM SWALLOW**

| DOCTOR'S SIGNATURE *Anthony Bussanich, M.D.* | APPROVAL DATE | TO BE SEEN NO LATER THAN: NOVEMBER 2000 |
|---|---|---|

### CONSULTANT SECTION

SIGNIFICANT FINDINGS:

*report to follow*

*N. Kaut MD*

DIAGNOSIS:

*Anthony Bussanich, M.D.*
*1/20/01*

TREATMENT: (Whenever possible, provide recommendation which permit continued care of the inmate within the institution setting, and, if possible, by institution Staff.)

Follow Up #1: (Whenever possible, provide recommendation which permit continued care of the inmate within the institution setting, and, if possible, by institution Staff.)

| SIGNATURE AND TITLE OF PROVIDER | DATE |
|---|---|
| DATE OF INCARCERATION | USP LEWISBURG, PA 17837 | CUSTODY LEVEL: |

SENSITIVE LIMITED OFFICIAL

PATIENT'S IDENTIFICATION:
TILLMAN, RONALD    85375-071

CONSULTATION SHEET
STANDARD FORM 513 (Rev 3/99)

R. 83

ODS

**Evangelical Community Hospital**

ONE HOSPITAL DRIVE
LEWISBURG, PA 17837

**MEDICAL PARK EAR NOSE & THROAT**
**PATIENT INSTRUCTION SHEET**

PATIENT'S NAME _____

    The following is a listing of Patient Instructions. The paragraph which applies to you has been checked. Please read and follow all instructions carefully. If you have any problems or questions, please call the office at 523-1163. If it is after hours and your call is not returned within 30 minutes, call again.

## DIET
- ☐ Begin with cool fully liquid substances and advance as desired, but *DO NOT* eat or drink anything hot. Warm liquids are permissible.
- ☐ Eat only soft foods — anything that can be mashed with a fork.
- ☑ May have your usual diet.
- ☐ Other _____

## ACTIVITY
- ☐ Do not blow nose, may sniff back. Sneeze with mouth open.
- ☐ Do not talk — please write all communications.
- ☐ May talk in normal conversation — no yelling or singing.
- ☐ Lift less than 25 lbs.
- ☐ Light household chores.
- ☐ Keep pad on nose for _____ hours.
- ☐ May resume sexual intercourse in _____ days.
- ☑ Normal, ~~&~~

## BATHING
- ☐ May wash hair in sink with help.
- ☑ May shower.
- ☐ Only tub bath — keep area clean and dry.
- ☐ Place cotton covered with Vaseline in ears at bath time till seen in follow-up.

## WOUND CARE
- ☐ Clean area with Hydrogen Peroxide and Q-Tips once a day.
- ☐ Apply Bacitracin ointment _____.
- ☐ No dressing necessary.
- ☐ Change bandage as needed.
- ☐ Purchase dressing at pharmacy and change as needed.
- ☐ Keep nasal splint on and attempt to keep dry.

## RETURN VISIT  Will be notified if follow up visit necessary
- ☐ Call office as soon as possible to schedule appointment in _____ days, or _____ week(s).

## EMPLOYMENT
- ☐ Expect to return to work / school in _____ days / weeks.
- ☐ No gym class for _____ days / weeks.

## MEDICATIONS
- ☐ Ocean nasal spray. (3) sprays each side of nose and sniff back. Repeat 6-10 times daily.
- ☑ Tylenol — appropriate dose per age, every four (4) hours as needed for pain.   **R. 84**
- ☐ Darvocet N 100 — one (1) tablet every four (4) hours as needed for pain.
- ☐ Tylenol with Codeine Elixer: take _____ teaspoons every 4 hours as needed for pain.
- ☐ Pediotic ear drops, place 2 drops each ear three times a day while drainage is observed. Drops are not necessary if no drainage is observed.
- ☐ Other: _____

## MISCELLANEOUS

_____

_____
(Parent's or Responsible Party's signature)

_____
Physician    Date

SENSITIVE
LIMITED OFFICIAL USE

| RECORDS | CONSULTATION SHEET | |
|---|---|---|
| TO: HOBBS- OUTSIDE | FROM: (Requesting Clinician/Physician) Doctor Bussanich/ PA Bogler | DATE OF REQUEST 10-31-2000 |

**Chief Complaint: THIS IS A 43 YEAR OLD INMATE WHO COMPLAINS OF A FULLNESS IN HIS THROAT WHEN HE SWALLOWS EITHER LIQUIDS OR SOLIDS X 4 MONTHS. HE WAS SEEN BY YOU ON 10-31-2000 IN YOUR OFFICE WHEN YOU COMMENDED A BARIUM SWALLOW TO R/O REFLUX FOLLOWED BY MICRO-DIRECT LARYNGOSCOPY WITH BIOPSY OF A LESION ON THE RIGHT VOCAL CORDS, AND ALSO ESOPHAGOSCOPY.**

**History of Present Illness:** *AS ABOVE*

Significant Physical Examination Findings:

**Significant Diagnostic Studies Done: CT SCAN 10-4-2000**

**Summary of Prior Treatment for Present Condition: NONE**

**Effect condition has on Patient's Ability to Function in Correctional Environment: NONE**

**Current Medications: NAPROXEN, ACTIFED**

**Drug Allergies: NKDA**

**Other Significant Medical Condition: ALLERGIC RHINITIS**

**Primary Impression/Procedure Requested at this Time:RIGHT VOCAL CORD LESION, R/O REFLUX.  PLEASE PERFORM A MICRO- DIRECT LARYNGOSCOPY, BIOPSY OF RIGHT VOCAL CORD LESION, AND ESOPHAGOSCOPY**

| DOCTOR'S SIGNATURE: | APPROVAL DATE | TO BE SEEN NO LATER THAN: **DECEMBER 2000 AFTER BARIUM** |
|---|---|---|
| Anthony Bussanich, M.D. | | **SWALLOW COMPLETED** |

## CONSULTANT SECTION

SIGNIFICANT FINDINGS:

DIAGNOSIS:

TREATMENT: (Whenever possible, provide recommendation which permit continued care of the inmate within the institution setting, and, if possible, by institution Staff.)

Follow Up #1: (Whenever possible, provide recommendation which permit continued care of the inmate within the institution setting, and, if possible, by institution Staff.)

SENSITIVE
LIMITED OFFICIAL USE

| TILLMAN, RONALD 85375-071 | USP LEWISBURG, PA 17837 |
|---|---|

R. 85

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

RONALD TILLMAN,                     :
       Plaintiff           :
                                :
        v.                  :      Civil No. 1:CV-00-2041
                                :      (Caldwell, J.)
DONALD ROMINE, et al.,              :
       Defendants          :

### CERTIFICATE OF SERVICE BY MAIL

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion as to be competent to serve papers.

That on June 20, 2001, she served a copy of the attached

**RECORD TO BRIEF IN SUPPORT OF THE DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT**

by placing said copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Harrisburg, Pennsylvania.

Addressee:

Ronald Tillman
Reg. No. 85375-071
FCI Edgefield
P.O. Box 724
Edgefield, S.C.   28824

SHELLEY Z. GRANT
Paralegal Specialist