*see att*

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

Ronald S. Tillman,                :
                                  :
         Plaintiff                :
                                  :    CIVIL NO. 1:CV-00-2041
    v.                            :
                                  :    (Judge Caldwell)
Donald Romine, et. al,            :
                                  :
         Defendants               :

ORDER

FILED
HARRISBURG, PA
JUN 2 5 2001
MARY E. D'ANDREA, CLE[RK]
PER _____ DEPUTY CLERK

AND NOW, this 25th day of June, 2001, upon consideration of plaintiff Tillman's Motion for Enlargement of Time within which to file an opposition to Defendants' Motion for Summary Judgment, it is ORDERED that the motion (doc 24) is granted. Plaintiff Tillman shall file a response in opposition to Defendants' Motion for Summary Judgment on or before July 23, 2001.

_____
WILLIAM W. CALDWELL
United States District Judge

AO 72A

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

June 25, 2001

Re:  1:00-cv-02041   Tillman v. Romine

True and correct copies of the attached were mailed by the clerk to the following:

Ronald S. Tillman
FCI-EDGEFIELD
85375-071
501 Gary Hill Road
Edgefield, SC  29824

Kate L. Mershimer, Esq.
U.S. Attorneys Office
Room 217, Federal Bldg.
228 Walnut St.
Harrisburg, Pa  17108

```
cc:
Judge                           ( /)            ( /) Pro Se Law Clerk
Magistrate Judge                ( )             ( ) INS
U.S. Marshal                    ( )             ( ) Jury Clerk
Probation                       ( )
U.S. Attorney                   ( )
Atty. for Deft.                 ( )
Defendant                       ( )
Warden                          ( )
Bureau of Prisons               ( )
Ct Reporter                     ( )
Ctroom Deputy                   ( )
Orig-Security                   ( )
Federal Public Defender         ( )
Summons Issued                  ( ) with N/C attached to complt. and served by:
                                    U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5             ( )
Order to Show Cause             ( ) with Petition attached & mailed certified mail
                                    to: US Atty Gen  ( )    PA Atty Gen  ( )
                                        DA of County ( )    Respondents  ( )
Bankruptcy Court                ( )
Other_____      ( )
```

MARY E. D'ANDREA, Clerk

DATE: _____6/25/01_____     BY: ___/s/___
                                    Deputy Clerk