

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

SUMMONS IN A CIVIL ACTION

Tillman
                Plaintiff
        V.
                                CASE NUMBER: 1:00-cv-02041

Romine
            Defendant
                                        /
_____

TO:
        (SEE COMPLAINT)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court
and serve upon

Plaintiff's Attorney:

    Ronald S. Tillman
    USP-LEWISBURG
    #85375-071
    P. O. Box 1000
    Lewisburg, PA  17837

an answer to the complaint which is herewith served upon you, within
(60) SIXTY DAYS after service of this summons upon you, exclusive of the
day of service.  If you fail to do so, judgment by default will be taken
against you for the relief demanded in the complaint.

MARY E. D'ANDREA, Clerk

BY: _____
    Deputy Clerk

                                DATE: January 12, 2001

RETURN OF SERVICE - Case #1:00-cv-02041

| | |
|---|---|
| Service of the Summons and Complaint was made by me * | DATE |
| NAME OF SERVER (Print) | TITLE |

Check one box below to indicate method of service

|‾| Served personally upon the defendant.  Place where served:

_____

|‾| Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

_____

|‾| Returned unexecuted: _____

_____

_____

|‾| Other (specify): _____

_____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
            Date                        Signature of Server

                                        _____
                                        Address of Server

*) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

SUMMONS IN A CIVIL ACTION

PARTIES FOR CASE #1:00-cv-02041

Ronald S. Tillman
           plaintiff

           v.

Donald Romine
           defendant
Tom Sniezek
           defendant
Louis Lopez
           defendant
A. W. Alexander
           defendant
A. Whitecavage
           defendant
Romeo Bone
           defendant
A. Rowe
           defendant
Kieth Koncur
           defendant
FNU. Hamilton
           defendant
D. Eichner
           defendant
D. Greene
           defendant
Edward Sobeleski
           defendant
FNU. Lutz
           defendant
R. Frasch
           defendant
FNU. Kratzer
           defendant
FNU. Hagenbuch
           defendant
W. L. Robey
           defendant

**U.S. Department of Justice**
**United States Marshals Service**

## PROCESS RECEIPT AND RETURN
*See Instructions for "Service of Process by the U.S. Marshal"*
*on the reverse of this form.*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Tillman | CV-00-204 |
| DEFENDANT | TYPE OF PROCESS |
| Romine | Sum |

**SERVE** ➤ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
U. S. Attorney

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT** Williamsport PA

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

| | |
|---|---|
| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service*):
Fold                                                                                                           Fold

Signature of Attorney or other Originator requesting service on behalf of: ☐ PLAINTIFF  ☐ DEFENDANT | TELEPHONE NUMBER | DATE

---

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (*Sign only first USM 285 if more than one USM 285 is submitted*) | Total Process | District of Origin No. 07 | District to Serve No. 07 | Signature of Authorized USMS Deputy or Clerk  Q. Lavelle | Date 2/2/01 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (*See remarks below*)

| Name and title of individual served (*if not shown above*)  MICHELLE LINCALIS - PARALEGAL | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (*complete only if different than shown above*) | Date of Service | Time  2-5-2001  1:00 pm |
| | Signature of U.S. Marshal or Deputy |

FILED
SCRANTON
JUN 2001
PER
DEPUTY CLERK

| Service Fee 45.00 | Total Mileage Charges (*including endeavors*) ∅ | Forwarding Fee ∅ | Total Charges 45.00 | Advance Deposits | Amount owed to U.S. Marshal or 45.00 | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:
2/5 START 12:55 pm, 10USM
END 1:05 pm

---

PRIOR EDITIONS | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80)

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal"*
*on the reverse of this form.*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Gillman | CV-00-2041 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Romine | S&C |

**SERVE** ➤ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

*Attorney General*

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

*Washington, DC 20530*

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Number of process to be served with this Form - 285

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

*The Attorney General*
*D of J*
*Washington, DC 20530*

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)    B. Date of Delivery

C. Signature
X    DEPARTMENT OF JUSTICE    ☐ Agent    ☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

FEB 6 2001

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Copy from service label)
7000 0520 0022 3037 3471

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952

---

Number of parties to be served in this case

TELEPHONE NUMBER    DATE

(Sign only first USM 285 if more than one USM 285 is submitted)

No. 67   No. 67   Y. Danielle    00-2041

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)    ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)    Date of Service  2/6/01    Time

Signature of U.S. Marshal or Deputy
Y. Danielle

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 8.00 | | | 8.00 | | FILED SCRANTON | |

REMARKS:

