SCANNING

1-00 CV 2041

(30)
BLO
7-25-01

```
Mon Jun 25 11:18:50 2001

UNITED STATES DISTRICT COURT

SCRANTON      , PA

Receipt No.   333 84164
Cashier       tanya

Tender Type   CHECK

Check Number: 2221 58211210

Transaction Type   AR

DO Code   Div No    Acct
4667      3         0669PL

Amount    $    23.56

FCI EDGEFIELD PO BOX 723 EDGEFIELD,
SC

PARTIAL FILING FEE 00-CV-2041 RONALD
TILLMAN
```

**FILED**
**SCRANTON**

JUN 25 2001

PER _____
DEPUTY CLERK

1-00-CV-2041

**FILED**
**SCRANTON**

JUL 25 2001

PER _____
DEPUTY CLERK