# ORIGINAL

UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Ronald S. Tillman,

    Plaintiff,

Civil No. 1:CV-00-2041

(Caldwell, J.)

v.

Donald Romine, et al.,

    Defendants. ///

FILED
HARRISBURG
JUL 26 2001
MARY E. D'ANDREA, CLERK
Per _____
DEPUTY CLERK

## PLAINTIFF'S MOTION IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGEMENT

**Now Comes,** the Plaintiff, Ronald S. Tillman, acting Pro/Se in the above captioned matter and hereby opposes the defendant's Motion for Summary Judgement, which was filed on or about June 20, 2001. Filed concurrently with this Motion is the Plaintiff's declaration and Memorandum of Law in support of the Plaintiff's Motion in opposition to defendant's Motion for Summary Judgement.

Respectfully Submitted, this 18TH day of July, 2001..........

Respectfully Submitted by,

*Ronald S. Tillman*

Ronald S. Tillman, Pro/Se

2