(33)
dm
8-3-01

```
Tue Jul 31 16:29:12 2001

UNITED STATES DISTRICT COURT

SCRANTON     , PA

Receipt No.   333 84619
Cashier       rich

Tender Type   CHECK

Check Number: 2221 08367045

Transaction Type   AR

DØ Code   Div No    Acct
 4667       3      0869PL

Amount           $    2.90

RONALD TILLMAN  FCI EDGEFIELD
EDGEFIELD, SC  29824

PARTIAL FILING FEE - CV-00-2041


cn

Tue Jul 31 16:29:12 2001

Check No. 2221 08367045
Amount$    2.90
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4667
```

1:00 CV 2041

FILED
SCRANTON

AUG - 3 2001

PER _____ dm
       DEPUTY CLERK