(34)
KM
9/13/0

1:00CV2041

PRSLG
Prose

```
Thu Aug 30 15:14:55 2001

UNITED STATES DISTRICT COURT

SCRANTON      , PA

Receipt No.   333 85025
Cashier       rich

Tender Type   CHECK

Check Number: 58895166

Transaction Type   AR

D0 Code    Div No    Acct
 4667        3       0869PL

Amount           $    16.38

RONALD TILLMAN   FCI-EDGEFIELD
EDGEFIELD, SC  29824

PARTIAL FILING FEE - CV-00-2041




cn

Thu Aug 30 15:14:55 2001

Check No. 58895166
Amount$   16.38
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4667
```

NOTICE TO CHECK RECIPIENT | TREASURY-FINANCIAL MANAGEMENT SERVICE   TFS FORM 3039 (Rev.)

| | | |
|---|---|---|
| VENDOR NAME: CLERK OF COURT | VENDOR I.D. NUMBER: 185375071 | |
| AGENCY NAME AND BILLING ADDRESS: DEPT OF JUSTICE BUREAU OF PRISONS 600 E ST NW ROOM 4029 WASH DC 20530 | U.S. TREASURY REG. FINANCIAL CENTER: AUSTIN, TEXAS | |
| | CHECK NUMBER 2221-58895166 | CHECK AMOUNT $*****16.38 | CHECK DATE 08-27-01 |

PAYMENT IDENTIFICATION DATA:
13033685PLRA#1 00-CV-02041
TILLMAN, RONALD  185375071
FCI EDGEFIELD
PO BOX 723
EDGEFIELD SC 29824
FOR INFO CALL 202-307-3052

AGENCY SCHEDULE NUMBER
0001S00824

AGENCY TELEPHONE NUMBER
202-307-3052

# NON NEGOTIABLE

THIS NOTICE IDENTIFIES THE INVOICE, PURCHASE ORDER OR SIMILAR DOCUMENT NUMBERS TO WHICH THE ENCLOSED CHECK RELATES.
PLEASE DIRECT ANY INQUIRIES TO THE AGENCY AT THE ADDRESS INDICATED ABOVE, OR BY TELEPHONE IF A NUMBER IS PROVIDED.