00CV2041

PRSLC

35
BG
10-16-02

```
Thu Sep 27 11:36:44 2001

UNITED STATES DISTRICT COURT
SCRANTON      , PA

Receipt No.   333 85320
Cashier       rich

Tender Type   CHECK

Check Number: 2221 08783663

Transaction Type   AR

DO Code    Div No     Acct
 4667        3       0869PL

Amount          $    0.48

RONALD TILLMAN 85375071 FCI EDGEFIEL
D PO BOX 723 EDGEFIELD, SC 29824

PARTIAL FILING FEE 00-CV-2041
```

FILED
SCRANTON

SEP 27 2001

PER DEPUTY CLERK

```
cn
Thu Sep 27 11:36:44 2001
Check No. 2221 08783663
Amount $    0.48
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4667
```