See Attachment

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

FILED
MAR 1 2002
HARRISBURG, PA.
DEPUTY CLERK

Ronald S. Tillman, :
:
    Plaintiff :
: CIVIL NO. 1:CV-00-2041
    v. :
: (Judge Caldwell)
:
Donald Romine, et. al, :
:
    Defendants :

O R D E R

AND NOW, this 1st day of March, 2002, it is ordered that:

1. Defendants Hagenbuch and Bone are dismissed without prejudice from the above captioned case since plaintiff did not name them as defendants in his amended complaint.

2. Defendants' motion for summary judgment is granted (doc. 23).

3. The Court pursuant to § 1915(e)(2)(ii) dismisses the complaint against Defendants Winkler and Ey after finding Tillman has failed to establish the objective component of his Eighth Amendment claim against these defendants.

4. The Clerk of Court shall enter judgment in favor of defendants and against Tillman.

5. The Clerk of Court shall close this case.

6. Any appeal from this order will be deemed frivolous, without probable cause and not taken in good faith.

                                                     WILLIAM W. CALDWELL
                                                     United States District Judge