See Attachment 

AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
## MIDDLE DISTRICT OF PENNSYLVANIA
### JUDGMENT IN A CIVIL CASE



Ronald S. Tillman,
Plaintiff

v.   CASE NUMBER: 1:CV-00-2041

Donald Romine; Tom Sniezek; Louis Lopez; A.W. Alexander; A. Whitecavage; A. Rowe, Jr.; Keith Koncur; FNU. Hamilton; D. Eichner; D. Greene; Edward Sobeleski; FNU. Lutz; R. Frasch; W.L. Robey; FNU. Krater; FNU. Winkler; and FNU. EY,
Defendants

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** IT IS HEREBY ORDERED AND ADJUDGED that summary judgment be and is hereby entered in favor of the defendants, Donald Romine, Tom Sniezek, Louise Lopez, A.W. Alexander, A. Whitecavage, A. Rowe, Jr., Keith Koncur, FNU. Hamilton, D. Eichner, D. Greene, Edward Sobeleski, FNU Lutz, R. Frasch, W.L. Robey, FNU. Krater, FNU. Winkler and FNU. EY and against the plaintiff Ronald S. Tillman.

Date: March 1, 2002

Mary E. D'Andrea, Clerk of Court

(By) Ann Severino-Michael, Deputy Clerk