**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FILED
HARRISBURG, PA

MAR 19 2002

MARY E. D'ANDREA, CLERK
Per _____

| | |
|---|---|
| RONALD S. TILLMAN, ) | |
| PLAINTIFF, ) | CIVIL ACTION No. 1:CV-00-2041 |
| v. ) | |
| DONALD ROMINE, et.al, ) | |
| DEFENDANT(S). ) | |

## NOTICE OF APPEAL

NOTICE is hereby given that **Ronald S. Tillman** (hereinafter referred to as **"Plaintiff"**) hereby appeals to the United States Court of Appeals for the Third Circuit from the final judgment entered in this action on or about **March 1, 2002**, by the Honorable William W. Caldwell, United States District Judge.

DATED: MARCH 14, 2002

Respectfully submitted,

By: _Ronald S. Tillman_
RONALD S. TILLMAN, PRO-SE
REG No. 85375-071
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 724
EDGEFIELD, SC 29824

INFORMATION STATEMENT TO BE COMPLETED BY U.S. DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

HARRISBURG, PA

| | |
|---|---|
| **CAPTION:** | **DISTRICT COURT NO.** 1:00-cv-2041 |
| RONALD S. TILLMAN | **CT. OF APPEALS NO.** |
| V. | |
| DONALD ROMINE, et al. | |

NOTICE OF APPEAL FILED       03/19/2002       Court Reporter:

FILING FEE:

NOTICE OF APPEAL    ___ PAID    _X_ NOT PAID    ___ SEAMAN

DOCKET FEE             ___ PAID    _X_ NOT PAID    ___ USA

CJA APPOINTMENT: (Attach Copy of Order)

___ PRIVATE ATTORNEY

___ DEFENDER ASSOCIATION OR FEDERAL PUBLIC DEFENDER

___ MOTION PENDING

LEAVE TO PROCEED IN FORMA PAUPERIS STATUS, IF APPLICABLE:
    (Attach Copy of Order)

_X_ MOTION GRANTED (IN FIRST INSTANCE)

___ MOTION DENIED (IN FIRST INSTANCE)

___ MOTION PENDING BEFORE DISTRICT JUDGE

CERTIFICATE OF PROBABLE CAUSE (STATE HABEAS CORPUS):
    (Attach copy of Order)

___ GRANTED

___ DENIED

___ PENDING

COPIES TO:
Judge William W. Caldwell
Kate Mershimer, AUSA
PRSLC Taggart

Ronald S. Tillman, Plaintiff
File Copy

PREPARED BY:   Shawna L. Cihak
                              Deputy Clerk

Date:   March 20, 2002



UNITED STATES DISTRICT COURT
*for the*
MIDDLE DISTRICT OF PENNSYLVANIA
*William J. Nealon Federal Bldg & U.S. Courthouse*
*235 North Washington Avenue*
*P.O. Box 1148*
*Scranton, PA 18501-1148*

Divisional Offices:

MARY E. D'ANDREA
*Clerk of Court*

*(570) 207-5600   FAX (570) 207-5650*
*Internet Address: www.pamd.uscourts.gov*

Harrisburg:    (717) 221-3920
Williamsport: (570) 323-6380

Office of the Clerk
United States Court of Appeals
for the Third Circuit
21400 United States Courthouse
601 Market Street
Philadelphia, PA   19106-1790

RE:    TILLMAN v. ROMINE, et al.
       USDC NO: 1:00-CV-2041
       USCA NO:
       E-mail Account: All correspondence should be sent to the e-mail account:
       PAMDAPPEAL1

Dear Ms. Waldron:

A *Notice of Appeal* was filed in the above-referenced case.

__X__    Civil Prisoner Case: Case file and docket sheet available through RACER.

_____    Non-Prisoner *Pro Se* Civil Case: Notice of Appeal and Docket Sheet available through RACER.

_____    Non-Prisoner Civil Case or Criminal Case: Notice of Appeal and Docket Sheet available through RACER.

_____    Civil Prisoner Case: ___ Supplemental Record filed. Documents and docket sheet available through RACER.

_____    Non-Prisoner Civil Case or Criminal Case:
         ____ Supplemental Record filed. Docket Sheet available through RACER.

The Clerk's Office hereby certifies the record and the docket sheet available through RACER to be the certified list in lieu of the record and/or the certified copy of the docket entries.

Very truly yours,

s/ Shawna L. Cihak
Deputy Clerk

Date:  March 20, 2002