# ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FILED
HARRISBURG, PA
MAR 1 9 2002
MARY E. D'ANDREA, CLERK
Per_____

| | |
|---|---|
| RONALD S. TILLMAN, ) | |
| PLAINTIFF, ) | |
| ) | CIVIL ACTION No. 1:CV-00-2041 |
| v. ) | Judge Caldwell |
| ) | |
| DONALD ROMINE, et. al, ) | |
| DEFENDANT(S). ) | |

## MOTION TO PROCEED IN FORMA PAUPERIS

COMES NOW the plaintiff, **Ronald S. Tillman**, acting pro-se, in the above entitled matter respectfully request that plaintiff be granted forma pauperis. The plaintiff is indigent and incarcerated he hereby request that he be allowed to proceed in forma pauperis on appeal, and that the appeal fee be waived.

MARCH __14__, 2002

Respectfully submitted,

By: _Ronald S. Tillman_
RONALD S. TILLMAN, PRO-SE
REG. No. 85375-071
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 724
EDGEFIELD, SC 29824