④1
3-21-02
sc

## Return Receipt

Your document: 1:00-cv-2041   NOTICE OF APPEAL

was received by: Gayle Burr/CA03/03/USCOURTS

at: 03/21/2002 06:50:55 AM



FILED
HARRISBURG PA
MAR 21 2002
MARY E. D'ANDREA, CLERK
Per ___