|  |  |  |
|---|---|---|
| **MARCIA M. WALDRON**<br>**CLERK** | OFFICE OF THE CLERK<br>UNITED STATES COURT OF APPEALS<br>FOR THE THIRD CIRCUIT<br>21400 UNITED STATES COURTHOUSE<br>601 MARKET STREET<br>PHILADELPHIA 19106-1790<br>Website: http://www.ca3.uscourts.gov | TELEPHONE<br>215-299-(4947) |

March 22, 2002

**NOTICE OF DOCKETING OF APPEAL**

*Tillman*
v.
*Romine, et al.*
No.: 00-cv-2041

**(Honorable William W. Caldwell)**

FILED
HARRISBURG, PA
MAR 22 2002
MARY E. D'ANDREA, CLERK
Per _____

An appeal by **Ronald S. Tillman** was filed in the above-caption case on 3/19/02, and docketed in this Court on 3/22/02, at No. **02-1793**.

Kindly use the Appeals Docket No. **02-1793** when sending documents in this matter to the Court of Appeals or requesting information regarding this case.

Please notify Case Manager **Eileen Ryan** at eileen_ryan@ca3.uscourts.gov of any orders, opinions, etc. filed and scanned after the Notice of Appeal has been forwarded to the Court of Appeals.

Marcia M. Waldron
Clerk