JUN 2 2001

PER _____
DEPUTY CLERK



**U.S. Department of Justice**

Federal Bureau of Prisons

*U.S. Penitentiary*

Lewisburg, PA 17837

February 9, 2001

Andrea Lavelle
U. S. Marshalls
Post Office Box 310
Scranton, Pennsylvania 18501

RE:    TILLMAN v. ROMINE
       M.D. Pa. Civil No. 1:CV-00-2041

Dear Andrea::

We have received the "Notice Of Lawsuit And Request For Waiver Of Service" regarding the above named lawsuit.   There are 18 defendants named in this case, including A. Rowe, Correctional Officer.  We are unable to deliver the enclosed waiver to A. Rowe, Correctional Officer due to the fact that there are two individuals working as Correctional Officers with the name A. Rowe. Once the individual is identified we will deliver the waiver.

Thank you for your time in this matter.

Sincerely,

**D. WEBER**
FOIA Coordinator

# WAIVER OF SERVICE OF SUMMONS

**TO:** _Ronald S. Gillman_

           **(Name of plaintiff's attorney or pro se plaintiff)**

I acknowledge receipt of your request that I waive service of a summons in the action

of _Gillman_        vs _Romine_

_____, which is case number _OO – 2041_ in the

United States District Court for the Middle District of Pennsylvania. I have also received
a copy of the complaint in the action, two copies of this instrument and a means by which
I can return the signed waiver to you without cost to me.

    I agree to save the cost of service of a summons and an additional copy of the
complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am
acting) be served with judicial process in the manner provided by Rule 4.

    I (or the entity on whose behalf I am acting) will retain all defenses or objections to the
lawsuit or to the jurisdiction or venue of the court except for objections based on a defect
in the summons or in the service of the summons.

    I understand that a judgement may be entered against me (or the party on whose behalf
I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days
after _2-2-01_ (date request was sent), or within 90 days after that
date if the request was sent outside the United States.

_3/14/01_
DATE                         SIGNATURE

Printed/typed name: R. Bone

    Title if any: Correctional Officer

Address of Person signing: USP Lewisburg

                           RD#5

                           Lewisburg, PA 17837

FILED
SCRANTON

JUN 2 8 2001

PER
DEPUTY CLERK

Party you represent: _____

# WAIVER OF SERVICE OF SUMMONS

TO: _Ronald L. Tillman_
**(Name of plaintiff's attorney or pro se plaintiff)**

I acknowledge receipt of your request that I waive service of a summons in the action

of _Tillman_ VS _Romine_

_____, which is case number _OO - 2041_ in the

United States District Court for the Middle District of Pennsylvania. I have also received
a copy of the complaint in the action, two copies of this instrument and a means by which
I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the
complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am
acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the
lawsuit or to the jurisdiction or venue of the court except for objections based on a defect
in the summons or in the service of the summons.

I understand that a judgement may be entered against me (or the party on whose behalf
I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days
after _2-2-01_ (date request was sent), or within 90 days after that
date if the request was sent outside the United States.

_2-27-01_                    _Keith Koncir_
DATE                          SIGNATURE

Printed/typed name: _____ Keith Koncir _____

Title if any: _____ Correctional Officer _____

Address of Person signing:_____ USP Lewisburg _____

_____ RD#5 _____

FILED
SCRANTON

JUN 28 2001

_____ Lewisburg, PA 17837 _____ PER _____

DEPUTY CLERK

Party you represent: _____

# WAIVER OF SERVICE OF SUMMONS

TO: _Ronald L. Tillman_
### (Name of plaintiff's attorney or pro se plaintiff)

I acknowledge receipt of your request that I waive service of a summons in the action

of _Tillman_ _____ vs _Romine_

_____ , which is case number _00-2041_ in the

United States District Court for the Middle District of Pennsylvania. I have also received
a copy of the complaint in the action, two copies of this instrument and a means by which
I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the
complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am
acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the
lawsuit or to the jurisdiction or venue of the court except for objections based on a defect
in the summons or in the service of the summons.

I understand that a judgement may be entered against me (or the party on whose behalf
I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days
after _2-2-01_ (date request was sent), or within 90 days after that
date if the request was sent outside the United States.

_2-22-01_ _____
DATE                                    SIGNATURE

Printed/typed name: _____ F. Hagenbuch _____

Title if any: _____ Correctional Officer _____

Address of Person signing: _____ USP Lewisburg _____

            RD#5

            Lewisburg, PA 17837

Party you represent: _____

FILED
SCRANTON

JUN 2 200

PER _____
DEPUTY CLERK

# WAIVER OF SERVICE OF SUMMONS

TO: _Ronald L. Tillman_____
### (Name of plaintiff's attorney or pro se plaintiff)

I acknowledge receipt of your request that I waive service of a summons in the action

of ___Tillman_____ vs _Romine___

_____, which is case number _00 - 2041_ in the

United States District Court for the Middle District of Pennsylvania. I have also received a copy of the complaint in the action, two copies of this instrument and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgement may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after __2-2-01_____ (date request was sent), or within 90 days after that date if the request was sent outside the United States.

___3-2-01_____          _____D.P.G._____
      DATE                              SIGNATURE

Printed/typed name: _____D. Greene_____

   Title if any: _____Correctional Officer_____

Address of Person signing: _____USP Lewisburg_____

                        _____RD#5_____

                        _____Lewisburg, PA 17837_____

Party you represent: _____

FILED
SCRANTON

JUN 2 8 2001

PER_____

DEPUTY CLERK

# WAIVER OF SERVICE OF SUMMONS

TO: _Ronald S. Gillman_
(Name of plaintiff's attorney or pro se plaintiff)

I acknowledge receipt of your request that I waive service of a summons in the action

of _Gillman_ vs _Romine_

_____, which is case number _OO - 2041_ in the

United States District Court for the Middle District of Pennsylvania. I have also received
a copy of the complaint in the action, two copies of this instrument and a means by which
I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the
complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am
acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the
lawsuit or to the jurisdiction or venue of the court except for objections based on a defect
in the summons or in the service of the summons.

I understand that a judgement may be entered against me (or the party on whose behalf
I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days
after _2-2-01_ (date request was sent), or within 90 days after that
date if the request was sent outside the United States.

_____          _____
DATE                                        SIGNATURE

Printed/typed name: _____ W. Sobleskie _____

Title if any: _____ Correctional Officer

Address of Person signing: _____ USP Lewisburg

_____ RD#5

_____ Lewisburg, PA 17837

Party you represent: _____

FILED
SCRANTON

JUN 2 8 2001

PER _____

DEPUTY CLERK

## WAIVER OF SERVICE OF SUMMONS

TO: _Ronald L. Gillman_
(Name of plaintiff's attorney or pro se plaintiff)

I acknowledge receipt of your request that I waive service of a summons in the action

of _Gillman_ vs _Romine_

_____ , which is case number _00 - 2041_ in the

United States District Court for the Middle District of Pennsylvania. I have also received
a copy of the complaint in the action, two copies of this instrument and a means by which
I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the
complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am
acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the
lawsuit or to the jurisdiction or venue of the court except for objections based on a defect
in the summons or in the service of the summons.

I understand that a judgement may be entered against me (or the party on whose behalf
I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days
after _2-2-01_ (date request was sent), or within 90 days after that
date if the request was sent outside the United States.

_2/15/01_                    _[signature]_
DATE                         SIGNATURE

Printed/typed name: _____ A. W. Alexander _____

    Title if any: _____ Unit Manager _____          FILED
                                                          SCRANTON
                          USP Lewisburg
Address of Person signing:_____          JUN 2 8 2001

                          RD#5                  PER _____
                          Lewisburg, PA 17837        DEPUTY CLERK

Party you represent: _____

## WAIVER OF SERVICE OF SUMMONS

TO: _Ronald S. Gillman_
(Name of plaintiff's attorney or pro se plaintiff)

I acknowledge receipt of your request that I waive service of a summons in the action

of _Gillman_ vs _Romine_

_____ , which is case number _OO - 2041_ in the

United States District Court for the Middle District of Pennsylvania. I have also received
a copy of the complaint in the action, two copies of this instrument and a means by which
I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the
complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am
acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the
lawsuit or to the jurisdiction or venue of the court except for objections based on a defect
in the summons or in the service of the summons.

I understand that a judgement may be entered against me (or the party on whose behalf
I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days
after _2-2-01_ (date request was sent), or within 90 days after that
date if the request was sent outside the United States.

_2/16/01_
DATE

_____
SIGNATURE

Printed/typed name: ___ A. Whitecavage _____

Title if any: ___ Correctional Officer ____ FILED
SCRANTON
Address of Person signing: ___ USP Lewisburg ____
JUN 2 200

___ RD#5 ____
PER _____
___ Lewisburg, PA 17837 ____ DEPUTY CLERK

Party you represent: _____

# WAIVER OF SERVICE OF SUMMONS

TO: *Ronald L. Gillman*
### (Name of plaintiff's attorney or pro se plaintiff)

I acknowledge receipt of your request that I waive service of a summons in the action

of *Gillman* vs *Romine*

_____, which is case number OO – 2041 in the

United States District Court for the **Middle District of Pennsylvania.** I have also received
a copy of the complaint in the action, two copies of this instrument and a means by which
I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the
complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am
acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the
lawsuit or to the jurisdiction or venue of the court except for objections based on a defect
in the summons or in the service of the summons.

I understand that a judgement may be entered against me (or the party on whose behalf
I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days
after 2-2-01 (date request was sent), or within 90 days after that
date if the request was sent outside the United States.

2-23-01
DATE

SIGNATURE

Printed/typed name: _____ L. Lopez

Title if any: _____ Associate Warden

Address of Person signing: _____ FCI Tallega

565 Renfroe Road

Talladega, AL 35160

Party you represent: _____ USP Lewisburg

FILED
SCRANTON

JUN 2 8 2001

PER _____
DEPUTY CLERK

# WAIVER OF SERVICE OF SUMMONS

TO: _Ronald L. Lillman_
**(Name of plaintiff's attorney or pro se plaintiff)**

I acknowledge receipt of your request that I waive service of a summons in the action

of _Lillman_ vs _Romine_

_____, which is case number _OO - 2041_ in the

United States District Court for the Middle District of Pennsylvania. I have also received
a copy of the complaint in the action, two copies of this instrument and a means by which
I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the
complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am
acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the
lawsuit or to the jurisdiction or venue of the court except for objections based on a defect
in the summons or in the service of the summons.

I understand that a judgement may be entered against me (or the party on whose behalf
I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days
after _2-2-01_ (date request was sent), or within 90 days after that
date if the request was sent outside the United States.

_2-27-01_                    _R. Frasch_
DATE                         SIGNATURE

Printed/typed name: _____R. Frasch_____

Title if any: _____Correctional Officer_____

Address of Person signing: _____USP Lewisburg_____

_____RD#5_____

_____Lewisburg, PA 17837_____

FILED
SCRANTON

JUN 2 200~

PER _____
DEPUTY CLERK

Party you represent: _____

# WAIVER OF SERVICE OF SUMMONS

TO: *Ronald L. Gillman*

(Name of plaintiff's attorney or pro se plaintiff)

I acknowledge receipt of your request that I waive service of a summons in the action

of *Gillman* VS *Romine*

_____ , which is case number *OO - 2041* in the

United States District Court for the Middle District of Pennsylvania. I have also received a copy of the complaint in the action, two copies of this instrument and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgement may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after *2-2-01* (date request was sent), or within 90 days after that date if the request was sent outside the United States.

_____*2-27-01*_____          _____*Joseph Roy*_____
DATE                          SIGNATURE

Printed/typed name: _____ J. Lutz _____

Title if any: _____ Correctional Officer _____    FILED
                                                   SCRANTON
Address of Person signing: _____ USP Lewisburg _____
                                                   JUN 2 8 2001
                           RD#5
                                              PER _____
                           Lewisburg, PA 17837      DEPUTY CLERK

Party you represent: _____

# WAIVER OF SERVICE OF SUMMONS

**TO:** _Ronald S. Gillman_

(Name of plaintiff's attorney or pro se plaintiff)

I acknowledge receipt of your request that I waive service of a summons in the action

of _Gillman_ vs _Romine_

_____, which is case number _00 - 2041_ in the

United States District Court for the Middle District of Pennsylvania. I have also received
a copy of the complaint in the action, two copies of this instrument and a means by which
I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the
complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am
acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the
lawsuit or to the jurisdiction or venue of the court except for objections based on a defect
in the summons or in the service of the summons.

I understand that a judgement may be entered against me (or the party on whose behalf
I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days
after _2-2-01_ (date request was sent), or within 90 days after that
date if the request was sent outside the United States.

_2-21-01_                         _D. Eichner_
DATE                                    SIGNATURE

Printed/typed name: _D. Eichner_

Title if any: _Correctional Officer_

Address of Person signing: _USP Lewisburg_

_RD#5_

_Lewisburg, PA 17837_

FILED
SCRANTON

JUN 2 8 2001

PER _____ DEPUTY CLERK

Party you represent: _____

# WAIVER OF SERVICE OF SUMMONS

**TO:** _Ronald L. Tillman_____
**(Name of plaintiff's attorney or pro se plaintiff)**

I acknowledge receipt of your request that I waive service of a summons in the action

of _Tillman_____ vs _Romine_____

_____, which is case number _00 - 2041_ in the

United States District Court for the **Middle** District of **Pennsylvania**. I have also received
a copy of the complaint in the action, two copies of this instrument and a means by which
I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the
complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am
acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the
lawsuit or to the jurisdiction or venue of the court except for objections based on a defect
in the summons or in the service of the summons.

I understand that a judgement may be entered against me (or the party on whose behalf
I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days
after _2-2-01_____ (date request was sent), or within 90 days after that
date if the request was sent outside the United States.

_____3/12/01_____          _____
DATE                                        SIGNATURE

Printed/typed name: _____M. Kratzer_____

   Title if any: _____Correctional Officer_____

Address of Person signing: _____USP Lewisburg_____

_____RD#5_____                    FILED
                                                                    SCRANTON

_____Lewisburg, PA 17837_____          JUN 2? 2001
                                                             PER _____
                                                                    DEPUTY CLERK

Party you represent: _____

# WAIVER OF SERVICE OF SUMMONS

TO: _Ronald L. Gillman_

(Name of plaintiff's attorney or pro se plaintiff)

I acknowledge receipt of your request that I waive service of a summons in the action

of _Gillman_ vs _Romine_

_____, which is case number _OO - 2041_ in the

United States District Court for the Middle District of Pennsylvania. I have also received a copy of the complaint in the action, two copies of this instrument and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgement may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after _2-2-01_ (date request was sent), or within 90 days after that date if the request was sent outside the United States.

_2-28-01_                                        _R. Hamilton_
DATE                                                SIGNATURE

Printed/typed name: ___R. Hamilton___

Title if any: ___Correctional Officer___          FILED
                                                    SCRANTON

Address of Person signing: ___USP Lewisburg___     JUN 2 8 2001

___RD#5___

___Lewisburg, PA 17837___          PER _____
                                          DEPUTY CLERK

Party you represent: _____

# WAIVER OF SERVICE OF SUMMONS

**TO:** _Ronald L. Tillman_
(Name of plaintiff's attorney or pro se plaintiff)

I acknowledge receipt of your request that I waive service of a summons in the action

of _Tillman_ vs _Romine_

_____ , which is case number _OO - 2041_ in the

United States District Court for the **Middle District of Pennsylvania**. I have also received
a copy of the complaint in the action, two copies of this instrument and a means by which
I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the
complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am
acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the
lawsuit or to the jurisdiction or venue of the court except for objections based on a defect
in the summons or in the service of the summons.

I understand that a judgement may be entered against me (or the party on whose behalf
I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days
after _2-2-01_ (date request was sent), or within 90 days after that
date if the request was sent outside the United States.

_MARCH 22, 2001_                              _Wesley L Robey_
DATE                                          SIGNATURE

Printed/typed name: _____ W. Robey _____

Title if any: _____ Correctional Officer _____

Address of Person signing: _____ USP Lewisburg _____

_____ RD#5 _____

_____ Lewisburg, PA 17837 _____

Party you represent: _____

FILED
SCRANTON
JUN 28 2001
PER _____ DEPUTY CLERK

# WAIVER OF SERVICE OF SUMMONS

TO: _Ronald S. Tillman_

(Name of plaintiff's attorney or pro se plaintiff)

I acknowledge receipt of your request that I waive service of a summons in the action

of _Tillman_ VS _Romine_

_____, which is case number _OO - 2041_ in the

United States District Court for the Middle District of Pennsylvania. I have also received a copy of the complaint in the action, two copies of this instrument and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgement may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after _2-2-01_ (date request was sent), or within 90 days after that date if the request was sent outside the United States.

_2/15/01_
DATE

_T. R. Amngk_
SIGNATURE

Printed/typed name: _T. R. Sniezek_

Title if any: _Associate Warden_

Address of Person signing: _USP Lewisburg_

_RD#5_

_Lewisburg, PA 17837_

Party you represent: _____

FILED
SCRANTON

JUN 23 2001

PER _____ DEPUTY CLERK

# WAIVER OF SERVICE OF SUMMONS

**TO:** _Ronald S. Tillman_
(Name of plaintiff's attorney or pro se plaintiff)

I acknowledge receipt of your request that I waive service of a summons in the action

of _Tillman_ VS _Romine_

_____, which is case number _OO - 2041_ in the

United States District Court for the **Middle District of Pennsylvania**. I have also received a copy of the complaint in the action, two copies of this instrument and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgement may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after _2-2-01_ (date request was sent), or within 90 days after that date if the request was sent outside the United States.

_6/19/01_                                    _(signature)_
DATE                                          SIGNATURE

Printed/typed name: _____D. Romine_____

Title if any: _____Warden_____

Address of Person signing: _____USP Lewisburg_____

_____RD#5_____

_____Lewisburg, PA 17837_____

Party you represent: _____USP Lewisburg_____

FILED
SCRANTON

JUN 2 2001

PER _____ DEPUTY CLERK